IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.   1:21-CR-393 (TJM) |
| | ) | |
| **v.** | ) | |
| | ) | |
| **CHRISTOPHER PENCE,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

The Court incorporates into this Order the stipulated facts set forth above and hereby adopts them as findings.

1.   The Court has considered its obligation under 18 U.S.C. § 3161(h)(7)(A) to determine whether a continuance serves the ends of justice in a manner that outweighs both the public interest and the defendant's rights.  The Court finds that pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial because additional time is required for defense counsel to review discovery materials with the defendant and to file motions, and for the parties to negotiate a potential disposition of the charges, and/or prepare for trial, which will allow the parties the reasonable time necessary for effective preparation, taking into account the exercise of due diligence (18 U.S.C. § 3161(B)(iv)).

**BASED ON THE STIPULATED FACTS AND THE COURT'S RELATED FINDINGS IT IS HEREBY ORDERED:**

A period of 60 days, beginning on and including the date of this Order shall be excludable in computing time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv) in order to give the parties the reasonable time necessary for effective preparation.

1

Any pretrial motions in this case shall be filed on or before   April 15, 2022.

The trial in this matter shall begin on June 13, 2022 at 10:00am before Senior United States District Judge Thomas J. McAvoy in Albany, New York or, in the alternative, a change of plea shall be entered on or before   May 12, 2022   .

IT IS SO ORDERED.

Dated and entered this   30th   day of   March   , 2022.

*Thomas J. McAvoy*
Hon. Thomas J. McAvoy
Senior United States District Judge