UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    -v-

CHRISTOPHER PENCE,

        Defendant.

**AFFIRMATION OF ERIC K. SCHILLINGER IN SUPPORT OF DEFENDANT CHRISTOPHER PENCE'S MOTION TO SUPPRESS STATEMENTS AND EVIDENCE**
Docket No.: 1:21-CR-393 (TJM)

---

ERIC K. SCHILLINGER, declares and affirms the following under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

1. I am an attorney admitted to practice before this Court with Schillinger & Associates, PLLC, with offices located at 11 North Pearl Street, Suite 1700 Albany, New York 12207. Our office has been retained by the defendant Christopher Pence to represent him in the above captioned case. As such, I am familiar with the facts, circumstances, and proceedings set forth herein. I submit this declaration, together with the accompanying memorandum of law, in support of defendant Christopher Pence's pre-trial motion to suppress statements and evidence.

2. Attached to this declaration are true and accurate copies of the following exhibits referenced in the accompanying memorandum of law:

    a. Affidavit of Christopher Pence, attached hereto as Exhibit "A".

    b. FBI Report Serial 166C-AL-3491673 Serial 14 attached hereto as Exhibit "B".

    c. Audio recording of the Mr. Pence's interrogation, attached hereto as Exhibit "C".

    d. Transcript of the Mr. Pence's interrogation, attached hereto as Exhibit "D".

    e. FBI Report Serial 166C-AL-3491673 Serial 1 attached hereto as Exhibit "E".

    f. FBI Report Serial 166C-AL-3491673 Serial 5 attached hereto as Exhibit "F".

DATED: December 20, 2022				SCHILLINGER & ASSOCIATES, PLLC

							By:_____
							Eric K. Schillinger
							Bar Roll No. 516083
							*Attorney for Defendant Christopher Pence*
							11 North Pearl Street, Suite 1700
							Albany, New York 12207
							Telephone: (518) 595-9529
							eric@schillinger-law.com