# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION

200 McCarty Ave
Albany, New York 12209

| | |
|---|---|
| File Number: | 166C-AL-3491673 |
| Time: | 7:06 AM MST (local time) |
| Overhear Date: | 10/27/2021 |
| Case Agent: | Special Agent (SA) Brian DeCarr |
| Participants: | SA Brian DeCarr; SA Chris Andersen; Christopher Pence (subject) |
| BD: | SA Brian DeCarr |
| CA: | SA Chris Andersen |
| CP: | Christopher Pence |
| UM: | Unknown Male |
| UF: | Unknown Female |

**Abbreviations**:

| | |
|---|---|
| IA | Inaudible |
| UI | Unintelligible |
| PH | Phonetic |
| FL | Foreign Language |

Job #848/CN

166C-AL-3491673

**Time Stamp: 00:01:57**

| | |
|---|---|
| BD | I appreciate everything Chris.  Please get in, relax.  Go ahead Chris, get in.  I'm- I'm gonna get in and sit right here, and then other Chris- I don't know if you want to call him other Chris, I don't know how he feels about that- but, do you want a bottle of water or something? |
| CP | No. |
| BD | You're good? |
| CP | Yeah. |
| BD | Okay.  Alright, awesome.  So, we'll just take a second here.  Umm, it's- is it- are you- are you warm? |
| CP | I am- I am getting there. |
| BD | You're cold.  Nah, we'll get you warmed-up. |
| CA | I'm just, uh, taking all this gear off. |
| BD | Yep. |
| | Appreciate you being so understanding- |
| CP | Yeah, I'd love to know what's going on. |
| BD | Oh yeah, no- no.  We're going to get all your questions answered.  Chri- what I want to give you Chris is my full attention, right?  So, he's gonna- he's gonna sit back here, I'm gonna sit here with you- |
| CP | Okay. |

166C-AL-3491673

BD          Umm, so I- I'm just not jumping in just yet, but, umm, you know, just to be very clear, right, we do this- we do this with everybody, we don't want any confusion.  You are not under arrest, at all.  That's not what we're doing.  We're just- we're here to talk. You're under no obligation to talk to us, we- we would appreciate your help, okay?  In- in just trying to figure out- 'cause obviously we're here for a reason, right?  So, we're just trying to figure- figure out-

CP          Yeah.

BD          Uh, what it is that we need to do.  Umm, so, I appreciate that. Just hang out for a second, as soon as Chris is ready, we'll- we'll, you know, we'll uh, we'll get through this, we'll get through it together.

CA          Brian?  Let me ask ya- more comfortable for me here in the front?

BD          Whatever- whatever you want, it doesn't matter.

CA          Umm-

BD          I can move something out of the front if you'd rather sit in the front?  That way you can- whatever you want to do.

CA          Let me- let me sit back here-

BP          Yeah.

CA          I'm gonna stick my- I'm gonna gear down in that front seat.

BP          Sure can.

            So, how long you work for Microsoft?

CP          Uh, seven years.

166C-AL-3491673

| | |
|---|---|
| BP | Seven years?  What did you do before Microsoft then? |
| CP | What did I do before? |
| BP | Yeah. |
| CP | Uh, Network Architect. |
| BP | Oh, okay.  So, you've been- you've been in computers for a while. |
| CP | Twenty- thirty years. |
| BP | Thirty years? |
| CP | Hold-on- |
| BP | Wow. |
| CP | (UI) started at seventeen- |
| BP | Seventeen? |
| CP | So, twenty-three years. |
| BP | Were you like, programming in high school and all that kind of stuff? |
| CP | Yeah. |
| BP | Yeah?  Where you from? |
| CP | Umm- umm, Washington, Redmond area- |
| BP | Redmond- Redmond? |

166C-AL-3491673

CP              Kirkland, Seattle-

BP              Seattle.

CP              Yeah.

BP              Yeah.  Seattle, that's an easy one for me.  It's beautiful up
                there.  I've only been there once.

CP              Lot of green trees.

BP              Lot of what?

CP              Green trees.

BP              Green trees?  A lot more than here.

CA              Brian?

BP              Yeah?

CA              Just gonna grab my bag.

BP              Okay.

                What's he say?

CP              He's gonna grab his bag.

BP              Oh.  So, Seattle.  I've been up there once.  I went on a cruise to
                Alaska-

CP              Mhm.

BP              But it left out of- have you ever done that?

CP              No.

166C-AL-3491673

| | |
|---|---|
| BP | Probably not as interesting being that you were living right there. |
| CP | I'd love to. |
| BP | Oh yeah.  No, I did one, it- we flew into Seattle- |
| CP | Okay. |
| BP | Right?  And then, the cruise went from like, Se- obviously Seattle, and then it jumped over- what's that island right there? |
| CP | Mercer?  Or, well there's Orcas Island- |
| BP | Cana- Canadian island? |
| CA | It's locked, so- |
| BP | Okay- |
| CA | I don't have my notebook and- and my bag, so- |
| BP | Yeah- yeah- yeah, it's no worries.  I got a- I got a notebook in case we need to write anything down. |
| | I was just telling him about this cruise I went- he's from- |
| CP | Seattle. |
| BP | Originally from like the Seattle area. |
| CA | Oh, really? |
| BP | So, umm, so I was just telling him about the only time I ever been out to Seattle, I was going on a cruise, right- |

166C-AL-3491673

| | |
|---|---|
| CA | I forgot that back door- |
| BP | It's open?  I can get it.  I'll finish my story after, it's not even that big a story to be honest with you. |
| CA | Trust me he doesn't have that good of stories. |
| BP | No I'm not a- I'm not a bad story teller. |
| CP | Oh, brother. |
| CA | Seattle, so you're- this is a different kind of cold then here. |
| CP | Yeah. |
| BP | Still cold.  Oh my goodness. |
| CP | Not as wet. |
| BP | I'm just gonna- sorry Chris-I'm just gonna reach across ya, turn the light on so we're not in the dark, okay?  Like that, that's what I don't want.  You know what we'll do? |
| CA | Here (UI) manually.  No, the other one. |
| BP | Okay, so- so I went up to Seattle, right?  And what is it, the Spa- is it called the Space Needle? |
| CP | Yeah. |
| BP | Went up there, that was way cooler than I thought it was gonna be.  So we did that, it was only one- we flew in in one day, cruise was the next day.  So, we went up and did the Space Needle thing, (UI) this was a while age, got something to eat, and then went on this cruise.  It went to that first Canadian island, the big one, what is that? |

166C-AL-3491673

| | |
|---|---|
| CP | British one?  Uh, Vancouver, uh- |
| BP | No- no- no, you're- oh no it's not Vancouver, what is it?  Do you know what I'm talking about?  Do you know the area at all? |
| CA | I've not been.  I- I- I- I flew through really quickly once. |
| BP | Well, you know what I'm talking about, right? |
| CP | I do know what you're talking about- |
| BP | The big island- |
| CP | Yes. |
| BP | Right there? |
| CP | Yeah. |
| BP | So, we stopped there, and then eventually the cruise goes up through to Alaska, right into Alaska, and there's a few good stops.  The sights are just amazing. |
| CP | Yeah. |
| BP | They're really- it's just amazing.  You should do it. |
| CP | Okay. |
| BP | For sure you should do it, so- |
| CP | (UI).  I mean it's right there in British Columbia, so- |
| BP | Did you really? |

166C-AL-3491673

| | |
|---|---|
| CP | Yeah. |
| BP | How long you been married? |
| CP | Uh, my oldest are twenty, so twenty-one. |
| BP | Wow.  So your oldest are (UI) in college. |
| CP | Yeah. |
| BP | That makes sense.  I was like, I didn't see any twenty year olds (UI). |
| CA | You were born in what year? |
| CP | Eighty. |
| BD | Eighty? |
| CA | Got married young then- |
| CP | Yeah. |
| CA | About- you- you ended up being married about the same-same time I got married- married young too. |
| CP | Yeah, nineteen. |
| BD | So, are you the- you- you're wife doesn't work, so you work? |
| CP | Yeah. |
| BD | And you work from home? |
| CP | Yeah. |

166C-AL-3491673

| | |
|---|---|
| BD | Umm, so you probably handle all the finances and all that kind of stuff too? |
| CP | Yeah. |
| BD | You're the big finance guy?  So, yeah, I've been looking at- so-wh-what we're dealing here is- is there's just some- there's some suspicious activity on the internet- |
| CP | Hmm. |
| BD | And, our obligation is to investigate that, and figure what is going on with it.  Fortunately, you're a Microsoft- what are you?  What is your title again? |
| CP | Security Architect. |
| BD | Security Architect.  So this- this shouldn't be a difficult one for ya.  You should be able to help us understand this pretty quick.  So- so there's- there's this suspicious activity going on with the internet, okay, umm, what- what do you guys use the internet for?  You use it for work obviously, you work remotely. |
| CP | Yeah. |
| BD | So, can you just tell me about the internet activity?  Like who uses it, that kind of stuff from the house? |
| CP | Umm, my- we- we all use it.  All the school computers, uh, we do school online, we, uh, my parents, uh, as far as I know do their banking online.  Umm, we watch YouTube videos for educational purposes, and other videos. |
| CA | Okay- okay. |
| BD | So- it- it- it- norm- normal stuff- |

166C-AL-3491673

CP          Yeah.

BD          Everybody's using the internet.  The kids all too have internet?

CP          Uh-

BD          Access I should say?

CP          It's closely monitored.

BD          Sure, supervision.

CP          Uh, so the- for computers, they're in that computer room right in the front room is where they're allowed their computers.

BD          Okay, so you- you supervise them and all that kind of stuff.

CP          We just make sure it's visible, so that-

BD          Yeah, you're not standing over their shoulder.

CP          Right.

BD          Okay.

CP          If anyone, especially like, you know, my oldest boys starts- uh, there's a lot of things on the internet that I'd rather he not look at.

BD          Filth.

CP          Yes.

BD          There- no there is.  There's a tremendous amount, umm, I agree with you.  It's good that you're aware of that.

166C-AL-3491673

| | |
|---|---|
| CA | The little kids don't care, the older ones, it perks their interest once in a while. |
| BD | Curiosity is a driving force, right?  So- |
| CP | Yeah, so we (UI). |
| CA | Is it- those four computers you mentioned, are they IBM- are they like, MAC's, are they- |
| CP | Windows. |
| BD | Windows? |
| CP | Yeah, of course. |
| BD | Do you password protect all your stuff then, so the kids can't get on the computers unless you're there?  That kind of stuff? |
| CP | No. |
| BD | No? |
| CP | No. |
| BD | Okay.  Do you password protect any of the computers so that they can be- so that they don't get on- like, you don't- it's just open internet activity on the computers downstairs? |
| CP | Yeah. |
| BD | Okay. And you seem like you lock your office. |
| CP | Yeah. |
| BD | So, does anybody else go in your office? |

166C-AL-3491673

| | |
|---|---|
| CP | No. |
| BD | No?  Okay.  Who has- do the kids have cell phones?  Does anybody else have a cell phone? |
| CP | No. |
| UM | Sorry to interrupt- |
| BD | Sure. |
| UM | Chris? |
| CA | Yes, sir. |
| UM | Uh, where's your backpack? |
| CA | Umm, you know- it is in the front seat of Eric's (PH) car. |
| UM | Okay. |
| CA | And, uh- what you're looking for is in that front little pouch, the bottom of that backpack. |
| UM | Okay, sounds good. |
| CA | It's locked though, so make sure you grab Eric. |
| UM | 'Kay, thank you. |
| BD | Sorry about that dude, go ahead. |
| CA | I was just- I was just going to ask, do you want me to take notes and- |
| BD | Yeah, it'd be alright.  I think it's a good idea. |

166C-AL-3491673

CA          I don't have my- anything but my bags.

BD          Oh, okay.  Well here you go.  You need to write some stuff
            down in case we need to get to that point.  But, sorry.  So,
            umm- so you- you're the only one who has access to your
            office.  So you're not worried about anyone getting up there
            that shouldn't-

CP          No.  Microsoft requires that if you work from home, your office
            is locked.

BD          Okay, so they- so tell- so tell me a little bit more about what
            Microsoft requires, and like, they require the office be locked,
            they provide you with your machines and computers and
            whatnot?

CP          Yeah.

BD          Umm, do they- is- so they pay for the internet and all that kind
            of stuff?

CP          No.

BD          No?  Really?

CP          No.

BD          That's actually- I'm a little surprised.

CP          I'm sure I can reimburse, but, uh-I've never.

BD          So, it's your internet then?

CP          It is my internet.

BD          Okay, it's your internet.  Do you use, uh- you're obviously
            working from home, you have to have powerful internet.

166C-AL-3491673

| | |
|---|---|
| CP | Umm, it's uh, sixty mig. |
| BD | I don't- is it's- it's good enough I guess to get work done? |
| CP | Yeah. |
| BD | Okay.  Umm, okay, so, your office is locked, Microsoft requires it, nobody else has a key to it?  It's just you? |
| CP | It's just me. |
| BD | That's good- that's good. |
| | Alright, well- so, who has cell phones?  Right?  'Cause that's a whole other way to access the internet. |
| CP | Umm, the oldest four adults. |
| BD | That's it?  No kids? |
| CP | No. |
| BD | Okay.  So, no kids have cell phones.  Do they have access to your cell phones? |
| CP | Not really, it's always in my pocket.  Mine is. |
| BD | Yours is always in your pocket? |
| CP | Uh, sometimes grandma lets them, uh, do something. |
| BD | Do something? Okay. |
| CP | Umm, either a YouTube video, sometimes they like to watch YouTube videos while they make dinner, or- |

166C-AL-3491673

| | |
|---|---|
| BD | Yeah- yeah- yeah, okay. |
| CP | (UI). |
| BD | Alright, well, do the kids- but the kids are always supervised? Like there's always someone around when they're- when they're- when they're on the phone and whatnot, right? |
| CP | Yeah. |
| BD | So, umm, okay.  So, have you ever caught anybody or know of anybody getting on websites or anything that they just shouldn't be on?

Anything like that?  Like any of the kids? |
| CP | No. |
| BD | Never?  No one's ever- okay.  'Cause there's a lot of kids in there, I mean you guys clearly- I- you guys clearly do a pretty amazing job, umm, but kids can wander off and get- but nobody's- not- not to your knowledge anybody's been on that kind of thing. |
| CP | Not that I know of. |
| BD | Okay, so, do you know- you're- you're- obviously you're a very smart guy, you- you – you know a ton about cyber security, internet security and that kind of stuff.  So, you- you would have to be- are you aware?  You must be aware of the dark web, then. |
| CP | Yes. |
| BD | Yeah, you're aware of it?  Have you ever been on the dark web? |

166C-AL-3491673

CP          No.

BP          Never?

CP          No.

BP          Okay.  So, you've never been on the dark web, no one in your house- or you have any knowledge of anybody being on the dark web in- in- in the house, ever?

CP          No.

BP          Do- do you know much- go ahead?

CP          I don't know, umm, no I- I- I mean you couldn't, or you shouldn't be able to access the dark web with Microsoft (UI).

BP          No?  Okay.

CA          With Microsoft what?

CP          Asset.

BD          How do you-

CA          Asset?  You mean Microsoft or Windows computer?  Is that what you mean?

CP          Yeah.

BD          Well how- how do you- do you know how to access the dark web?  'Cause you know how not to, so do you know how to?

CP          Uh, it would probably be through some kind of a tour (PH) router?

BD           A tour- like a- so the Onion (PH) router?

166C-AL-3491673

| | |
|---|---|
| CP | Yeah. |
| BD | Okay.  Did- do you know if there's one of those that exists in the house?  Nothing like that? |
| CP | No. |
| BD | Okay, umm, so- so someone would have to get on- so, just kind of tell me, what- what would someone have to do to get on the dark web then? |
| CP | Umm, I honestly don't know. |
| BP | Okay.  So, if not the dark web, like- like we're all adults here, okay?  Three grown men in the car here.  What- we've all- going on the dark web of going on bad websites- bad, right?  We'll call them bad, inappropriate.  It's not a- it's not a crime to do that, right?  That's not what we're saying.  So, but- so like, when I ask you this, like, what's- tell me- tell me about the worst website you've ever been on? |
| CP | Umm, I've looked at porn before. |
| BP | Porn?  Okay, it's not a crime to look at porn, right? |
| CP | Right. |
| BP | Did you do that on the regular internet? |
| CP | Still nervous, or ashamed about it. |
| BP | Well no, yeah, but like I said we're all adults here.  I- I don't know an adult that hasn't seen porn, okay?  So let's get that- let's get that out of the way. |
| CP | 'Kay. |

166C-AL-3491673

| | |
|---|---|
| BP | I don't know an adult that hasn't seen porn, okay?  Do you do that on the regular internet? |
| CP | Yes. |
| BP | Okay, what kind of porn are you looking at? |
| CP | Umm, I'm not sure, where is this going? |
| BP | Well, alright.  So, here- here's this- so let's just get right to it then.  So, I want to show you some stuff, okay? |
| CP | 'Kay. |
| BP | We're gonna- we're gonna go through it- what I want you to do is just wait until I've shown you everything, okay, and then we can address it.  Okay? |
| CP | Okay. |
| BP | But I don't- |
| CA | I'm sorry, yeah, let me just- |
| BP | Yeah- |
| CA | Real- real quick-umm, I want to understand just a little bit about, like, who has access to which computers.  Obviously they're open, but, do you- does mom and dad, and grandma and grandpa use the four computers that are (UI) school?  Do you guys normally spend much time there? |
| CP | No, it's pretty much just, uh, school computers. |
| CA | Okay, umm, what computer grandma and grandpa needed to access, what would they use? |

166C-AL-3491673

CP              Uh, they have a laptop.

CA              Okay, and is that upstairs?

CP              Should be.

CA              Okay, and is it just a single device, or do they have multiple?

CP              I think it's just one.

CA              And do each of them have cell phones?

CP              Yes.

CA              Okay, and- and do you and your wife ever use their cell phones or laptop?

CP              No.

CA              Okay.  Umm, your wife, does she have her own laptop?

CP              She just has a phone.

CA              She just has a phone.  Okay.  Does she have access to your office to be able to use those computers?

CP              No.

CA              Okay.  Does she use the kid's computers on occasion?

CP              Occasionally, she might if she's like, building a spreadsheet or some kind of schedule.

CA              Okay.  Umm, but she doesn't have one that's like, this is mom's computer?

166C-AL-3491673

CP          Mmm-mm.

CA          What- and what computers do you use?

CP          Uh, just the ones in my office.  So, I have a- a saw which is
            called a Secure Access Workstation.  Allows me to remote into,
            umm, Microsoft Assets.

BD          So, is that the Microsoft issued computer then?

CP          It's one of three, yeah.

BD          Oh, okay.

            You know, I was just doing the math on this, you have ele – I
            was just doing this- I was doing this in my head- those are all
            your biological children too?

CP          No.

BD          No?

CP          We uh, adopted five.

BD          You adopted five?

CP          Yeah.

BD          So, hold on, let me do the math on that, that's (UI) to eleven
            biological.  That's still a tremendous amount.

CP          We've actually had twelve, but we lost one to SIDS up in
            Washington.

BD          Oh my God, I'm sorry.  That's terrible- that's terrible.  So, when
            did you, uh-

166C-AL-3491673

CP          So honestly, your- your lights here kind of scared a lot of my
            children.

BD          Aww jeeze.  I'm sorry.  Well hopefully it's better now.  Looks
            like we've dimmed down quite a bit.

CP          Yeah, I see that.  Thank you.

BD          Sun's starting to come out too, which is good.  Umm, so you
            adopted- I'm sorry we just got off on this tangent here- but
            you adopted five children?

CP          Yeah.

BD          Wh-when did you do that?

CP          It finalized, uh, December tenth of twenty-nineteen?

BD          I think it's an amazing thing.  I- I was already impressed when
            you had sixteen, but now to know you had eleven and then
            adopted five- did you have eleven at the time?  The little one is
            really little so probably wasn't around at the time.

CP          No, it was, uh, would have been ten.

BD          What- what inspired you to adopt five children?

CP          Well, we've always had a heart for wanting to adopt.  Uh, we
            did our home study up there in Washington-

BD          Mhm.

CP          Umm, we probably put-in, my wife is for a sibling set that was
            broken up by the courts-

BD          Oh.

166C-AL-3491673

CP          So, she wanted to adopt a sibling set-

BD          Mhm.

CP          Umm-

BD          So they're still- all- all five are- they're brothers and sisters.

CP          Yeah.

BD          Wow.  That's amazing.  You adopted five kids from one family.
            Did, is-is- are you still in touch with the- the family from- the-
            the parents?

CP          Yeah.

BD          Yeah?  That's good.  Is it- is it-

CP          I mean, we were supposed to have a birth family visit, uh, what
            is this?  Is it October?  So, last month-

BD          Mhm.

CP          We were supposed to meet them up in Salt Lake City at the,
            uh, Hogle Zoo.

BD          Oh, okay.  Never been.  You ever been to the Hogle Zoo?

CA          Hogle Zoo is pretty fun, yes.

BD          Sorry, continue.

CP          Umm, they weren't able to make it, uh, so we just went up and
            met with the older three at college.  They came over from JAX,
            Wyoming.

BD          Oh, so you made- you made the best of it then, that's fantastic.

| | |
|---|---|
| CP | Yeah. |
| BD | That's fantastic.  So, the relationship then was good then?  How is it? |
| CP | It's okay. |
| BD | It's okay?  I know it can be tough, buddy of mine adopted and the relationship with the- the mother from which they adopted, it- it, it's o- it's okay.  I mean, it's tough, it's tough on both- |
| CP | Could be better. |
| BD | It's stressful, yeah.  What's- what's wrong with it? |
| CP | Umm, they've just, uh, accused us of a lot of uh, umm- not doing what we said we would be doing.  Umm, I believe they were under the suspicion that they'd be able to move in with us- |
| BD | Whoa- |
| CP | And we'd be one big happy family.  Umm, and we had to basically say, it can't be like that. |
| BD | They wanted to move in with you?  Wow. |
| CP | That's what it seemed like. |
| BD | Okay. |
| CP | Uh, they wanted to put their trailer on our property, and they wanted to- |
| BD | So they- where- where are they?  Are they from around here? |

166C-AL-3491673

CP        No they're- we met them in Massachusetts.

BD        You met them in Massachusetts?

CP        Yeah.

BD        Did you live there?

CP        No.

BD        Oh.

CP        So, do you want the long story or the short version?

BD        Give me- give me the long one.  This is- this is, yeah- go ahead.

CP        Okay, so, umm, Microsoft offers uh, paternity leave, and uh, we had a child and decided, uh, to take the paternity leave and go on a six week vacation.

BD        Okay.

CP        Just travel around the United States, and had RV there.  Umm, that's behind that other one.

BD        Gotcha.

CP        Umm, so we were traveling around and Michelle (PH) is on a, uh, some kind of a group.  A yahoo group, or some- some kind of a group, and the lady reached out saying she needed help with her children.

BD        Mhm.

CP        And she was in Massachusetts, and we just happened to be driving through Massachusetts at the time.  So, we said well,

166C-AL-3491673

we can stop and pray with you, but we're on vacation and so we're not planning on staying a whole lot longer because we were on our way to Rhode Island.  Umm- sorry.

BD        No- no, you're fine.

CP        And, uh, so we stopped.  We prayed with them.  Uh, the mom basically said, look, I need somewhere for my kids to go, they're not safe here.

BD        Wow.

CP        Like, what's going on?  Umm, and she mentioned uh, her husband is uh- she didn't think the children were safe with her husband.  Umm, 'cause of sexual tendencies.

CA        By the father?

CP        By the father.

BD        Towards the children?

CP        No- no, uh, just towards women in general.

BD        Okay, so he had some behavior- sexual behaviors, I guess?  Not towards the children-

CP        That's what she stated, yes.

BD        Okay- okay.  Fascinating.

CP        So we, umm, we said are you- are you sure?  Yes, well okay, tell you what- we'll go to Rhode Island, we'll stay there a couple days, we'll come back, and if this is still something you're interested in, we'll talk about it (UI) further.

166C-AL-3491673

So, we went to Rhode Island, came back, and she uh, said yeah, look, this is the best thing for my children.  Can you just take them and go?  So then we had another meeting with her and we invited the husband but he didn't come, and then the grandparents, uh her parents, the mom's parents, just asked uh, we said look, we know Washington is long way from Massachusetts, are you sure you want to do this?  And they said yes, this is the best thing.

So, we left.  We got to Massachusetts with ten children, and left there with fifteen.

| BD | You left on the same trip?  I mean obviously you went to Rhode Island, but on the same six week round trip, you- you took the children with you? |
|---|---|

CP          Yeah.

BD          Please, continue.  This is- this is a long story, but I like it.

CP          So, then we went to, uh, Mount Vernon.  Umm-

BD          Sure.

CP          That's Washington's- Washington's place.  Uh, did a tour there and we also went to the Creation Museum, and The Ark, and went through there in Kentucky, and then came home.  And then, eventually, umm, uh- then the mom said that she was going to put her oldest- not up for adoption- she was going to see if there was a residential treatment plan for her oldest.

BD          What is that, do you know what that is?  I don't know what that is?

CA          It's like for drugs or something?

CP          It's what it's for, but he's- he was twelve.

166C-AL-3491673

BD              Hmm.

CP              Umm-

CA              Was he misbehaving?  Was he-

CP              He was misbehaving and she thought this would be a good
                way-

CA              Juvenile delinquency kind of a thing?

CP              No, uh, mental capacity issues.

BD              Oh, okay.  Continue, please.

CP              Umm, and the court said, this- this program is meant for drug
                addicts, not mentally handicapped child (PH).

BD              Right.

CP              And so, they took him into custody-

BD              Who did?

CP              Uh, this- D-C-S.

BD              So, that's the state of Massachusetts then?

CP              Yeah.

BD              Okay.

CP              Yeah, they took him into custody, umm, and then the mom
                said, uh- then D-C-S came to us and said, we understand you
                have these five Cordero (PH) children-

166C-AL-3491673

| | |
|---|---|
| BD | They came to- Cordero?  That's the- okay.  They came to you? |
| CP | Yeah, they came to us.  Umm, we were still in Washington at the time. |
| BD | Yeah, 'cause you had travelled back. |
| CP | Yeah.  Uh, this was- this was a year after we picked them up or so. |
| BD | So you had 'em for a year, and- and, like, more or less, there was no paperwork- |
| CP | (UI). |
| BD | Yeah, there was no paperwork involved, there was just a- the parents- okay. |
| CP | We had umm, it's a form, but it basically gives you the right to take them in for medical attention and for schooling intention and that was it. |
| BD | Oh so, there was- okay.  Continue- |
| CP | So, we had a signed form for that.  Anyway, umm- and then about a year later, she took the oldest in to try to get treatment program- |
| BD | Her- that was her oldest at the time, I guess?  So how old is- |
| CP | It's still him, her oldest. |
| BD | Right, of course, right, 'cause the oldest- yeah, so- so, and then you adopted all but the oldest? |

166C-AL-3491673

CP   So, then she said, it's not safe.  Because we said, hey look, D-C-S, uh, is talking to us about the- the children, and so she asked, well, would you consider adopting them?

BD   Okay.

CP   So we said, sure.  Umm, Microsoft has a great adoption reimbursement program, so sure.  But, I mean, I'm not saying it's because of the financial- they're awesome children.

BD   They- I tell ya- I- please, go ahead.

CP   So then we adopted them in December of twenty-nineteen.

BD   Officially right?  But you had them much before that (PH), right?  You said that they were staying with you or something, babysitting capacity almost.

CP   Yeah, we picked them up, October- October twenty-seventh of twenty-eighteen.

BD   He's got a great memory, you know?

CP   It was a few days after, uh, the oldest daughter's birthday-

CA   See, I would have remembered it being three days before Halloween.

BD   Yeah, that's where I would have went too.

CP   Yeah.

BD   Go ahead.

CP   The oldest girl there, she uh, she was basically given away two days after her birthday.

166C-AL-3491673

| BD | Oh. |
|----|-----|
| CA | Oh man.  Yeah, that's bad. |
| BD | Well they've- I- it's seamless.  It hasn't even been that long.  The kids have obviously been through much- so much.  But it's seamless.  I couldn't pick-out which kids were yours and which kids were adopted, there's no way. |
| CA | No. |
| BD | There's no way I could have figured that out.  That's amazing.  And you guys have obviously done such an amazing job bringing them into your home, and just giving them such a wonderful life. |
| CA | How was that, mixing that- like, bringing together that- kind of, two sets of kids? |
| CP | Uh, it was challenging at first.  Uh, it's getting a lot easier. |
| CA | Good. |
| CP | Umm, but it seemed almost like an- us versus them- |
| BD | Oh. |
| CP | Umm, I mean, I told you that we went to Mount Vernon, umm, the second oldest daughter we picked-up; one of the workers there said, wow, this is a lot of children, are they all one family?  And, Breanna (PH) my fourth said, yeah, we're all one family, and the second oldest girl said, no, there's ten of them and five of us, and they took us from our parents in Massachusetts. |
| BD | Hmm. |

166C-AL-3491673

CP              Okay- alright, let's keep moving.  (Laughing)

BD              Yeah, that's-

CP              So, it was a lot of, uh, challenge at first.

BD              Oh, my.

CA              Seems like you guys are cohesive now, I mean-

BD              I- I tell ya, it's amazing.  You obviously are a, uh, wonderful provider for this family, and I haven't had a chance to really talk to your wife or anyone else, but I- I imagine that the love you have for these kids is- is as if they're your own.

CP              They are my own.

BD              Yeah.

CP              Yeah.

BD              There it is.

CA              Perfect, yeah.

BD              There it is.

                Well, that- that's- tell you what, that's- that's amazing stuff.  I mean obviously you would- you guys have taken on so much to help kids you didn't even know, and now they're- now they're your own, so you obviously-

                So, I- I gotta- I gotta ask though, so, do you know much about- what you say- the Cordero's problems?  They still have them?

CP              Umm, they don't share much with us.

166C-AL-3491673

BD          Okay.

CP          Umm-

CA          Are you in touch a lot, or?

CP          Just through an email group, Google email group.

CA          So just keep up communications, planning trips and so forth?

CP          Uh, we have monthly calls.

BD          Monthly?  Okay, I wouldn't know how this works, it's- it's-

CP          Yeah, we have monthly calls and we provide monthly updates. You know, how are the children, what are they doing, what are they learning.  Umm, and then two scheduled visits a year.

BD          Two scheduled visits a year.

CP          Umm, and we were trying to do one last month in Salt Lake City-

BD          Yep, right.

CP          Didn't work.

BD          Just so you can get up to like the zoo and stuff?  You just want to be up where you can do good stuff and fun stuff like that?

CP          Yeah, and it kind of is hard for the children if they see their birth parents at home.

BD          At your home, obviously, is what you're talking about.  It con- confuses them, or?  What do you think?  What's- what's hard for 'em?

166C-AL-3491673

| CP | Umm, they have some valid questions and concerns.  Uh, why did they give up five, and keep the oldest?  Why did, uh, they have two more children- |
|----|----|
| BD | They had two more? |
| CP | After.  Uh, so, the oldest girl is, you know, she's kind of hurt that they would have more children after giving up five because they couldn't keep them safe, is what they say. |
| BD | Mhm.  That is definitely, uh, a crossed signal that does not- that's not a clear signal, that's not clear communication for sure from like, you know- from that- that's a really good point. |
| CA | Do you have those same concerns? |
| CP | I mean, if you can have sex, you can have children, right?  Unless you have protection. |
| BD | Yeah. |
| CA | So, maybe accidental? |
| CP | No, they had the youngest because they had one just by her name so they wanted to play me. |
| BD | Okay. |
|    | So the sexual exploits, we'll call them that, behaviors of- of umm, say Cordero- what's- what- what are the- do you know, what are their names?  (UI) conversation. |
| CP | Uh, Cisco (PH) and Christina (PH). |
| BD | Cisco and Christina.  Cisco being the- the- father. |
| CP | Yeah. |

166C-AL-3491673

BD          Is he- like, going, like- is he just a cheater, like- what is he? Like, I don't understand?

CP          Umm, so when we were picking up the five, we asked to have a meeting with their pastor.

BD          Okay.

CP          Umm, he said that he was, uh, pro- propositioning himself to even members of the church there.

BD          Just openly?

CP          Yeah.

            Umm, and uh, he also tried to proposition himself to their midwife, while his wife was in labor.  According to the midwife, 'cause we talked to her, also.

BD          Okay.  So do you feel like Christina's concerns are valid?

CP          Uh-

BD          Like, her reasoning?

CP          I- yeah, a little bit.  Uh, when we picked them up, the oldest five- I'm sorry the oldest one, the oldest daughter, umm, expressed desires to dress uh, a little bit immodestly because her daddy liked it, is what she said.

BD          Okay.

CP          Umm, so yes, we have or had those concerns in the past, yes.

BD          And you knew that before you decided to take the kids with ya.

166C-AL-3491673

|      | Before adoption? |
|------|------------------|
| CP   | Before adoption. |
| BD   | So that- |
| CP   | A lot of stuff came out in that first year, meaning, just this kind of information. |
| BD   | So, like between you taking them to Washington on a babysitting capacity, and officially adopting them, you gained- |
| CP   | Yeah. |
| BD   | A lot more information about what was actually happening. |
| CP   | That's when we talked to the midwife, we reached out to her saying, something's not adding up- |
| BD   | Yeah. |
| CP   | Umm, because uh, this story kept changing.  I mean, when we picked them up, it was the dad's sexual issues, and then eventually it changed into, umm, you know Ezekiel (PH), which is the oldest boy- |
| BD   | Mhm. |
| CP   | Is just having some mental issues and needs some help, or- and then it just kept going to something different.  Uh, D-C-S wants to take my children away, and it just kind of seemed like one emergency after another.  It's the reason why, uh, she was giving them up for adoption. |
| BD   | Okay.  So there was- so, she didn't immediately want to give them up for adoption, this happened like after she- the baby- |

166C-AL-3491673

|     |     |
| --- | --- |
|     | what was the purpose of the babysitting capacity?  Like, when you guys originally- why would you? |
| CP | When we originally picked them up- |
| BD | Yeah. |
| CP | She said it was because her husband- they weren't safe with her husband. |
| BD | They weren't safe with her husband. |
| CP | That's what she said. |
| BD | She didn't give any reasons for that? |
| CP | She mentioned that he looked at porn. |
| BD | He looked at porn? |
| CP | That's what she said. |
| BD | We all do though, we just talked about that. |
| CP | But that's the reason she gave for them not being safe. |
| BD | Okay, maybe he was exposing them to porn, you don't- you don't know? |
| CP | I don't know. |
| BD | Okay. |
| CA | Nothing has come out, in working with kids since then? |
| CP | No. |

166C-AL-3491673

CA                 Okay.

CP                 No, not from uh, sexual perspective.

BD                 Right.

CP                 Umm, they, uh- we- we did have them in counseling, because the oldest is five, well actually the oldest is three, the younger two- I mean, they were-

CA                 Oblivious to a lot?

CP                 Yeah, they were three and one when we picked them up. Umm, so it's one, three, five, seven and nine is when we picked them up.  And the nine year old just had a birthday, she's now twelve.

Umm, I'm sorry, (UI).

BD                 No, I- I, I'm just- (UI).  You- you feel- seems like you just, you've saved these kids, and you've given them such a- whatever was going on, back with the uh- the uh, the people in Massachusetts, the Cor- Cordero's, it wasn't- it was obviously- from what you're telling me- not a good thing, right?  And they seem, extremely happy here.  I mean, those kids are amazing.

So, it seems like you just- you just saved 'em, you know, to me, so.

CP                 Uh, her dad actually took us aside, uh Christina's dad- Christina Cordero.

BD                 Okay.

CP                 'Cause we, we had- we actually have a- a relationship with the grandparents that's actually a lot more cordial than the birth parents.

166C-AL-3491673

BD              Okay, so there's some friction now with the birth parents?

CP              There is some friction, yes.

BD              Okay.

CP              Like I said, they accused us of, you know, changing what we said we'd do.

BD              Okay.

CP              We said we would try to maintain health and birth family relations-

BD              Uh-huh.

CP              Uh, and they're- we're kind of having to have those birth family relations a little bit at an arms distance right now.  Uh, just because it's not overly healthy.

BD              Okay.

CP              Uh, the dad-

CA              It worked for the children, I take it?

CP              For the children of course.  Uh, the dad has asked the older two girls if, you know, if they wanted to move back with him-

BD              Oof-

CP              And- and, I mean that's not even a possibility.

BD              You got the- it was a-

CP              You can't undo that.

166C-AL-3491673

BD          I- I have to ask- it was a legal- it was a legal adoption, right?

CP          Yes.

BD          Okay.  Just I- I'm just wondering-

CP          Yeah, Washington state- Washington state, yeah.

BD          Why you would even bring that up?  Yeah, why would he even bring that up?  I mean, it's not a really- yeah, please.

CP          So, umm, he- and uh, you know, just letters saying well we would- we want to spend more time with you, but your birth- uh, parents won't let us.  And, so we've kind of had to maintain our relations at a little bit of arm's length.

CA          The easy thing to do would be like, yeah, okay if you want to see them, or spend time with them, like, sure, you know, like, go spend a whole summer with them.  But you guys aren't doing the easy thing.  You guys are doing the hard thing, which is the thing that is probably best for the kids.

CP          Yeah.

BD          It seems like everything you do is for those kids.  All of 'em, of course.  But it seems like you go above and beyond, especially for those that have been through so much.  Umm, those- those five adopted children, that's just amazing.

            Umm, so, but you said there's some friction now?

CP          There is some friction.

BD          Yeah.  How- how bad has it gotten?

CP          Not bad.

166C-AL-3491673

BD     Not bad?

CP     No, I mean, it's just emails, mainly.

BD     Emails?

CP     Yeah.

BD     Oh, okay.  That's not too bad.  There not like showing up at your house?

CP     No.

BD     'Cause that would be- well, I guess- where do they live now? They still live out in Massachusetts?

CP     Uh, they moved down to Texas, when we moved down to Texas.

BD     Oh, you moved to Texas?

CP     Yeah, we went from Washington to Texas-

BD     Mhm.

CP     And then, June of twenty-nineteen- June of twenty-nineteen-

BD     Mhm.

CP     Umm, but we were maintaining both residences-

BD     Wow.

CP     In Washington and Texas-

BD     Wow.

166C-AL-3491673

| | |
|---|---|
| CP | As we were trying to move- we have a lot of stuff. |
| BD | You filled the house.  How big is that house? |
| CP | Uh, fifty-eight hundred. |
| BD | Whoa! |
| CA | Wow. |
| BD | Okay, yeah. |
| CP | So, we were moving from a nineteen hundred square foot house in Washington, to a forty-three hundred square foot house in Texas- |
| BD | Mhm. |
| CP | Umm, honestly that house is a gorgeous house. |
| BD | Texas? |
| CP | Yeah. |
| CA | Heard great things about Texas. |
| CP | We learned some interesting lessons, like everything down there is trying to kill ya. |
| BD | What do you mean? |
| CP | Bugs, snakes, spiders- |
| BD | Oh my God- |
| CA | It's like, oh wait, hold-on- |

166C-AL-3491673

BD          You gotta be on your guard-

CA          This sounds like a good story.

BD          Yeah, no.  I've never lived in Texas, and I've only- only passed through Texas, so I'm not familiar, but I can only imagine the hurdles.

CP          I- I lived in Midland for a while, you know where that is?

CA          Yes.

BD          What part of Texas?

CP          East, uh (UI) Tyler?

CA          Tyler.

BD          Tyler, Texas.

CA          Actually, I really like Tyler.

CP          It's good.

CA          But you're right, like the insects, the locusts, the-

BD          Locusts?

CA          The Cicada's, whatever you want to call them-

BD          Oh, okay.  That's- I mean, it still isn't terrible, but-

CA          It is- people have no idea, like, you come to- they have no idea what a Cicada is-

CP          Yeah.

166C-AL-3491673

| | |
|---|---|
| CA | You know, it- there's some big- |
| BD | Noisy. |
| CA | Big things- big living organisms down in Texas. |
| CP | Yeah, we had uh, an eight acres of heavily wooded area- a lot. And uh, we got to a point where the children couldn't really play outside much. |
| BD | Really? |
| CA | Because of the dangers? |
| CP | Yeah, umm, we- you know, one of my children, well a story. The first day my wife- so my wife went down there first- |
| BD | Yeah- yeah. |
| CP | The first caravan to go down- |
| BD | Yeah- yeah.  So she- you guys transitioned over time is what you're saying. |
| CP | Uh, about a month. |
| BD | Oh that- that's fast.  Oh please, so your wife went down- |
| CP | Wife went down, uh, she unlocked uh, the owner unlocked the door, she went in, as she was using the rest room she found two scorpions in the bathtub- |
| BD | Oh!  Yeah, I'm out.  I'm gone. |
| CP | And, uh- |

166C-AL-3491673

| | |
|---|---|
| CA | And this is first day? |
| CP | First hour. |
| CA | Oh, man. |
| BD | Oh my God.  I'm just gonna close that window so we're not freezing buddy.  I see you're still kinda- |
| CP | I- I'm a little shivering- |
| BD | I didn't realize that was open, I apologize. |
| CP | No, you're good. |
| BD | I am so sorry, alright.  Go ahead- |
| | I was wondering, I was like- I feel a breeze. |
| CA | You've got the heater working. |
| BD | Yeah, I know. |
| CP | And, uh- |
| BD | Two scorpions, in the bathtub. |
| CP | Yep.  And then one of my daughter's, Serenity (PH), today is her birthday.  Umm, she went and uh- |
| CA | You didn't pick up the birthday cake man. |
| BD | Oh, I'm sorry. |
| CA | We didn't know. |
| BD | Wish I had known. |

166C-AL-3491673

CP          Umm, we make her- yeah we make our own birthday cake.

BD          That's awesome.

CP          'Cause we have some food allergies.

BD          Okay.

CP          Umm, she went and she got- something happened, she got stung by something, as soon as she sat down to take her boot off, and she sat on a fire ant mound.  It was just a very traumatic first day (UI).

BD          It sounds like the kids love to play outside.

CP          They do.

BD          So that's- is that why you left Texas, then?

CP          Yeah.

BD          It just wasn't working.

CP          Yeah.

BD          Okay, and then you- so you moved quick then, you weren't there too long?

CP          Yeah.

BD          And then you came out to- what made you choose what is it- Cedar City?

CP          Cedar city.  Umm, really we have to move based on the house.

BD          Based-

166C-AL-3491673

| | |
|---|---|
| CP | So, with the size of the family, uh, we have some requirements, umm, you know, size of the house, land for the children to play- |
| BD | I get that. |
| CP | So we have a twenty acre lot here- |
| BD | Twenty acres? |
| CA | Da- dang. |
| BD | Well, you got some scenery too, let me tell you. |
| CA | Can I- I mean, I don't want to pry and you don't have to answer, but, how much did you pay?  'Cause I live, you know, not far from here, about thirty-five minutes.  What did you- what did you have to pay for that a year ago or whatever it was? |
| CP | Uh, the asking price was Six-twenty-five. |
| BD | Mhm. |
| CP | They brought it down to- |
| CA | That seems like a really good deal in to- to- today's market. |
| CP | We're- we're actually in the process of trying to refinance it.  Because we'd like to add on a pool house. |
| BD | Oh, do you have a pool? |
| CP | Not yet. |
| BD | You gonna put one in, and pool house, all that kind of stuff? |

166C-AL-3491673

CP          Yeah it's-

CA          Is that what all that excavation stuff is over there?

CP          No, that's our greenhouses.  We're- we found you can't grow-

CA          Oh, look at you-

BD          Look at that, is that in the ground?

CP          Yes, four feet down.

BD          Four feet down?

CP          So, the idea being that even in winter, you- you know, they'll still-

CA          You won't have to provide much supplemental heat.

CP          Right.

BD          Wow, are you building that yourself?  That looks like-

CP          Yeah.

BD          You're pretty handy then.

CP          Uh, we're working with a neighbor who does these for-

BD          Oh, okay.  So you at least have (UI).  Guy who knows computers in and out and can put greenhouses in the ground.

CP          Building green- no, it's-

CA          Yeah, I mean, you're the jack of all trades if you do that.

166C-AL-3491673

BD          Please.  Talk about- talk about providing, I mean-

CA          Which neighbor is it?

CP          Oh, he's down the road.

CA          Oh, okay.

CP          Uh, five minute- fifty-eight hundred or whatever.

CA          Does he- does- do- does he do that for a living, or?

CP          He's retired, but he's done probably fifty of these things.

BD          Fif- oh is it common around here, then?  In this particular area?

CP          I guess.

BD          Okay.

CA          Are you pretty close to your neighbor- to- to your neighbor's or is he the only one you're kinda-?

CP          Umm, we've met Jeff Anderson (PH), he just built that place.

CA          That's another beautiful place.

BD          It is, I was gonna say, it looks new.  Yours looks new too, though.

CP          It was built in ninety-five.

BD          Alright, new for houses, though.

CA          Well maintained.

BD          Incredible.

166C-AL-3491673

CP          Well, uh, two years ago, the (UI) owner, he was- he lives down in Nevada and he comes up here for the summer.  Uh, he didn't turn the water off for winter one year-

BD          Okay.

CA          Forced renovations is what that is.

CP          The pipe in that bathroom where my shoes were burst-

BD          Oh.

CP          And flooded-

BD          No-

CP          Like the whole house.  It was on for months.

CA          Of course it was upstairs.

CP          Yeah, and uh, he's on a well, so the well just kept driving-

BD          Oh, just kept pumping the water.

CP          Yeah.

BD          Are- are those your- are those- are those cows?

CP          No, oh probably.  Those aren't ours.

BD          But they- is that your property?

CP          No.

BD          Oh.

166C-AL-3491673

CP            I don't think so.

BD            So you're- so you're at the back of your property, obviously.

CP            We're actually right in the middle.

BD            Oh, well you said twenty acres, that's definitely not more than a couple of acres away.

              Anyway, they're not yours.  I was like, you got cows too.

CP            They do, they come-

BD            It's alright.

CP            It's a right to graze state.

CA            Well, shoot whenever your greenhouse isn't producing much, looks like you got beef to slaughter-

BD            Yeah, I feel like-

CP            We actually would like to get some cows-

BD            Oh really?  How do you keep a cow?  I mean, 'cause you said it's right to graze, they just wander around?

CP            We- we'd have to put up a fence.

BD            Yeah, just keep 'em in the- in the fenced in area.  Cows-

CA            Seems like you're looking for like, some self-sufficiency, just-

CP            A home (UI).  We had a home set-up in Washington.

CA            Did ya?

166C-AL-3491673

CP     Yeah, we had three cows and twenty chickens and fruit trees and berry patch.

CA     So you are kind of a jack of all traits.

BD     You really are.  You've- so you- what don't you do?  Tell me what you don't, maybe we'll start there.  What doesn't he do?

CP     Cook.

BD     you don't cook?  Someone cooks then.

CP     Yeah, my wife cooks, umm, my oldest children love cooking.

BD     Oh, that's fantastic.  So, you do everything but cook?  I'm pretty sure that's gonna be okay.  I tell you what, that's a deal.

CP     I also just-

CA     But why Cedar City?  I mean like, not having connections to Utah, I mean, I have connections to Utah, right?  It makes sense that I live here.  But, from Tyler, Texas to Cedar?  How- how did you find, I mean what- what was like- that's an interesting spot?

CP     Zillow.

CA     Really?

CP     Yeah.

BD     Did you do everything online?  Did you visit the house at all?

CP     Yes.

BD     Oh, okay.  'Cause I know a bunch of people during, like, the pandemic and stuff, they were just- online-

166C-AL-3491673

CP          I'm not seeing, like-

BD          That is terrifying- that would terrify me.  So, you drove out here then.

CP          Yeah, we uh, we took a vacation-

BD          Okay.

CP          Um, like a two week vacation or something-

CA          Yeah.

CP          Came up, saw this place-

CA          Your idea of vacation to me sounds like work.

BD          I know.

CA          Ten kids, or sixteen kids.

BD          I want someone to take care of me on vacation.

CP          Umm, yeah, we have R-V's and stuff, it's-

BD          You do?  How many R-V's do you have?

CP          Uh, we have one motor home, one trailer, and my parents have a fifth wheel.

BD          Oh, okay yeah.  Over the-

CA          You carry all three when you go on vacation?

CP          Yes.

166C-AL-3491673

BD          Whoa!

CP          But the six-week vacation, no.  It was just the motor home.

BD          Right.

CA          Did your parents come, or?

CP          No.  Not for the six weeks one.

CA          Okay.

CP          This last one, uh, this last year, yeah.  We've kind of started just doing vacations- everything together, so.

BD          You mean, you've done (UI) with your parents too?  So, that-that puts, like-

CA          It's more math I don't want to do.

BD          Seventeen of ya on the road?

CP          Twenty people.

BD          Oh 'cause the three- the three in Wyoming.  Twenty people on the road.  So, you pile into three vehicles, and how do you choose your destination?  What do you do?

CP          Two vehicles.

BD          Oh, right.  'Cause you just do the- you have two R-V's.

CP          Yeah, we- uh, that truck right there has the cab over camper that gets put in it, and then that truck tows the fifth wheel- not the fifth wheel, but the-

BD          Oh-

166C-AL-3491673

| | |
|---|---|
| CP | Travel trailer, sorry. |
| BD | So, you got plenty of room in there, that works. |
| CP | Yeah, for sleeping. |
| BD | Wow, okay.  Well, that's an incredible story.  Have you had the birth parents down to see this beautiful home? |
| CP | Mm-mm. |
| BD | Do you want- do you not want 'em here? |
| CP | Umm, the children have expressed that they don't really want memories of their birth parents here with them. |
| BD | Okay. |
| CP | So, we've said that we would visit with them in other areas. |
| BD | And I imagine- |
| CP | And that was- that was true in Tyler also. |
| BD | And I imagine your- you and/or your wife, or- you said that the grandparent relationship's a little better?  Someone's grandparents over there? |
| CP | Yeah, her parents. |
| BD | So, I imagine that you take the brunt- I'm sure they don't like hearing what you tell them, as far as like, they can't come here, that kind of stuff?  And obviously you're not making the kids pass that information, you're the one doing that.  So, again, for the kids, you're being the bad guy. |

166C-AL-3491673

|  |  |
|---|---|
|  | You're delivering the bad information, and I'm sure that's probably what causes so much of that friction.  Does that sound accurate? |
| CP | Yeah, probably. |
| BD | Yeah. |
| CP | But, uh- umm, I mean it's a- certainly worth it. |
| CA | Huh, no kiddin'. |
| BD | You've made that clear. |
| CA | That's clear. |
| BD | You've made that very clear.  I mean, beautiful home, taking care of sixteen amazing children, and that's just an amazing-amazing thing. |
| CA | I'm not gonna lie, it's a beautiful home, but it'd be more beautiful with a pool house. |
|  | (Laughing). |
| BD | It's gonna happen.  I have no doubt that he's gonna be able to do it, 'cause look at these- he's putting greenhouses in- |
| CA | Well, he's got no space for it is the problem. |
| CP | No- it's- it's going up there. |
|  | (Laughing). |
| BD | Yeah- yeah, he's running out. |
| CA | Twenty acres, there's no room. |

166C-AL-3491673

BD              He's running out of room.

CA              You don't have any room.

BD              You're gonna have to do something to keep the cows out of your pool though.

CP              Yeah, well, keeping the cows out of the greenhouse is our next concern.

BD              Oh, so it's-

CP              Basically the roof is on the ground-

BD              How's that work?  Right, ground level.  So they- oh, so you mean they're walking right on it?

CP              Yeah, 'cause it's just-

BD              And they're heavy.

CP              Plastic.

CA              They're pretty heavy.

BD              Oh, it's just plastic?  So, what do you put, a fence?

CA              Unless they really want something inside, then-

CP              Yeah-

BD              Well they're not the brightest thing in the world.

CP              They're annoying.

166C-AL-3491673

BD          You know?  'Cause it seems like they're up pretty early for
            breakfast.

            (Laughing).

CP          Yeah, one- one of our cows are in Washington, as we were
            putting up some barbed wire fencing, uh, my dad was on one
            end and I was on the other-

BD          Yeah- yeah.

CP          Kneeling, and uh, cow started eating the staples out of the box.

BD          What?  Yeah they're not bright.

CA          Of course he is- of course he is.

BD          He was eating staples out of the box-

CP          They're fencing staples, so they're huge.

BD          That's gonna hurt on the way out.

CP          Hey, we had to put him down that night.

BD          Oh, I'm sorry.  Shouldn't have made that joke.

CA          Because of pain?

CP          Because it was perforating the stomach.

CA          Wow.

BD          That's terrible.  Okay.  I will be more careful.

CA          Don't leave staples- okay, lesson learned.  No staples for cows.

166C-AL-3491673

BD          Why would they eat staples?

CP          Dumb animals.  But-

BD          (UI) that's true.  That's true, and incredible.  Well, that's- that's one of the most, uh, interesting stories I've ever heard.  That whole saga, and that's only been over a few years.  And that was like two ships passing in the night that you guys were traveling to Massachu- have you been to their house?

CP          No.  Well, we were- we saw their trailer while we were there.

BD          In Massachusetts?

CP          Yeah.

CA          Is it like a single wide, or what-?

CP          No, it was a-

CA          R-V?

CP          Yeah, it was like that.

BD          So they- you said that they wanted to use- well, you said they wound up parking their trailer or something like that- but, you said- did you say they did?  They came down to- to Texas?

CP          They moved down to Texas.  We asked them to not move anywhere close to us, because it's hard for the children.

BD          To create that- that buffer that you need.

CP          So we lived in Tyler-

BD          Yeah.

166C-AL-3491673

| | |
|---|---|
| CP | Again, because that was the house that would work for us, uh, and they moved down to Dallas. |
| BD | So when you're putting your searches on the internet for Zillow, you're- what you're saying is you're searches are so specific that it really kind of limits where you end up. |
| CP | It does. |
| BD | Yeah. |
| | Well, that makes sense, I haven't seen a house like this before, so.  That's uh, that makes a lot of sense.  So where do they- |
| CA | Is that uh- I mean, I'm just kind of putting this together, is that part of the reason you moved to Cedar City?  Was obviously because of the house, but also were you trying to create distance then? |
| CP | No. |
| CA | From- from (UI)- |
| CP | No, I mean, that- three was three hours away. |
| BD | Oh, wow. |
| CA | So, you felt like that was still, good enough distance, for you. |
| CP | Umm, it was sufficient enough where we could drive over to Dallas, or they came over to Tyler a couple of times, and we did the zoo- |
| BD | Yeah. |
| CP | Caldwell Zoo. |

166C-AL-3491673

BD          Yeah.

CP          Uh, things around the house, but not in the house.

BD          Right.  So, did you coordinate- 'cause obviously you coordinated with them to come to Texas.  Did you coordinate with them so they could live nearby you?

CP          No.

BD          For this- no?

CP          No.

BD          That was part of private- is that part of the friction?  That- like, that's why you did that?  You didn't let them-

CP          Could be.

BD          Right.  Do you know- do you not want them near you now?

CP          Umm, the- can sometimes cause issues with the children, when they-

BD          Being even like, however many hours away is too close.

CP          Right.

            Uh, so, for example, uh, the third one, Gabriel (PH) that we have, of theirs-

BD          Of theirs, okay.

CP          Umm, he-

BD          I'm gonna need a flow chart for this.

166C-AL-3491673

CP          (UI) a little mentally slow-

BD          Okay.

CP          Umm, some issues with Cerebral Palsy and-

BD          Oh, okay.

CP          Uh, but not- not physically limiting other than other than a
            weird gape pattern.  Anyway- umm, he was super excited
            when his parents moved down to Texas, because now, they
            could come over any time they wanted.

BD          Mhm.

CP          So, that was a little challenging to work through, that no, even
            though your birth parents are in Tyler- are in Texas, they can't
            come over any time they like to, because we need to maintain
            structure and order to family life.

BD          Yeah.

CP          So, it is a little challenging if they are close by, but once we
            finally were able to convince them that, okay, they are in Texas
            but, that doesn't mean I get to see them any time I want to,
            uh, it was easier.

BD          Relationship got better for a while I guess?

CP          Umm, not really.

BD          Oh.

CP          It's kind of always been, uh, this way since- since the adoption
            finalized.

BD          Okay.

166C-AL-3491673

|   | So, since the adoption finalized, things kind of just got worse and worse and worse? |
|---|---|
| CP | Not worse and worse, it just kind of, got worse and stayed worse. |
| BD | So basically, they had- |
| CA | Plateaued at a worse level. |
| CP | Yeah. |
| BD | So, after the adoption, they had certain expectation's that weren't gonna happen, right?  That whole, whatever you- like, you have- you're not entirely sure, it doesn't sound like, as to what they expected.  But- |
| CP | Well, just judging on their emails, uh, they were really looking forward to moving their trailer down to our property; which we said no. |
| BD | Mhm. |
| CP | They were really looking forward to moving within a block of us, and going to the same church.  We said, it's not gonna work.  We need to maintain our family structure, here.  Umm- |
| CA | Legally, with the adoption- I'm sure the way you had it set-up- sounds like they do have rights for visitation. |
| CP | We have- we've- it's umm, two visits per calendar year, up to five days per visit. |
| BD | Gotcha. |

166C-AL-3491673

| | |
|---|---|
| CA | Two visits per year, okay.  So, limited, very limited.  That's a maximum of ten days a year- |
| CP | Yes. |
| CA | Okay.  And that's- that's all you are required to give, I assume you could give more if you want? |
| CP | Yep. |
| CA | But, you're looking after the best interest of the kids. |
| CP | Right. |
| CA | And so- |
| CP | I mean, we would honestly love to- have the grandparents see 'em a lot more- |
| CA | Okay. |
| BD | You get along with them pretty good? |
| CP | Umm, but that causes problems. |
| CA | 'Cause that relationship is- is a little healthier? |
| CP | Yeah- yeah.  They, uh, they come down, they're interested in what the children are doing.  Show me your school work, oh that's great, good job. |
| BD | Okay, so they're just supportive grandparents, they're not trying to overtake- |
| CP | Right. |
| BD | And stuff like that. |

It just kind of sounds like to me, like, they- you said their kids were- like D-C- what was it?  Massachusetts? Massachusetts. The state of Massachusetts was reaching out to you guys where the kids and that kind of stuff.  Sounds like they- they were looking for a solution to have their cake and eat it too?  Get their kids away from the state, in a protected custody situation with you guys, but still be able to be the parents it sounds like.

CP          That's what it sounded like they wanted, yes.

BD          Yeah, that's- that would, uh, that wouldn't fly with me.

You know, umm, you create this- and- and in spite of all that- and it seems like you- you create such a- you- you protect the kids from that friction, it seems like, right?

CP          We do our best.

BD          Yeah- yeah, I mean, there's only so much you can do, but it sounds like you take- you take all that on, on the top level, and- and just let the kids be kids, and be happy.  It's- it's-

CA          You teach them good values that-

BD          Amazing.

CA          They can handle their past and learn to move forward with. I'm impressed.  Two hours a day, by the way Brian, I don't know if you heard that part-

BD          Hmm.

CA          Two hours a day religious study.  They wake up at six in the morning-

166C-AL-3491673

BD          Everyone's up at six?

CP          Uh, we let the youngest sleep.  Uh, Mia (PH), Maya (PH)-

BD          Sure.

CP          And Samuel (PH).

BD          They sleep a little longer?

CP          Uh, four year old and two.

BD          And you guys study in the morn- you do- you do- what'd you say, I'm sorry?

CA          Two hours.

BD          Two hours?

CP          Yeah, we do an hour of bible from six to seven, and then uh, another book, uh, from seven to eight.

BD          So-

CA          Impressive.

BD          With the kids not having phones- obviously most of them are pretty young, right?

CP          Mhm.

BD          How do- do they have any individual communication with their birth parents?

CP          Uh, just uh, the monthly phone calls.

BD          Okay, monthly phone calls.

166C-AL-3491673

| | |
|---|---|
| CP | Uh, we have that Google group, locked down to only receive emails from their- the birth parents email addresses, or Michelle and I's email addresses. |
| BD | Right. |
| CP | So, if the children would want to communicate, it would have to go through either Michelle or my email. |
| BD | Okay, so you guys- just like- just, it seems like everything else, protecting them in- in, like, the internet.  You don't look over their shoulder, but you are- you're very aware.  You got the computer, you know, where you can see it and that kind of stuff, so. |
| CP | Mhm. |
| BD | Seems like that- that's, you guys are doing- you guys send letters or packages or anything like that? |
| CP | Yeah. |
| BD | Oh, that's great. |
| CP | Yeah. |
| BD | So, you know, so where do they live now?  They live in Texas still? |
| CP | Uh, New York. |
| BD | New York?  Okay.  Where in New York do they live? |
| CP | I don't know. |
| BD | Oh, okay. |

166C-AL-3491673

CP          Umm, we have their address on the box (UI)-

BD          On the box?  Oh, like a package they sent?

CP          Yeah, we- we keep, uh, two little, I guess, boxes that the
            children can put drawings and things in.

BD          Yeah.

CA          Well, that's a good idea.  That's cool.

CP          And we just send it off, in full.

BD          (UI) that's wonderful.  I- and again, sounds like you're doing it
            for the kids, right?  'Cause obviously there's some
            disagreements-

CP          Mhm.

BD          Some friction.  Has- has the- has the problems with the, umm,
            Cordero's ever gotten really bad?

CP          Mmm- not really.

BD          Never had like a blow-out argument or anything like that?

CP          No.  We, umm, the last visit we did with them-

            (UI).

CP          It was in Dallas area.  Uh, 'cause we took a vacation, to go
            meet them, uh, so, went down to Dallas to meet up with them.

BD          Mhm.

166C-AL-3491673

CP              Umm, and we basically had to tell the mom that we couldn't
                have her going off alone with the children-

BD              Okay.

CP              Umm, just because of some of the deceptive things she's told
                them, and-

BD              Oh.

CP              Just, I mean, the stuff I've mentioned.

BD              Yeah- yeah.

CP              About the letters that uh, you know, your birth parents are
                keeping from us, and umm-

BD              Adoptive- I'm sorry, adoptive parents you mean?

CP              Yeah, she- the birth parent, the birth parents were telling the
                adopted children that Michelle and I, the adopted parents,
                were not allowing the birth parents to come (UI).

BD              Oh- oh.  So, she was feeding the kids-

CP              Yeah.

BD              So, he's got his problems, and she's feeding the kids
                information that is supposed to look bad for you.

CP              It's certainly not helpful for the family.

BD              I can see where the friction is.

CP              Umm, so we had to basically say no, look, we don't trust you.
                We're sorry, if you have something you can just say to your

166C-AL-3491673

children, go ahead say it here, you know.  You don't need to go off alone.

BD          And the adoption is, I mean, in terms of, people, the adoption is- is fairly new.  So, this is- you're probably still navigating. Have you tried to sit down and just resolve the differences, and make it clear with them or whatever it may be?

CP          We had a meeting there in Mineola, Texas.  Uh-

BD          Go ahead-

CP          Where, it was a couple hour long meeting.  Umm, you know, took notes, umm, yeah.  It ended up with them having a list of demands that they wanted of us-

BD          They provided you with a list of demands?

CP          Umm-

BD          Okay-

CA          Demands?

BD          Hey, help us- help- us- we're- we're in a really bad spot.  We need you to adopt our kids and take care of them, but now we have demands.

CP          Yep.

CA          And, we know that these demands don't have any legal standing, but they're demands.

BD          Yep.  Here we go.

            I'm getting frustrated for ya.  Umm, so you had a meeting- it was just-

166C-AL-3491673

CP          Michelle and I, and the two parents, and they brought their youngest- their newest youngest one with them.

BD          Okay.

CP          But, that was, like I said, that was in Mineola, Texas, so that was a (UI).

BD          You met on like, mutual ground kind of thing?

CP          Whataburger.

            (Laughing).

CA          That's mutual ground.

BD          I've never- that's also good eats.  I haven't had it, I heard it's amazing.

CA          Oh, I love What- I miss Whataburger.

BD          'Cause you- yeah, is that- is that a Texas thing?

CP          Yeah.  And (UI) it's right at the Texas line.  Yeah.

BD          Right at the Texas- oh really?  They're like, we are not- we are not serving anyone outside of Texas.

CA          Well, it's like the In and Out version, but for Texas.

BD          Yeah- yeah- yeah.

CA          But, in my opinion, way more delicious than In and Out (UI).

BD          It's probably the In and Out burgers, it's just such a thin patty.  That's what they're all going towards.

166C-AL-3491673

CA          But the fries too are like-

BD          They get cold real quick.

CA          Cardboard.

BD          Yes, exactly.  I agree with ya, they're dry and they're-

CP          Sorry, that was- that was way off topic.

BD          Well-

CA          You seem like, umm. I mean, are you always this chill?

CP          Chill?

CA          Relaxed.

BD          Laid-back.

CA          Not- do you ever get angry?  You seem like, a very-

BD          Composed?

CA          Calm- thank you, that's- that's- that's the word.

BD          Composed.  Very composed.

CP          Umm, I guess so.

BD          Yeah.

CA          Do you- so me as a father- I – I've gotten better over the years.
            Umm, I feel like I'm much more patient, I- I have a ways to go
            still.  But, I still- there's times where I get angry with my

166C-AL-3491673

|  |  |
|---|---|
|  | children and I raise my voice and umm- who is the enforcer at the house? |
| CP | It would be me. |
| CA | Okay. |
| BD | Go ahead. |
| CA | Mom is the- the- the kind, nurturer.  Dad lays down the law when it needs to be laid down?  Is that-? |
| CP | Mom would lay down the law if needed. |
| CA | If needed? |
| CP | Umm, but yeah, if there's something that she either doesn't have time to deal with, or can't deal with it, uh, then yeah.  I'm the enforcer for that. |
| CA | Does she turn to you for that then? |
| CP | Yeah. |
| CA | Like this is out of my- I- I don't know what to do, can you- can you please- |
| CP | Yeah. |
| CA | Take over? |
|  | Okay.  Th- that's the way it is in my house too, and it's- some-some of it's 'cause of the nature of the way mom spends more time with the children.  She'll handle most things, ninety-five percent- |
| CP | I mean, she's with 'em eighty-five percent of the day already? |

166C-AL-3491673

CA          Yeah.

            And- and I assume you're not available 'cause you're working.

CP          I'm available if I need to be.

CA          Okay.  You have flexibility when it's needed.

CP          Yeah.

CA          Okay.  Can you do your work after hours?

CP          Yeah.

CA          What are your work hours?

CP          Typically I'm online from uh, eight a-m, to six p-m.

CA          That's a long day.

BD          Eight a-m, to six p-m?

CA          Ten hours?  Do you work five days a week?

CP          Yeah.

CA          Do you get overtime?

CP          No, so.

CA          So.

CP          And then I usually go back to work around, ten p-m to eleven-thirty.

BD          Oh, really?

166C-AL-3491673

CA          Really?  Holy smokes.

BD          So, you come down, enjoy some time with the family, is the idea there?

CP          That's the idea.

BD          And then you-

CA          Yeah.

BD          Yeah.

CA          (UI).

BD          Umm, and then you go back up.  Oh my God, that's amazing.

CA          Umm-

BD          Do you enjoy what you do?

CP          I love what I do.

BD          yeah- that makes it- I can tell.  'Cause why else would you go back up at ten o'clock?

CP          Yeah.

BD          And keep doing it?

CA          'Cause, would it be- there are days where you don't do that, right?  Where you work a few hours and other things have to get done?  I gotta go help my neighbor help me with my greenhouse, or whatever-

BD          Mmm, true.

166C-AL-3491673

CA          Umm, and you have that flexibility.

CP          Yeah.

CA          Okay.

            If you were to not work the ten to- the late hour shift-

CP          Mhm.

CA          Would you still be in good standing?

CP          Yeah.

CA          Would Microsoft still be happy with your work?  You're- you're
            an over achiever.

CP          I love what I do, yeah.

CA          I could see that- it's like that in a lot of aspects in your life.
            You're not gonna do it half butted, so to speak.

BD          There's no bear minimum-

CA          Yeah.

BD          No way.

CA          Well, you're- you're an amazing- amazing father-

CP          I appreciate it.

BD          No, you really are. It's obvious you would do anything-

CA          At least from what I can tell, you know, like, it's impressive.

166C-AL-3491673

| | |
|---|---|
| CP | Thank you. |
| BD | Yeah, it's amazing- it's obvious- so, your parents- your parents live with you now? |
| CP | Yeah. |
| BD | Right?  And do they play a role with the kids? |
| CP | Uh, my mom helps school them every day. |
| BD | Oh, okay, so it's- it's umm, your mother, and Michelle- |
| CP | Mhm. |
| BD | School them every day. |
| CP | Mhm. |
| CA | Tag team. |
| BD | Tag team. |
| CP | Umm, we have classes, so we have a list of uh- |
| BD | Oh. |
| CP | Seven classes that they each take. |
| BD | You guys got it all figured out. |
| CP | Umm, reading, writing, uh, arithmetic.   Umm, math- yeah, cursive. |
| CA | Wow.  That's an art that's being lost. |
| CP | Yeah. |

166C-AL-3491673

BD          Wow.  What about dad?  What does- what does dad do?

CP          Uh, he mainly pokes around the house.

BD          There you go.  Nothing wrong with that.  Is he retired?

CP          He says he has too much work to be retired.

BD          Okay, so semi-retired.  We'll call it that.

CP          No-no, he- he doesn't work-

BD          Okay.

CP          This is his work.

BD          Oh, he does- oh, he does work around the house.

CP          Yeah.

BD          When you say he pokes around the house, you mean like, he's a- he's a- he's a tinkerer.

CA          He tinkers with everything.

CP          Yeah, I mean, he's primary- primary on those greenhouses.

BD          Mmm- that makes a lot of sense, because you gotta be workin' ten or, I guess, closer to twelve hours a day at this point.

CP          I get to work.

BD          You get to work.  I like that.

            And then- and then, Dad, kind of, is the point man, for all the projects.  Including I'm sure the pool house.

166C-AL-3491673

CP      Uh, not yet.

BD      So is he- he's handy to then?

CP      Yeah.

BD      'Cause you seem very handy.  Is that a passed down thing?
You learned it from Dad?

CP      Probably.

BD      Yeah.

CA      Yeah.

CP      Yeah, he just finished a bookshelf downstairs for the library.

BD      Any intention on moving from here, or do you guys love it?

CP      No, we love it.

BD      Yeah, why would you?

CA      Is this brand new asphalt?  It looks like-

CP      Yes.

BD      Did you put it in?

CP      No.  Well, I paid someone to put it in.

BD      Yeah- yeah, I'm sorry.  That's what I meant, 'cause it- it was-
'cause you haven't been here too long?

CP      No, a year.

166C-AL-3491673

| | |
|---|---|
| BD | So, it's one of the first things you must have done, then? |
| CP | No, it's uh, a week old, two weeks old. |
| BD | It's a week old? |
| CP | Yeah. |
| BD | Well, it looks like it. |
| CP | The children- |
| CA | It looks brand new- |
| CP | Love their, uh- |
| CA | I mean, other than- we just had a rain, and so there's dirt on it, but- |
| BD | Yeah, it'll- yeah.  Little rain. |
| CP | I mainly got it for the children to ride their bikes on. |
| BD | (UI) race.  You got like a race track. |
| CP | A nice circle drive here. |
| CA | That's cool. |
| BD | That's the best. |
| | Amy go-carts or anything like that? |
| CP | We have a quad, but it, uh- |
| BD | Okay. |

166C-AL-3491673

CP              Needs some carburetor work.

BD              Alright.

CA              This looks like a great spot for a couple go-carts.

CP              We need for Dad to start tinkering on the A-T-V.

CA              Yeah- yeah- yeah.

CP              Well-

CA              You could- I mean, I can see that- how far?  You can see
                forever out here.

CP              Yeah.

CA              Do you like it?  Is it- I mean, are you happy here?

CP              Yeah.

CA              You have a good life.  This is- this is beautiful.

CP              (UI).

BD              No kiddin'.

CA              Don't- don't show this to my wife.  Changes everything.

                (Laughing).

BD              Whatever you do, Chris don't show it to her.

                Oh, my God.  It's just absolutely beautiful.  So, I- I feel like I-
                know you so much better now, umm, with everything, and-
                and you just- I'm- I'm not gonna blow your head up, you
                already know what I think of you.  It's amazing, so-

166C-AL-3491673

|     |     |
| --- | --- |
|     | But, so- internet wise, you're up there, you're using the internet and all that kind of stuff, do you use things like V-P-N's or anything like that, for work? |
| CP  | Uh, Microsoft has their own built in V-P-N connector that just- |
| BD  | Through their company? |
| CA  | Is it- is it the SAW that goes through the V-P-N, or is it other computers too? |
| CP  | It's- it's, uh, my SAW, and my desktop, yes. |
| CA  | Okay. |
| CP  | And they both have two different V-P-N (UI). |
| CA  | And is there something else up there too, a laptop or another desktop? |
| CP  | There's another laptop, yeah. |
| BD  | Okay |
| CA  | So, a total of three? |
| CP  | I have three lap- uh, three computers. |
| CA  | Okay, and are there tablets, (UI) electronic- internet connected devices up there? |
| CP  | Not in my office, no.  Uh, but we do have, uh, some school tablets. |
| CA  | Okay.  Internet connected? |

166C-AL-3491673

CP              Yeah.

BD              For kids- for the kids to learn on and stuff like that?

CP              Yeah, they (UI).

BD              That's the future anyway.

CA              Do you ever use those, or is that strictly school?

CP              No- school.

BD              And do you password protect all your stuff up there?

CP              Yeah.

BD              In your office too?

CP              Yeah.

BD              That's good.

                Yeah, password protection's always the way to go, so.

CA              Well, because of what you do for Microsoft, and I- I assume
                there's- there- the SAW has to be an expensive piece.

CP              It's just a- a laptop that's hardened-

CA              Okay.

CP              Uh, so, I mean, they lock-down the BIOS, so you can't go into
                the BIOS.

CA              What do they harden it with?

CP              Software.

166C-AL-3491673

CA              Like- like is there a- a specific suite or something?

CP              Microsoft.

                They build their own, yeah.

CA              Yeah.

CP              Uh, so they- they lock-down the BIOS.  Uh, the SAW image is
                built in a data center in Puerto Rico-

CA              Okay.

CP              That when- umm for (UI) place- I think it's for tax reasons.

BD              That makes sense.

CA              Okay.

BD              Just like everybody sets up headquarters in Delaware.

CA              Have to be- it's Microsoft, they have to look for ways- I get it.

BD              They wouldn't be doing their job it they didn't.

CP              Umm, so, I mean the image comes pre-built.  You don't build
                your operating system-

BD              Okay.

CP              It's built for you and pushed down to you.

CA              Okay.

CP              Uh, it's locked-down by an administrative account that you
                don't have.

166C-AL-3491673

BD              Mhm.

CA              But they have access to, assuming the computer is on?

                They can update-

CP              Yeah- yes.

CA              Do they have access to view what you're- what you're doing?
                Content- can they look at whatever you saved on the device?
                They have full access to-

CP              So, everything you save is synced up to a Microsoft shared
                directory, uh, so that if you're SAW dies, you don't lose all your
                data.

CA              Okay.

CP              They just push down a new image to a new SAW, and your
                data is on that, saved.

CA              What do you primarily work on?  Which- which device?

CP              Umm, probably my SAW and my desktop.  I do them both.

CA              Okay.

CP              It's probably fifty-fifty.

BD              Do you keep work and personal separate?

CP              Majority wise, yeah.

BD              Yeah.

CP              I listen to music on my work computer.

166C-AL-3491673

| | |
|---|---|
| BD | Yeah. |
| CP | So, is that personal, or work? |
| BD | I would say that's work if you're doing it for work, right?  No, I just mean, like, I keep my work- I have a work phone, I have a personal phone.  I don't- I don't do work on my personal phone, I don't personal calls on my work phone. |
| CP | It's all on one. |
| BD | You do most of your communications on one computer? |
| CP | Uh, well, one phone. |
| BD | No, I'm just saying that's an example. |
| CP | Gotcha. |
| BD | But, as far as work goes- 'cause you said Microsoft issue's you there stuff- |
| CP | Yeah. |
| BD | So, but you have your own personal computer as well? |
| CP | I have a personal laptop, yes. |
| BD | Okay, yeah, and you said you keep- like tell me- do you keep your personal and work stuff separate? |
| CP | Mostly. |
| BD | Mostly?  Yeah, well, and there's some bleed over, there always is. |

166C-AL-3491673

| | |
|---|---|
| CA | A little bit. |
| BD | A little bit, I mean- you can't not- I mean, it is what it is. |
| CP | That's where I do my, uh, investing. |
| CA | So, you have your- |
| BD | Oh, investing? |
| CA | SAW which is- was it a laptop? |
| CP | Yeah.  It's a T-four-fifty. |
| CA | T-four-fifty.  Then you have your desktop, also Microsoft issued? |
| CP | Yeah. |
| CA | And, is there anything else Microsoft issued? |
| CP | No. |
| CA | So just two electronically- or, electronic devices that are internet capable? |
| CP | Yeah. |
| CA | Then you have a third lap- sorry- third computer but second laptop- |
| CP | Yes. |
| CA | You own personally, and that's where you primarily do- yo9u said investing? |
| CP | Yeah. |

166C-AL-3491673

CA                    And other personal things?

CP                    Yeah, so, uh, (UI) Trade, and uh, Fidelity.

BD                    So like day trading, or just- just-

CP                    No.

BD                    Moving, like, just investing your retirement, kind of thing?

CP                    No, it's –it's not retirement, it's uh, well it was umm, just my normal, financial, uh, financial account, uh- not- not retirement.

BD                    Okay.

CP                    The other one.

BD                    So, it's just an investment account?

CA                    It's an investment account.

CP                    Umm, I like to sell options.

BD                    Oh, yeah, okay.  I wish I knew how to do that.

CA                    You know, that goes right in line- the image your painting of yourself of being Jack of all trades-

BD                    Yep, so what else is- yeah-

CA                    Trades, pun intended.

BD                    No kiddin'.  No, so yeah.  That's- I gotta get into that.  I was actually talking to, uh- well, he's not here, Patrick.  Another guy that- that's probably one of the better hobbies to have,

166C-AL-3491673

|     |     |
|-----|-----|
|     | right?  Is- is to really understand and know that in the stock market, you can- 'cause you can make yourself some money too.  You do well on it?  I imagine you do. |
| CP  | I have done well.  Umm, I can't do much at the moment.  This uh, this driveway, certainly- |
| BD  | Oh.  Took over, huh? |
| CP  | He- he said- he gave me a quote- |
| CA  | I was gonna call this- I know- |
| CP  | Ten thousand- |
| CA  | Oh no- |
| BD  | No way. |
| CA  | No way.  That's half- |
| BD  | Buddy, Pat- Patrick's driveway is- |
| CP  | (UI). |
| CA  | Are you kidding? |
| CP  | Forty thousand dollars for this driveway. |
| BD  | So what did he do, hand it to you- hand you a forty thousand dollar bill after he's done? |
| CP  | Yes. |
| BD  | Oh my God. |
| CP  | And, requested a check on the spot. |

166C-AL-3491673

BD          Here's your ten thousand dollar quote, I'm gonna need forty?

CA          Well, it is a beautiful driveway, and one day it'll be okay.  But, I can understand why you're feeling the pinch right now.  That's- that's way more then- then what he quoted.

BD          That's not even close.

CP          So, anyway, I- I don't have- I'd love to invest, seeing I can't do much at the moment.

CA          Yeah.

BD          Well, it sounds like you do well.  What's your- alright, you gotta tell me, 'cause I gotta get this- what's the- what's the best thing to invest in right now?

CP          I personally like selling, umm, naked puts against equity markets.

BD          Oh, okay.  I don't- I thought I was gonna get like a stock. (Laughing.)

CA          So shorting.  And- and tell me, it's been a while, I- I studied a little bit, but-

BD          Mhm.

CA          What is a naked short?

CP          Meaning you don't have, uh, a secured position to back it up.

CA          So, it's riskier?

CP          Yes.

166C-AL-3491673

| | |
|---|---|
| BD | But you've made good- you- you seem like- |
| CA | Well, there's also more potential. |
| CP | I like to invest at, umm, ten- ten percent- I always forget the Greek- it's not gamma- beta? |
| BD | Yeah, sure- sure. |
| CP | Umm, so, uh, pretty much all I'm investing in is (UI). |
| BD | Okay. |
| CP | So I invest, uh, a month out.  Sell sure short a put- |
| BD | Mhm. |
| CP | The put usually expires out the money.  If it gets close to end the money, I move the position down further, so that I don't, umm- |
| BD | You got a dog? |
| CP | Four of them. |
| BD | Dogs are outside getting a little air.  Sorry, go ahead.  So- umm, I thought you- I thought, you know what I thought I thought he was gonna tell me?  I thought he was gonna tell me- |
| CP | Microsoft? |
| BD | No, I didn't think about that.  That would have been good.  If you had done that- I thought he was gonna say, I invested in Tesla- have you seen what Tesla has done?  They're (UI) - what are they valued at now, over a trillion, or something like that?  Something wild.  They're over a thousand dollars a share- |

166C-AL-3491673

CA          I keep saying there's no way it can go higher.

BD          I know, I should have invested.  Even if you invest a couple of
            thousand dollars, you're making- you're just making money.

CA          Who can afford a thousand dollar- I mean, you can't afford
            very many shares at that price though.

CP          No.

BD          But yet, but you know what?  If you get in the lower levels,
            like, umm, what else did something crazy like that?  Uh, well
            obviously Google did for a while.

CA          Yeah.

BD          Right?  Google went crazy.

CA          Netflix-

BD          And then Net- yep, well Netflix.  But also, umm, buddy of
            mine- mine's Bitcoin.  He uh, Bitcoin went wild-

CA          It's still- well, and it's- it goes up and down, but still very good
            investment (UI).

BD          Worth so much- yeah, well it's very, umm- voli- volatile?

CP          Mhm.

BD          But, you know, it's such a- if you got in, what is it worth now?

            Sixty thousand I think I saw?

CP          Honestly, I don't know.  It's been a bad minute.

BD          Have you ever invested in Bitcoin?

166C-AL-3491673

CP                    (UI)?

BD                    Is it an investment?  If someone could explain this to me- is Bitcoin an investment or is it a currency?

CP                    I don't know.  I try to stay away from it, I- I lost some money in it.

BD                    Oh, did you?

CP                    Umm, I'm- I don't understand it enough to be able to invest wisely.

BD                    See, that's why I stopped too.  But, I don't understand it, but that's when you miss out too.

                      Did you lose a lot?

CP                    Not too much.

CA                    But here's the- here's the deal, like- you understand naked puts, ninety-nine point nine percent of the people do not even know what that is.  I barely know what that is.  I barely know that that's shorting, and you had to tell me what naked put is.  We talk in and out of the money-

CP                    Mhm.

CA                    Like, people don't understand that.  So, you did some research- I think they're trying to eat your tires.

BD                    They smell good.

                      Did- did you- if you don't mind me asking, how much did you lose on- on Bitcoin investment?

166C-AL-3491673

| | |
|---|---|
| CP | Something like ten thousand. |
| BD | That's not horrible- hopefully you've made some money in your puts- |
| CA | It would pay for a quarter of your driveway. |
| BD | Yes.  Well, you thought it was gonna pay for the whole thing. |
| CP | Yeah, I did. |
| BD | So you don't- so you don't invest in- so you do the nake- so you mostly do like- well naked puts.  That's more of a day-trading approach isn't it? |
| CP | No.  It's a- a monthly approach. |
| BD | Okay, it's still a regular- it's not like invest and leave. |
| CP | No, I- I do check it daily- |
| BD | Mhm. |
| CP | Umm, when I had positions.  Umm- |
| BD | They like 'em- |
| CA | How much of your day would- is dedicated to the- to that kind of thing? |
| CP | Right now? |
| CA | Yeah. |
| CP | Uh, none. |
| CA | Okay, none right now. |

166C-AL-3491673

BD             'Cause the driveway-

CA             Before?

CP             Uh, before?  I don't know- fifteen minutes.

CA             Fifteen, that's it?

CP             Yeah.

CA             Oh, wow.  So, you are spending most of your time in your office, doing Microsoft, quality work-

CP             Yep.

CA             That you-

CP             And listening to my music.

BD             Loves what he does.

CA             What music do you listen to?

BD             Yeah- I was gonna say?

CP             Uh, Christian rock.

BD             You have a favorite band?

CP             I like Skillet (PH).

BD             Okay.  Though actually, I'll be honest with you, the only one I know- I'm not too good with the music thing- the only one I really know, is, uh, is- is the- the Creed.  Well, Creed's older now, but when they went- when they went kind of main stream, they're amazing.

166C-AL-3491673

CP              They're uh, (UI).

BD              Yes, yes- yes- yes.  I can see the album, it's kinda like the guy
                on the front?  You know what I'm talking-?

CA              (UI).

BD              Yes, that's it.

CP              Yeah (UI).

BD              It's a- that's a great, great album.  They're- they're- are they
                still around- about?

CP              I don't know- they're done.

BD              They did some great stuff though.

CP              (UI) this other music kinda sounds alike.

BD              Yeah, they got one album, right?  And that's pretty-

CP              All their music sounds alike.

BD              There's a few bands-

CA              Yeah- yeah.

BD              Few bands that go that way, umm- but, uh- wow.  Okay.

                So, you work- you work- do you have weekends off?

CP              Usually.

BD              That's good, 'cause you guys- you guys do something fun on
                the weekends or projects?

166C-AL-3491673

CP              Yeah, I build greenhouses.

BD              Yeah, you do.

CA              Yeah, you do.  You work Saturdays, uh, I mean, for Microsoft?

CP              Not usually.

CA              Okay.

BD              Okay.

CP              Uh, if there's a special project, or if I'm on call.

BD              Mmm.

CA              How do you- how do you treat Sabbath?

CP              Uh, we go to church.

CA              Okay. Umm, try not to work, or-

CP              Try not to.

CA              May- there may not be times where you can't avoid-

CP              On call is kind of a difficult one.

CA              Okay.

CP              Yeah.

CA              Just out of curiosity, do you- do you stay- try to stay in-house, or do you- is it okay for kids to play- is it okay-

166C-AL-3491673

| | |
|---|---|
| CP | Oh, yeah.  No- no, I'm sorry.  Yes, uh- no we, uh, so we go to church, up at Dolly Bible Church (PH)- |
| CA | Okay. |
| CP | Uh, we come back, uh, a lot of times we have people over after church, for, uh- |
| CA | From the congregation? |
| CP | For lunch.  Uh, if no one ever comes over, then, uh, we typically go somewhere, like, uh- |
| CA | Okay. |
| CP | Like Robin down at Saint George. |
| BD | Oh, I love Red Robin. |
| CA | So, family time. |
| CP | Yeah, and come home and, uh, sometimes we make breakfast for the morning for our- for the whole week that day. |
| CA | Yeah. |
| BD | Mhm. |
| CP | Uh, so all of our breakfasts are all frozen or fridge'd and we just pull it out an eat- |
| CA | Oh, nice. |
| BD | It's gotta be a good time saver too. |
| CA | Good idea. |

166C-AL-3491673

BD          Yeah.

CP          Plus, it gives, like-

CA          It's forced unity.  You're preparing stuff together, all hands on deck, like, you know- it's-

BD          Mhm.

CA          That's- that's really cool.  Forced way to get, uh- a, uh, what's the word?  A- a- a captive audience, with your children.

CP          Yeah.  But, yeah, I mean, they come out, they ride their bikes the last couple of Sundays.  Actually I think last Sunday was raining, but I don't remember.  Umm, yeah, just family time.

CA          Okay.  And do you- do you go to the office on the weekends too, just- umm, you don't work much on Sunday, if you can avoid it- except on call.  Umm, or- is there- is there a day of the week that you try to spend more working outside or working with the family, not-

CP          That would be Saturday.

BD          Mmm.

CA          Okay, that would be Saturday.  Okay.

CP          Uh, we also work inside if it's too cold.  Uh, like I said, we're building a library downstairs-

BD          Oh.

CP          Umm-

BD          Cool.  Do you, umm- you know, I meant to ask you- do you have, uh- talking about your internet- do you have- you have

166C-AL-3491673

|       | these camera's, you have work computers, you have a good secure internet? |
|-------|--------------------------------------------------------------------------|
| CP    | Yeah. |
| BD    | Like, you- you are confident no one could hack your internet? You don't have very close neighbors either- |
| CP    | I don't- |
| BD    | But- |
| CP    | Uh, it's W-P-A-2 encryption, umm, that's our five-G dish there on the side of the house- |
| BD    | Yep, I see it right there.  That's pretty cool. |
| CP    | It, uh, connects to InfoWest. |
| BD    | InfoWest internet provider? |
| CP    | Yeah. |
| BD    | Okay. |
| CA    | Does that fit the bill as far as giving ya the speed you need? |
| CP    | Yeah. |
| CA    | Good. |
| CP    | As far as bill is ninety month, as far as speed, it's supposed to be a hundred down, twenty up. |
| CA    | And, it probably isn't, but, it's not bad. |
| CP    | It's like sixty down, and fifty up. |

166C-AL-3491673

| | |
|---|---|
| CA | Yeah. |
| BD | It's never what is (UI). |
| CA | Over exaggerated. |
| BD | You know what it is though, you're mostly gonna get?  You're gonna get the max of this.  So, you pretty much- do you handle all that? Like, the finances, the- tech- the- the hands on stuff, and your wife, and your mother- more of the guiders of the children for the most part?  Seven days a week they're with the children?  Or, do they also engage in the- the internet and the finance- like management of it? |
| CP | Not typically, no. |
| BD | Okay.  Alright, that makes sense, so. |
| | There's- you know, we- we gotta get into- we're talking about the interview- we gotta get into the internet here.  In- in- I asked you about the dark web. |
| CP | Mhm. |
| BD | You said you'd never been on the dark web. |
| CP | Mhm. |
| BD | Okay.  So, I- I gotta show you some stuff. |
| CP | Okay. |
| BD | Okay?  And we're- we're gonna just- like I said, just let me finish, alright?  I'm sure you're gonna have questions.  Let's just get- let's just- let me get it all to ya- have all the information so you can make a collective decision as to what |

166C-AL-3491673

|     |     |
| --- | --- |
|     | I'm trying to get to, okay?  At the end, we're- what I'm showing you, we'll- we'll talk about some stuff, okay? |
| CA | Yeah, let me- let me just show you something real quick here. |
| BD | Yeah. |
| CA | Brian. |
|     | Umm, we have- you might have guessed we're here, umm, on a search- we told you we're here on a search warrant, and we're trying to be very respectful as we go through your house- |
| CP | Mhm. |
| CA | We- that's why we asked for the key instead of breaking down the door to get into your office- |
| CP | I appreciate that. |
| CA | We will continue to be like that- |
| BD | Mhm. |
| CA | As best we can today, umm, now we're asking about the computer devices, 'cause we're trying figure out who has access to what devices and things- |
| CP | Mhm. |
| CA | Umm, is it- any devices that we fins in there, we do need to do like a preview to see if there's any- anything concerning on them. |
| CP | Mhm. |

166C-AL-3491673

| | |
|---|---|
| CA | Umm, is there- is it fair to say, umm- if it- if any devices are locked can we come to you and ask you how to get into them? |
| CP | Mhm. |
| CA | Okay. |
| CP | 'Cause we don't want to hafta- whatever devices we can leave with you, we'd just as soon do that. |
| CP | Okay. |
| CA | And, if we- if we have to take devices away, to look at them, then you're without devices, and- and who knows when we'll be able to get that back to you, so, umm the- I just got a text, I was letting him see- they're trying to just get into one of- a couple devices here, I'm trying to think.  The question is, would you be willing to provide passwords instead of us dismantling the work station? |
| CP | You mean, like my work? |
| CA | Let me ask- let me ask 'em.  Let me- let me just call Jule (PH) real quickly, here. |
| BD | Yeah, and I think- and I think what he's obviously trying to tell us here is that, you- your whole life is based on a computer, and if we can minimize how much we have to, to do to figure out what's going on- |
| CP | Mhm. |
| BD | Right?  We're gonna do that.  So, if that- if that means that we don't have to take- |
| CA | (UI) I'm just here with Brian and Chris- |

166C-AL-3491673

| | |
|---|---|
| BD | 'Cause then we'll have to take stuff to figure it out. We can't just guess. |
| CP | Okay. |
| CA | And uh, so, what uh, the- the question we have is, what- which devices are you- are you looking at trying to get into where- where they- where you would need a password?  And uh, Chris is here with us, and he says he's willing to- to- to help us get into those, umm-<br><br>Where- where are you at?  Which computer are you looking at trying to get into?<br><br>Okay. |
| BD | Are there any dangerous (UI) running? |
| CP | No. |
| BD | Is that part of your research? |
| CP | Yeah. |
| BD | (UI) is there anywhere- can we- 'cause I can't (UI). |
| CP | There's no (UI). |
| CA | Okay. |
| BD | Unless you consider cow's dangerous.<br><br>(Whispering, speaking over one another) |
| CA | Umm, let me know, uh, maybe just text me what device it is that you need the password for, and uh, we're working with Chris, here, and- and- I- well I could just, I could probably- |

166C-AL-3491673

passwords easy enough to just text him, right?  If- when they- okay.  'Cause he's going- he's going to the spot where they're looking at the computers right now-

BD          Oh, okay.

CA          Alright, give me- shoot me a text when you know which computer or computers, and uh, we'll work with Chris to get you what you need.  Oh, okay.

BD          Do you know that passwords off the top of your head?

CA          Okay.

BD          Do you want to just- do you want to just take the passwords (UI)?

CA          Yeah, let's do that.

BD          And then that way we don't have to- 'cause I bet ya they're not gonna know how to (UI).

            What, umm- which com- it- it doesn't really matter which computer, but what- what is- is it one password for all of 'em?

CP          No.

BD          Okay.

CP          Umm, so if we're talking my work area-

BD          Mhm.

CP          The mouse and keyboard are shared amongst all three computers using Mouse Without Borders.

166C-AL-3491673

| | |
|---|---|
| BD | Mouse Without Borders.  I'm gonna right that down.  Okay, so what's- |
| CA | Yeah, so he's- he's saying that the three computers in his office- |
| BD | They all have separate passwords? |
| CA | All- and- and I don't know if you've, uh, taken the devices away from the office or not, but they're shared, the computers and mice, or mouse, are shared between all three computers with Mouse Without Borders is what it's called.  But, umm- |
| CP | Then you've got the control key to move between (UI). |
| BD | Okay.  So what's the- |
| CP | So the- the soft (UI)- |
| CA | Okay- okay. |
| CP | Is, five-three-three-seven- |
| BD | Five-three-three-seven- |
| CP | One-zero-zero-five- |
| BD | One-zero-zero-five- |
| CP | Six-five-five-zero. |
| BD | Six-five-five-zero.  Okay. |
| CP | That's also the same pin for my desk top. |
| | (Speaking over one another). |

166C-AL-3491673

| | |
|---|---|
| CA | Yeah, if you- if you wouldn't mind- |
| BD | Desktop? Same pin? |
| CP | Same pin. |
| BD | Okay. |
| CA | Okay.  So, yeah, we'll just send ya- |
| BD | So, five- three-three seven- |
| CA | The passwords for all the devices- |
| BD | One- zero-zero-five-six- five-five-zero. |
| CA | And if there's something that isn't in the list that I send you, let me know. |
| CP | And then my personal laptop- |
| BD | Mhm. |
| CA | Okay, thanks Jule. |
| CP | Is, in the beginning-comma-God-bang. |
| BD | I got this, in the- |
| CA | I love it, that's awesome. |
| BD | No spaces? |
| CP | All space- yeah, spaces. |
| BD | Oh, I'll start it again. In- |

166C-AL-3491673

CP          Capital I-N-

BD          All capital?

CP          No.

BD          Capital I-N-

CP          The beginning-

BD          Any capitals here?

CP          Nope.

BD          Okay. The beginning-

CP          Comma, capital G, uh, o-d-b-a-n-g.

BD          B-I-N-G?

CP          No, just the exclamation point.

BD          In the beginning, God exclamation point.

CP          Yeah.

BD          Spaces, proper spelling, all that kind of stuff.

CP          Yeah.

BD          Is there any other passwords, for any devices in the house?
            What about for your phone?

CP          Uh, fingerprint.  Oh, I guess you can use a pin, uh, nine-eight-
            seven, four-one-two-three-six-nine.

166C-AL-3491673

| | |
|---|---|
| BD | Four-one-two-three- hold on, my goodness.  Let me read that back to you, nine-eight-seven, four-one-two, three-six-nine. |
| CP | No, ugh, nine-eight-seven- |
| BD | Yep. |
| CP | Four-one, two-three-six-nine. |
| BD | I just want to make sur4e. |
| CP | It's a square.  Nine-eight-seven, four-one, two-three-six- yes. |
| BD | And now, you- do you know the passcodes?  You probably don't- I mean- is that the only passcodes you know? |
| CP | Mmm- what else are you looking for? |
| BD | Just anything- anything in the house. |
| CA | Computers-the school computers. |
| BD | Yeah. |
| CP | Uh, the school computers are going to be five-three-three-seven, zero one through zero-six. |
| BD | A dash, or? |
| CP | No. |
| BD | Zero-one-zero-two-zero-three-? |
| CP | Yeah, five-three-three, seven-zero-one, five-three-three-seven-zero-two, and the number on the end, correlates the computer. |

166C-AL-3491673

| | |
|---|---|
| CA | I have a little note down there, I'll take a picture of the whole page, that way (UI). |
| BD | Yep, so, five-three-three-seven, zero-one is for the first computer. |
| CP | Mhm. |
| BD | Five-three-three-seven-zero-two is for the next computer. |
| CP | Right. |
| BD | And, how many computers are there?  Through six, that's what you were trying to tell me? |
| CP | Umm, yeah.  So there's four desktops, there's three tablets, and two laptops. |
| BD | And that covers all of them? |
| CP | Umm, no.  That covers the desktops and the laptops. |
| BD | Okay, what other devices are there? |
| CP | The tablets.  Those are gonna be five-three-three-seven-twenty?  Uh, eleven.  Five-three-three-seven-eleven. |
| BD | Mhm. |
| CP | Through, thirteen? |
| BD | So, twelve- so it's just like that? |
| CP | Yeah. |
| BD | So one of them will be five-three-three-seven-eleven, one- one will be five-three-three-seven-twelve- |

166C-AL-3491673

| | |
|---|---|
| CP | Should be. |
| BD | Any spaces, or just straight through? |
| CP | No, should be. |
| BD | Okay. Is there any other passcodes? |
| CP | Not that I know of. |
| BD | Okay.  Unless, of course like, you- I mean, obviously the other people have cell phones by a passcode, but you wouldn't know those.  Would you? |
| CP | Umm, my wife's is the same as mine, so that one- |
| BD | That- for your cell? |
| CP | Yeah. |
| BD | For both, uh- yours- you like Chris or Christopher?  I never even asked ya? |
| CP | Either one. |
| BD | And your wife's name again was Michelle? |
| CP | Michelle. |
| BD | Okay.  Do you know that grandparents passcodes at all? |
| | Okay, so this is everything that you know.  I'm sorry for my chicken scratch- |
| CA | Let me see that. |

166C-AL-3491673

BD          It's not the most beautiful handwriting you've ever seen.

CP          I thought it wasn't bad.

BD          Thank you.  I don't get that kind of compliment ever.

CP          It's better than mine, that's for sure.

            I work with a bunch of engineers.

BD          Yeah so there you- well that's- just use computers, you type it-
            there's no- there's no misunderstanding with that at all, so.

            Umm, thank you for that.  I appreciate- it's gonna make things
            go so much faster and hopefully we can just get out of your
            families way and we can move on a lot faster.  I mean, I don't- I
            don't pretend to know how long it takes to do this kind of
            stuff, right? Umm, so, I don't know how long we'll be here.

CP          Mhm.

BD          But, you know, like anything else, we're not trying to be here
            any longer than we have to.

CP          'Kay.

BD          Okay?

            So, alright, so- I'm glad we got that out of the way, sorry, I
            know that you got- you got texts or calls, so I think we're good
            there.

            So, again, so, we had some stuff we gotta work through
            together like I said.  Just wait- just wait 'till I'm all the way
            done, okay, umm and when we get all the way through it, then
            we can- we can- we can figure this whole thing out, okay?
            'Cause, like I said- we got some- we gotta try and understand

166C-AL-3491673

what's going on, and fortunately for us, you are a very smart guy, you now the internet like no other, better than I do, so.

Alright, so- do you need anything?  Water, or anything?

Alright, so, you- you've been- you've been very helpful in all this, trying to figure out with passcodes, telling us everything about your family and your life, it's just- it gives us such a clear picture.

The only problem I'm having, is that I know that you've been on the dark web, okay.  I know that you've been on some websites you shouldn't be on.  In fact, I know you've been on a murder for hire website, alright?

We, as the F-B-I, took over a murder for hire website that was being operated criminally.  That person, is saving himself, by giving up all the people that were on his site, okay, and I can show you.

These are the conversations that you had on a murder for hire website, on the dark web, okay?

CP          Uh-

BD          These are your conversations.  Like I said, let's get to the end-

CP          I'm sorry.  I didn't mean to-

BD          No- no- no, you're fine- get to the end.  We don't- we don't just know it's you, okay, we didn't just guess.  Alright, we're here for a reason, understand?

The F-B-I is very capable, analysis that they can do, that's a fancy way of figuring out who is who, okay, in this whole situation.

166C-AL-3491673

So what happened was, in these conversations, the two people involved, the administrator of the web site, and the person that's providing that user- using that user name at the time, had conversations to have Christina and Sysco Cordero killed, okay?

CP          Okay.

BD          They provided all sorts of information including transaction information- it is with that transaction information that we are able to track back.  All that interesting information gets tracked back to your Coinbase account, okay?  So, we subpoena the account for Coinbase and it does come back to you.  Okay, that's your- just let me get to the end- that's your account, we don't have any a doubt that's your account.

            So, when you opened it in April- okay Chris-

CP          Mhm.

BD          This is what you opened, that's your account-

CP          That is my account.  Right, I agree.

BD          Absolutely, yep.  So then we did further analysis, okay- I don't know if you're familiar with this kind of stuff- but there's a lot of analysis that the F-B-I is capable of doing.

CP          Mhm.

BD          We have the ability to track the money all the way from the murder for hire website, back to your Coinbase account, and if that wasn't enough, Coinbase was able to provide us with the I-P address that the transfers happened through.

            Do you recognize that I-P address?

166C-AL-3491673

| | |
|---|---|
| CP | That is my I-P address. |
| BD | That is your I-P address.  InfoWest says it is. |
| CP | Mhm. |
| BD | InfoWest says it is your I-P address, there's only one other I-P address that shows up on your Coinbase account.  Do you recognize that I-P address?  You may not. |
| | That I-P address, comes back to- okay- that I-P address comes back to your phone number.  You're the only other one. |
| | You told me, that no one else uses your phone. |
| CP | That's correct. |
| BD | So, we know that you were on the murder for hire website, okay?  I understand why, after talking to you. |
| CP | After, yeah. |
| BD | With everything you're dealing with, everything you're doing- you are the protector of these kids, okay? |
| | You are the savior of these kids, and you do this for the family, it's clear to me.  I didn't understand why before, but it's very clear to me that you would do anything for these children. |
| | To give you a better understanding, Chris, this is- you know what this is.  You recognize this? |
| CP | No. |
| BD | Okay, that is Sarah's (PH)- |
| CP | Yes. |

166C-AL-3491673

BD              Baby book.

CP              Okay.

BD              Okay?  So, Sarah's baby book, alright- Sarah's baby book-

CP              Yeah-

BD              If you look into it, this is all the pages in Sarah's baby book-

CP              Okay.

BD              Okay?  You recognize those two photos?  Obviously that's
                Christina, that's Francisco.

CP              Okay.

BD              This is just a zoomed in picture of Christina on that page.
                Alright?  Getting a little closer. Right?  And that right there-

CP              Mhm.

BD              Is the picture that was submitted to the murder for hire
                website that we know you were on, out of that book.  And you
                could argue, that it is on social media- 'cause it is and anybody
                could get it- however, this picture here, that picture there-

CP              Mhm.

BD              Is not on the internet.  Anywhere.  We looked- and we looked
                hard, and we can do this- so we can find this.

CP              Mhm.

BD              We can't find it, and that's the picture that was submitted to
                the murder for hire website, by you.  You see where that's

166C-AL-3491673

cropped out?  Look at that.  So, I know, that you took a photo of a photo, and you submitted it to the murder for hire website.  I know- I know all of this, okay?  That's why we're here today.

CP              Okay.

BD              Alright?  So, what I need you to- just do for me, is help me understand what got you to that point?  What got you to the point where you felt like you needed to have them killed?  'Cause you told me there was friction, and I understand that, and I get it, and I'd be I- I understand where you're coming from, okay?

And, you're- you're obviously an amazing father, okay?  They pushed you to this.  They pushed you and pushed you for years and years, they pushed you.  Here's the good news, they're not dead, okay?  They're not dead, we got the site, what we want now are the people pulling the trigger.

Those are the fish we're after, we want the big fish.  The dangerous people.  Chris you're not a dangerous guy.  You're just a father who loves his family, that's what you are.

We need you to help us- help us understand, and help us find these guys who are pulling the trigger.

I'm from New York.  I didn't fly down here to come talk to you, these guys could have done that.  I'm looking for the guy up where I'm from, that is going around killing people.

CP              Yeah, okay.  Umm, umm- give it a second.

BD              Take your time.

166C-AL-3491673

| | |
|---|---|
| CP | I don't I'm always in- sorry- I'm always the one that keeps in, umm- the children have been abused, umm- through discipline, umm, through birth parents, and I know (UI). |
| BD | Right now. |
| CP | Umm, the oldest one has bruises on his arms- where they're holding him, umm- I'm sorry. |
| BD | It's okay. |
| CP | I am (UI). |
| BD | So, you were doing what you had to do. |
| CP | D-C-S investigated them but they couldn't find anything. |
| BD | But you knew. |
| CP | That's what the oldest boy says. |
| BD | He told you that? |
| CP | Yeah. |
| BD | The one you adopted? |
| CP | No. |
| BD | The one in New York? |
| CP | The one in New York. |
| BD | He told you he was being abused? |
| CP | He told the oldest daughter we have. |

166C-AL-3491673

BD            He- he confided in his-

CP            His sister, yeah.

BD            His sister, okay.  So you- you again, stepped-up, and did what
              needed to be done, to protect- not even just the kids you
              adopted, but the other- the sibling, of the kids you adopted.

              So you gotta help me- you gotta help me through this.  How
              did you get to the dark website?  How did you figure out it
              even existed?  'Cause all this is gonna help us find those true
              (UI).

CP            Uh, downloaded uh- first of all, I apologize for lying to you.
              Yes, uh, I have been on the dark web.

BD            Okay.

CP            Uh, I downloaded a tails invention, umm, and- and- umm, put
              it on a U-S-B stick, booted it from there.  Umm, yeah.  About a
              day after I did it, maybe two days after, I noticed how much,
              uh- how much I was risking.  So, I deleted it.

BD            You did what?

CP            Deleted it.

BD            Deleted what?

CP            The image.  The tails (UI) image.

BD            Which is how you process off the dark web is what you're
              saying?

CP            That's how I logged on to the dark web.

166C-AL-3491673

BD          Okay.  How did you get to the website, the murder for hire website?

CP          Uh, search.

BD          Searched it.  Do you know the website?  Were you aware of it?

CP          (UI).

BD          It's not important right now, alright?  So, what did you- explain to me how- how the dynamic-

CP          Oh, you mean the search engine?

BD          Yes.

CP          Uh, Omnia (PH) dot A-H-L something.

BD          Okay.  It's help- it's helpful.  This is all very helpful, okay?  So, you get to the murder for hire site, right?

CP          Yeah.

BD          Okay.  How did you go about- I mean I- I- I don't- you have to explain to me, how did you go about navigating the site?

CP          I did a lot of investigation on the, uh, Q and E page that's there.  Umm, I asked some questions of the Admin-

BD          Mhm.

CP          Umm, I then reached out to someone else-

BD          Another user?

CP          Another user-

166C-AL-3491673

BD          Okay.

CP          Who was active-?

BD          Okay.

CP          On the site it seemed like.

BD          Mhm.  Okay, and then did you- how did you- how did you broker the deal?

CP          I just submitted it on line.

BD          You submitted what?  No- like, what did you submit?  A request?

CP          Yeah.

BD          Okay. How much did you pay?

CP          I think I agreed to fifteen thousand.

BD          You agreed to fifteen thousand dollars?

CP          But-

BD          Per person, or-

CP          No.

BD          Total?

CP          Total.

BD          So this is the- I- I know it's tough to hear out loud, right, but we're in- we're in private.  So, what you're telling me is that, you paid fifteen thousand dollars, on the murder for hire

166C-AL-3491673

|     |     |
|-----|-----|
|     | website, to have Francisco Cordero and Christina Cordero killed. |
| CP  | Yes. |
| BD  | Okay.  Over what- do you remember when you did this? |
| CP  | The end of June- July. |
| BD  | June or July?  Okay.  So, after you- you paid for it, right?  Umm, did- was there any further commun- you said you- you got off it, or whatever it may be- |
| CP  | Yeah. |
| BD  | Okay.  Did you have any further communication with anyone? |
| CP  | No. |
| BD  | You never- you never had communication- how did you know, like, what were the details?  How did you know it was even- like, what was gonna happen?  Or, were you just- it's just like a don't ask, kind of, questions thing? |
| CP  | You mean- |
| BD  | For- you submitted- |
| CP  | The order. |
| BD  | Yes, the order, or orders I guess, right?  But, was there any information provided to you as to how it would take place? |
| CP  | No. |
| BD  | Right?  'Cause this is all of us trying to figure out, how we can track these people. |

166C-AL-3491673

CP     So-

BD     Go ahead-

CP     In this-

BD     Mhm.

CP     Umm, I was talking to the Admin, uh- oh, here's the user that I reached out to.  Uh, (UI)-

BD     Mhm, take your time.

       What is it specifically?

CP     Umm, oh, I guess it was sixteen K.  So, I agreed to-

BD     That sound right to you, sixteen thousand?

CP     That's about right.

BD     So, that's your user name, right?  Right there?

CP     Yes.

BD     How did you choose that user name?  How's that work?

CP     Uh, it's just a random set of numbers.

BD     It's a ran- randomized set of numbers?

CP     Yeah.

BD     How do you create an account?

CP     You (UI) the website.

166C-AL-3491673

| | |
|---|---|
| BD | You get on, you just create an account like a regular kind of website style thing?  Create an account and then it randomizes your- |
| CP | Yeah. |
| BD | User name? |
| CP | Have you ever been on it? |
| BD | I have- I've- well, I leave that really to the more technical.  My-my job, is to find- like, the trigger guy.  That's what I specialize in, okay?  These guys with computers, they're more the computer guys. |
| CP | Uh, so- |
| BD | But, I have been on it.  But, I- I don't know how to navigate it like some of these other guys do, and they don't either. |
| CP | Yeah. |
| BD | So, we need help understanding it from someone who did. |
| CP | So, you- you choose either you're a customer, or you want to be a hitman. |
| BD | Okay. |
| CP | You can choose. |
| BD | Mhm. |
| CP | Uh, according to the website, if you choose to be a hitman, they'll give you, uh, a job to do- |

166C-AL-3491673

BD          Okay.

CP          And if you do the job, then you are part of their-

CA          Vetted-

CP          Vetted and proved-

BD          Proved yourself.

CP          Yeah.

BD          It makes sense.  Okay, so, you obviously didn't choose to be a hitman.

CP          No.

BD          Okay, so you chose to be a client or a customer or however they describe it.

CP          Yeah.

BD          And then you said you basically did research on- what's you say?  Message boards, postings-

CP          Yeah.

BD          Okay.

CP          Umm, the Admin here said, uh, they'll steal a car or truck or something, have yours slam it into the car.  Umm-

CA          Is that- do you- do you remember that?

BD          (UI).

CA          Do you- do you remember him saying that?

166C-AL-3491673

CP          I do remember the email.

BD          So, do you remember all these conversations?  I know you had
            time to look through it.

CP          Yeah.

BD          Okay, so these are all your conversations with Admin or other
            users on that web page?

CP          Yes.

BD          Okay.

CP          Umm, and then I mentioned they most likely will have three
            children in the car with them, try not to hurt them.

BD          Again, looking out for the children.

CP          Umm, then I suggested like, a mugging gone wrong.

BD          Okay.  And that's all- I- I know you're looking at the- the papers
            right now, but that's all things you said?

CP          Yes.

BD          Okay.  And you used- what did you use to transfer the money?

CP          Umm, Samurai (PH).

BD          Samurai wallet?  Okay.  And, it came from your Coinbase
            account?

CP          No, umm, it came from my Coinbase-

BD          Mhm.

166C-AL-3491673

| | |
|---|---|
| CP | Uh, to a Samurai account- |
| BD | Mhm. |
| CP | Where I mixed the funds- |
| BD | Yep. |
| CP | Uh, submitted it to the site. |
| BD | For the- for the- for the hits? |
| CP | Yeah. |
| BD | Okay.  Did you open the Coinbase account exclusively to do this? |
| CP | No. |
| BD | Okay.  Just a crypto currency account you use? |
| CP | Yeah.  I was trying originally to invest in Bitcoin- |
| BD | Okay- okay.  So, I just want to run this back to you, okay? |
| CP | Yeah. |
| BD | Alright, 'cause I need to understand all this.  'Cause we- we're still- my goal is still to get to the- to the hitman thing, okay?  As much as we can get on the hitman, alright?

So, you got on the dark web, you already explained how you did that, okay?  You got on the dark web, you did some research, you created a user name as a client, you did some research, message boards and so forth. |

166C-AL-3491673

|   |   |
|---|---|
|   | How long were you on this site for? |
| CP | A week. |
| BD | A week?  Every day for a week?  Once, and you were never on it again? |
| CP | (UI) probably every day or so. |
| BD | Every day for a week?  Was it- was it maybe a little bit longer?  A little bit shorter?  A week sounds- |
| CP | I don't know. |
| BD | Not sure.  Okay- okay. |
| CP | I was looking at the question and answer board, trying to find out if I could see if this thing was legit. |
| BD | Okay.  Alright, so, you made a decision.  You negotiated with the administrator of the murder for hire website.  You transferred money to the murder for hire website for the hit on Christina Cordero and Francisco Cordero.  Am I- am I correct so far? |
| CP | (UI). |
| BD | I'm sorry? |
| CP | Yes. |
| BD | Okay.  And after- and you- and you negotiated the terms of the deal it sounds like?  You made suggestions, but did you ultimately let them decide how it was gonna be done? |
| CP | Yeah. |

166C-AL-3491673

| | |
|---|---|
| BD | Because a lot of what we do, is looking for how certain hitman do killings in certain ways, and if we can figure out how this is gonna be done, it's gonna help us tremendously in trying to track this person. |
| CP | They didn't, a- as soon as they got the funds, they stopped contacting me. |
| BD | Done.  They shut you- that's probably their way of, uh, protecting themselves, but- so they- you no longer got messaging after you paid the funds? |
| CP | Yeah. |
| BD | Have you heard- do you have- 'cause I read through those, and it says that you were gonna be reached out to.  Did anybody reach out to you? |
| CP | No. |
| BD | No, okay. |
| CP | That was, uh, about a- the day after, uh, in fact it- it was (UI)- |
| BD | Okay. |
| CP | It was, uh, like- okay, I want to cancel the orders- |
| BD | Okay.  Well, I read on there, and it said that you wanted to cancel, but you submitted it multiple times. |
| CP | Yeah. |
| BD | Is that correct? |
| CP | Yes, that is correct. |

166C-AL-3491673

| BD | Okay.  So, I- I understand you had some pause, in doing what you were doing, but ultimately from what I see, you made the decision and you transferred the money. |
|---|---|
| CP | I did. |
| BD | Okay. |
| | Is there anything else you can help us with?  Is there anything that you haven't told us that you need to tell us? |
| CP | What would you like to know? |
| BD | Any- go ahead- |
| CA | What phone number is attached to the- one of those transfers that went to the Bitcoin account-? |
| CP | Mhm. |
| CA | Was- was through- two of them were through a computer- what computer did you use for those transfers? |
| CP | Uh, they should have gone through my cell phone. |
| CA | One of them was definitely a cell phone- |
| BD | He didn't (UI) - that's why it wasn't the Wi-Fi. |
| CP | Wi-Fi? |
| BD | So, you were on your phone when you transferred them? |
| CA | Okay. |
| BD | Okay. |

166C-AL-3491673

| | |
|---|---|
| CA | What phone number is that? |
| CP | Fourteen-five, two-two-zero, four-zero-one-four. |
| CA | Thank you. |
| BD | So- |
| CP | And just an F-Y-I, that number is gonna be disconnected here in about a week. |
| BD | Okay.  You changing phone numbers? |
| CP | I am.  I, uh, I got a bizarre text, looked like someone ordered flowers on my account. |
| BD | Okay. |
| CP | Or something. |
| BD | Okay.  I get it, people do change numbers, okay?  So, umm, that's a- that's a good point, you know?  So, did you open Sarah's baby book and take a photo with your phone? |
| CP | No. |
| BD | How did you get the photo? |
| CP | I scanned it. |
| BD | You scanned- you scanned it to which computer then?  To account?  How did you scan it? |
| CP | I scanned it with, uh, it would have been- that would have been the desktop. |

166C-AL-3491673

BD                Okay, and then how did you get that- so which computer did you use to log into the murder for hire site?

CP                Umm, actually that computer is not here anymore.

BD                Where is it?

CP                It's recycled.

BD                Okay.  Did you get rid of it because of what you had done?

CP                No.

BD                Okay.

CP                Because the screen broke, and I didn't want to pay for a new one.

BD                I don't blame ya.  Is it here still recycled?

CP                No.

BD                You- you destroyed it?

CP                It's rec- it's (UI).

BD                Okay, you've been very honest and very helpful.  I just want to make sure we're clear here.  We're gonna look-

CP                Yeah.

BD                It's not in the house?  If it's in the house we're gonna find it.

CP                Please do.

BD                But it's not in the house is what you're telling me?

166C-AL-3491673

CP     No.

BD     Alright, umm, so you scanned it, with a scanner to a laptop you no longer have, and that's the same laptop you logged into the murder for hire site with?

CP     It would have been scanned from the desktop-

BD     Okay.

CP     That's where the scanners are (UI).

BD     So, did you log-in to any computer in this current house with the- for murder for hire website?

       That computer's gone?

CP     Yes.

BD     Where did you recycle it?

CP     The garbage actually.

BD     Oh, literally you just- is it still here?

CP     (UI).

BD     Okay.

       Alright, so, you scanned the picture of Sarah's baby- Sarah's pictures out of Sarah's baby book-

CP     Yeah.

BD     Okay.  You went on the murder for hire website with a laptop you no longer have-

166C-AL-3491673

CP          Yeah.

BD          You submitted the orders for the hits.  You attached photos,
            provided the addresses, and all that kind of- or details.  You
            negotiated the terms, you transferred the money, in Bitcoin
            from your Coinbase to your Samurai Wallet, over to the
            murder for hire site, correct?

CP          Umm, I used an escrow account.

BD          You used an escrow account?  Okay.  Do you know the name of
            the escrow account?

            It's in there?

CP          I thought it was in here.

BD          Okay.

            Your escrow?  Their escrow?

CP          No, it wasn't theirs, it was a third party.

BD          As an escrow should be.  Makes sense.

CA          How did you find out about the escrow (UI)?

CP          Umm, uh, that same search website.

BD          Okay.

CP          (UI).

BD          Would you ever be able to figure out that search- how you-
            how you searched it?  Like, the search site that you used?

CP          Yes.

166C-AL-3491673

BD              How could you figure that out?

CP              I would- I mean, if you're asking.  What are you- I'm sorry, what are you asking?

BD              What I'm asking is- how did you come- you said you come to find it by a search site, search engine I should say on the dark web.  That you – you don't know.  Is there a way that we'd be able to figure that out, 'cause we want to know.

CP              I could re-do the same thing.

BD              Swell, we're not gonna do that, okay?  Umm, but- there's- could you- is there any archive of it in your computer anywhere?

CP              No.

BD              Okay, alright.

                So, that's fine, okay?  We can always reach out to you if we need to go down that path, but, I- I don't- I don't think that's where we're gonna go right now.

                So, is there- did you- what did you do with the file after you uploaded it to your desktop?

CP              Umm-

BD              Pictures- picture file.

CP              It was deleted.

BD              Deleted?  Okay.  Alright, umm-

CP              Uh, Dark Escrow.

166C-AL-3491673

| | |
|---|---|
| BD | Dark Escrow is the name of it? |
| CP | Yeah. |
| BD | And you found it just by doing a search on it? |
| CP | Yeah. |
| BD | Okay. |
| CP | From what I was reading- |
| BD | Mhm. |
| CP | They are one of the more reputable escrow- |
| BD | Reading?  Were you getting all this information from the murder for hire site?  Was it recommended by other customers? |
| CP | Umm, just, uh, yeah, other customers- |
| BD | Hmm. |
| CP | In that forum- |
| BD | Mhm. |
| CP | As well as, uh, internet searches. |
| BD | Okay.  Internet searches on the regular internet?  Dark web searches, same search engine? |
| CP | Yeah. |
| BD | Okay.  Umm, where did you get the idea? |

166C-AL-3491673

CP                    I don't know.

BD                    Just popped in your head?  It wasn't like someone said it to ya?

CP                    No.

BD                    Is anyone else in the house aware of what you did?  Did you confess it to anyone?

                      You didn't tell your wife, your father, nobody?

CP                    No.

BD                    Okay.  This is- this is something you kept to yourself?

CP                    Yeah.

BD                    Okay.

                      Chris, I (UI) few other questions.

CA                    I just want to be up front with you, everybody associated with this website, both on the order side and the receiving side, umm- we're gonna do our best to try to find these people, because they can help us prevent people from dying, and you can understand why that would be important to us.

BD                    Okay.

CA                    We also are concerned about, umm, the child that's being abused or any children that are being abused.

BD                    Mhm.

CA                    Know that that's important to us, too.  Umm, and I don't know how that will end up.  Child protection is not our forte', but it is

166C-AL-3491673

|  | a priority for us to make sure it gets to the people that can do something about it, okay? |
|--|--|
| CP | Understood. |
| CA | And, uh, then the- the last thing I just wanted to mention real quickly is, umm, we are not interviewing any of your children about this, okay? |
| CP | Yep. |
| CA | They will not know, necessarily, at least, certainly not right away. |
| BD | It will come from you and your family.  It won't come from us.  We're not gonna go in there and tell your- you guys will control how that information goes wherever, okay? |
| CP | Sure. |
| BD | I do have to ask one question in line with- with what he's talking about, 'cause it's important to us.  It is, and it's going to be dealt with, when it needs to.  When did- is it Ezekiel, in New York, confide in his sister?   When did that happen? |
| CP | At our last actual meeting. |
| BD | When was that? |
| CP | When was that?  That would have been May, this year. |
| BD | Ezekiel confided in which of your children? |
| CP | Abagail (PH). |
| BD | Abagail- that he was being? |

166C-AL-3491673

166C-AL-3491673

CP          She asked where the bruises on his arm came from.

BD          Mhm, and?

CP          And he said that's where his dad holds him down.

BD          Holds him down?  Any further description of what he does
            when he holds him down?

CP          No.

BD          Okay.  Did you ask the Cordero's about this?

CP          I did not.

BD          Okay.  Did- how did Abigail bring it to you?  Concerned-

CP          Yeah.

BD          Okay.  Worried about her brother?

CP          Yeah.

BD          Okay.  We are going to look into that.  This is not something
            that we just let go.  Okay?

CP          Okay.

BD          It's important to us.  Okay?

CP          Mhm.

CA          Umm, so the children aren't going to know from us, whatever
            you and your family decide-

CP          Mhm.

166C-AL-3491673

| | |
|---|---|
| CA | Is appropriate or not appropriate to discuss with them is up to you. |
| CP | Okay. |
| CA | You guys obviously love your children very much, and we trust that whatever decision you make there, is- is right for them. Umm, because there are other adults in the home, as part of the search warrant, we have- we are interviewing them, okay?

And, I don't know to what level, but most of the adults in the household, will have an idea of your involvement- |
| CP | Okay. |
| CA | On this website. |
| CP | Okay. |
| CA | So, I just- I just- this is- this is a- this is a bad day, okay?  We get that, but, we also want to be fair and respectful. |
| CP | Actually it was a bad day a couple of weeks ago. |
| BD | We understand.  I know you understand that we're doing our job, right?  Just like you were doing a job taking care of your family, we have a job to do too, okay? |
| CP | Yeah. |
| BD | There's gonna be some things you're gonna have to deal with, alright? |
| CP | Understood. |
| BD | Okay.  So when I ask you if there's anything else, that you want to tell us, you said- you said well what do you want to know? |

166C-AL-3491673

CP          Yeah.

BD          Anything.  Is there anything you want to tell us, that you feel
            we should know?

CP          Umm, I'm- I mean the Hit Man for Hire site, it was, uh, it
            looked really legit, so.  Good job to your I-T department.

BD          Fortunately, like I said, when I say we took over, I mean that
            we got the guy who was running the website.

CP          Oh, it looked really good.

BD          Alright, and- and so now we're- we're trying to continuous-
            we're taking down every- we're trying to stop the- the market
            out there.

CP          Umm, yeah, there were- there were questions and answers,
            umm, like I said, there- there were, uh,  there's a couple of
            hitman that I reached out to directly-

BD          Mhm.

CP          On that website-

BD          Mhm.

CP          And I'm sure it's in there.  Umm-

BD          Did you hire anyone else?

CP          No.

BD          Did you negotiate terms with anyone else?

CP          No.

166C-AL-3491673

BD          So, we're just looking for the one?

CP          Yeah.

BD          Okay.

CP          Well, the one what?

BD          The one contract.

CP          Yes.

BD          Okay.

CP          'Cause I didn't actually hire any hitman.  I hired the Admin.

BD          You paid for the murder-

CP          I paid-

BD          For the murders-

CP          Yeah.

BD          From the Admin, but the Admin- it's not like you paid it directly to him is what you're trying to tell me?

CP          Right.

BD          You paid a broker.  The broker contacted him and he's the middle man for the deal is what you're saying?

CP          Well, the- I never talked to a hitman.

BD          Right, you talked to the broker.

166C-AL-3491673

| | |
|---|---|
| CP | Uh- |
| BD | The Administrate. |
| CP | Uh, I reached out to, uh, one of the hitmen on the site- |
| BD | Oh, okay. |
| CP | Just asking, is this- you know- can you tell me more about the service? |
| BD | Mhm. |
| CP | Umm- |
| BD | It's all very helpful in us finding who I'm looking for, okay?  So, again, it seems like you- you did- you had a moment of weakness, but you're stepping up and doing the right thing again.  And that's just a trend with you I think.  So, you got that to stand on. |
| CP | That's true. |
| CA | The other thing, I- I- full disclosure, right?  Like, you've been honest with us, we know that because we've already done our- our research here, but, umm, full disclosure, we- we have to take you before a judge, okay?  Umm, but, the other thing you've got going for ya, is because you've been honest, and because you're cooperating, we will- we will let the attorney's know that are part of this case, and let them know.  They will see the level of cooperation that you've had. |
| BD | Absolutely. |
| CA | We can't make any promises, but just- just so you know, this kind of cooperation does matter, okay? |

166C-AL-3491673

BD          Okay?

            You need anything else (UI) right now?

CA          Is there- we're not gonna find anything illegal on any of these computers?

BD          Yeah, it's better to get ahead of that now.

CA          There's no illegal pornography?  Child porn?  Anything like that?

CP          No.

BD          There's no drugs or guns?  The guns are all legal, there's no drugs in the house, nothing like that?

CP          Uh, the guns are all in my office.

BD          Okay.  But they're all legal?  There's nothing illegal like the guns?

CP          (UI).

BD          Okay, that's good.

CA          If we're looking for any records regarding your Coinbase account, where would we find those?

CP          In my email.

CA          Okay.

BD          Okay.

CA          You don't have any physical records?

166C-AL-3491673

| CP | No. |
|---|---|
| CA | How about to your Owing Employee (PH) union, uh, account? Do you have any physical records to that regard? |
| CP | There might be some transfers. |
| CA | Yeah? |
| BD | Some like, you mean like, paper document transfers? |
| CP | Umm, not- well just fund transfers, like in a statement. |
| BD | A statement, okay. |
| CA | Where would we find those? |
| CP | On line. |
| CA | Oh, on line again? |
| CP | Yeah. |
| BD | So let's- let me just do something real quick here, okay?  Umm, you've- you've been super, incredibly helpful and cooperative, okay, but like he said, we do gotta- we have to take you before a judge.  There's some administrative stuff we have to take care of now, okay? |
| CP | Mhm. |
| BD | Alright.  So if we're gonna do that, before we go any further here, but, umm- do you have any- do you have anything before we- |
| CA | No- no. |

166C-AL-3491673

| | |
|---|---|
| BD | So, it- it's- it's- we already know where we are, right? |
| | Go ahead- |
| CP | I'm going before a judge?  Umm, (UI)? |
| BD | I'm sorry, say it again? |
| CP | I'm sorry. |
| BD | Take your time, please. |
| CP | Nothing's gonna happen with my children, right? |
| BD | We- we- we want nothing to do with any- you've made a great home for them, I'm being very honest with you.  We don't control what everybody else does, okay? |
| CP | Okay. |
| BD | But what we do control, is the situation we're in now. Alright? So I- I- the truth is, you've been honest with us, I'm gonna be honest with you.  I- I can't- I- I don't have- I don't have that information, that's not- that's not what we do. |
| CA | All- all we can say is, somebody else is in charge of child protection, and they will make a decision whether there's something that needs to be done, umm- we can't make that decision, but, your wife was not involved in this, right? |
| CP | No. |
| CA | She didn't even know? |
| CP | No. |

166C-AL-3491673

CA          'Kay, umm, your parent- she's a good caretaker, and so are your parents.  So, uh, you have that goin' for ya at least.

BD          So, like I said, there's just some administrative stuff we have to take care of here, okay?  It is something we have to do, okay?  I'm gonna advise you of your rights, alright?

            Before we ask you anymore questions, you must understand your rights, alright?

            You have the right to remain silent, anything you say can be used against you in court.  You have the right to talk to a lawyer for advisement before we ask you anymore questions.  You have the right to have a lawyer with you during the questioning.  If you cannot afford a lawyer, one will be appointed for you before any question if you wish.  If you decide to answer questions now, without a lawyer present, you have the right to stop answering at any time.

            So, all I'm looking for now, is that you understand your rights.  That's what I'm looking for, okay? So this consent here says, I have read the statement of my rights, and I understand what my rights are.  At this time I am willing to answer questions- in this case, any more questions- without a lawyer present.

            Is that something you're willing to talk to about further?

CP          Yeah.

BD          Okay.  Can you sign-

CP          Yeah.

BD          Right there, okay Chris?

            Alright.

166C-AL-3491673

CP          Do you want me to fill this part out too?

BD          Yeah, if you don't mind.

CA          Umm, Christopher (PH) is common spelling?

BD          What?

CA          Your name, your first name, Christopher?

CP          Yes.

CA          Pence is P-E-N-C right?

CP          Yeah.

BD          Okay.

            Chris, I don't know what questions we'll come to, these guys may have questions that they'll bring to us, okay, and that's the kind of questions we're gonna bring to you at this point, alright?

CP          Alright.

BD          Umm, or maybe something pops in one of our heads and we ask you more questions, alright?

CP          Okay.

BD          Umm, is there any questions that you have- you've asked a couple, but I want to make sure that we're- we're- we're on the same page.  Is there any questions you have for me right now?

CP          I now you probably can't tell the future, and-

166C-AL-3491673

BD     Mhm.

CP     What's- what's the next steps?  What's gonna happen?

BD     So yeah, you're absolutely right.  Can't tell the future, right?

CA     Yeah, I'm- I'm sorry, just- I'm butting in here, but, umm, they're having a tough time getting into your Samsung phone. The one that you left by the door?  Ninety-seven-four-one-two, three-six-nine?

CP     Yeah, uh, for some reason, that pin doesn't work.  I have to use my fingerprint on that one.

BD     Would you be willing to do that for us?

CP     Sure.

BD     Okay.

CP     If he brings it out (UI).

BD     Yeah- yeah.  I think so, okay.

      Umm, go ahead, do you have any questions?

CP     Oh,

BD     The future-

CP     Do you know what happens next?

BD     So yeah, there's- there's- there's a- there's a variety of steps here, right?  Again, very much there's a lot of administrative steps involved, alright?  We have to- like he said, so, put you before a judge, alright, we're gonna have to face this, alright? And you are- you're facing it head-on like you've done

166C-AL-3491673

|     |     |
|-----|-----|
|     | everything else.  Alright, and when I have that more specific answer, I'll bring it to you.  But, I don't want to speculate as to exactly what's gonna happen, okay? |
| CP  | Mhm. |
| BD  | Alright.  So, part of- you know- when we take a break here shortly, part of that is going to be me making some phone calls, and figuring out what we need to do next, okay? |
| CP  | Okay. |
| BD  | Okay. |
|     | (UI)? |
| CA  | Yeah, let's just wait for (UI) and make sure they- |
| BD  | Yeah. |
| CA  | Jule brings us that phone- |
| CP  | Is there anything else I can do to help you track- |
| CA  | When we- when we get that finger print, we're gonna- we're gonna- he's gonna step-out, umm, and try to figure out where we're at with the devices. |
| BD  | Mhm. |
| CA  | Umm, and then we'll let you know. |
| CP  | The Samsung doesn't have- didn't have the Samurai account on it. |
| BD  | What did? |

166C-AL-3491673

| | |
|---|---|
| CP | It's the, uh, Pixel three in my office. |
| BD | So, you have two phones? |
| CP | The four-two-five number which I'm shutting down. |
| UM | 'Kay, and remove the screen lock too. |
| BD | (UI). |
| | Yeah, they get a little touchy. |
| CP | Oh- awww shoot.  I think, uh, it's all locked. |
| BD | Okay. |
| UM | Can I take a look? |
| CP | Oh, there we go. |
| BD | Got it? |
| CP | And, no, I can't remove the screen lock.  It's enforced by Microsoft. |
| BD | It's a Microsoft phone? So it's enforced by them, you can't change it? |
| | Okay, umm- |
| CA | I'll call him back real quick, Brian. |
| | Jule- Jule- Jule- |
| | He's coming. |
| BD | Sorry, Chris had a question for ya.  Go ahead- |

166C-AL-3491673

| | |
|---|---|
| CA | Yeah, just uh, Chris has been extremely cooperative.  He let us know that there's a Pixel three? |
| CP | Pixel three in the office- |
| CA | Pixel three in the office that was used as part of his access to the dark web. |
| UM | 'Kay. |
| CP | And that's the nine-eight-seven pin. |
| UM | Okay. |
| BD | And we'll- and we'll come to you with any more of those kind of questions too, it's- it's- it- like I said, the more you help, the faster we can get out of here, okay?  And- and we want to give you, you know- there's gonna be a healing process for the family right?  And you guys will be able to get to that, so. |
| | Umm, do you need anything from me right now, before-? |
| CA | No, umm- |
| BD | I step out and make some phone calls (UI)? |
| CA | What I will say is, uh, Steve (UI) wants me to call him- |
| BD | Okay. |
| CA | Umm, so you- if you want to reach out to your- |
| BD | Yep. |
| CA | And then, did you want to do that first, or? |

166C-AL-3491673

BD              Yeah, I'll make some calls.

CA              Whatever, just let me know.

BD              I'll make some calls, and then, that way we can get everybody
                on the same page.

CP              Yep.

BD              Is what we need to do from here, and then, uh, and you can
                step-out.

CA              Alright.

BD              If you want me to call- it doesn't matter.

CA              Go first.

BD              Yep, okay.

                Let me just- get this out of your way here, okay?  (UI).

                Do you want- I got a bottle of water here for you if you want.
                You sure?  You want anything from the house?  You sure?

                Okay, if you change your mind, just let us know.  It's not a
                problem.

CP              I'd like a time machine if you have it.

BD              I- if I did- alright.

CA              We all need a time machine, at some point in our life.

                What are the- just tell me, what are the- the uh, what kind of
                temperatures are you seeing out here?

166C-AL-3491673

CP          Umm, we actually first moved up here in November, twenty-third of last year.

CA          So you're still learning the full-

CP          Still learning it, but this is about normal.

CA          Fifties?

CP          Here?  Right now?

CA          Is that for highs?

CP          Oh, for high's?  Umm, it's like sixty to thirty.

CA          High-low?

CP          Yeah.

CA          I- I'm from Saint George, so I- just curious, it's probably a lot like Cedar City, but, because of the way it (UI)- this is pretty open right here, I wondered if you guys get a little more wind?

CP          We get a lot of wind.

CA          Do ya?

CP          That was, uh, seventy miles an hour here, two days ago.

CA          Yeah.  Well that might be the only bad thing about where you've chosen to live.  (Laughing).

            Uh, what you need is a window.

CP          Actually windows don't do all that well in high wind.

CA          Oh really?  They need a kind of a consistent moderate?

166C-AL-3491673

CP          Consistent, and then you can tune your gears towards handling that level of wind, yeah.

CA          But, it doesn't always blow here?  Right?

CP          Always.  There's usually at least a five mile an hour wind somewhere.

CA          Really?

            The kids, do they- are the kids stifled by that?

CP          No.

CA          They play just like they would, huh?

CP          Yeah.

CA          (UI).

CP           They ride their bikes sideways.

CA          Yeah.  (Laughing).

            Well, I'll tell you what, growing up in a place like this- growing up in a place like this, where you- that your kids have, is uh- is a dream come true.

            I know that's not a lot of consolation on a day like today, but, there's a lot of things that you can be proud of, okay?

CP          Okay.

            You seem pretty religious, you said you were (UI).  I've been asking God to help with the situation for Ezekiel- the children.

166C-AL-3491673

|  | I guess I wasn't patient enough. |
|---|---|
| CA | Well, again, you- you know scripture better than I do, umm, listen, your heart was in the right place, okay? |
| CP | What is that- that's, uh, the ninth commandment?  Thou shall not kill. |
| CA | I'm not trying to condone what- what- what happened, I'm just saying, I know that your heart was in the right place, your methods were wrong.  You now that, I don't have to tell you that. |
|  | And, I think you- yourself, felt guilty of that, within days. |
| CP | Hours. |
| CA | Making that decision? |
|  | Hours, you said? |
| CP | Yeah. |
| CA | Yeah. |
| CP |  I canceled the order the next morning, and then I put it out again. |
| CA | Well, emotions are high in a situation like that.  We all- we all want to do what's right for kids.  Umm, I'm impressed with what you've done with your biological and your adopted children.  It's- it's amazing. |
|  | You know they have a saying, you have to face the music.  At least the music that you're facing, is something that the end goal was to protect children.  It doesn't make it right, okay?  You know that, I know that, but. |

166C-AL-3491673

CP          You know-

CA          Umm, I'm not trying to make this more emotional than it
            needs to be, but, I- I do care about your abil- the ability of your
            wife coping with this things- is she gonna be okay?

CP          I don't know.  Ah, she'll be alright.

CA          Okay.  And, she's obviously perfectly capable, umm, an
            amazing mother.  She'll be able to continue on with the tasks
            of motherhood and whatever?

            Okay.

            Umm, your mom and your dad, are they able to assist in that
            role as well?

CP          Yeah.

CA          Okay.

CP          They do.

CA          Those are all things that have to be of some consolation for-
            for you as a father that your kids are in good hands, even if you
            do have to step away for a little while.

CP          Yeah.

CA          To- uh, we didn't- we didn't spend a lot of time talking about
            this, umm, I'm more curious than anything, 'cause at a certain
            point- you said June or July, you sent the orders in-

CP          Yeah, somewhere (UI) there.

166C-AL-3491673

| | |
|---|---|
| CA | Within a few hours, you said the next morning, you cancelled the order? |
| CP | Yes.  Something like that. |
| CA | And then you re-sent the order? |
| CP | Yeah. |
| CA | What is that- what was that process, to re-send the order? |
| CP | Umm, it was basically just the same submission.  I just did it again. |
| CA | I'm sorry, I couldn't hear you there? |
| CP | Uh, the same submission. |
| CA | You don't know where the other papers went? |
| CP | Yeah, it was- it was basically just re-submitting. |
| CA | When he comes back, we'll get that other page, and- umm, so- is it like, when the order's sent, is it literally like, is it a- |
| CP | You get a dashboard. |
| CA | Could you like- could you like, just send a message?  Or, is it like- |
| CP | No, there's an actual submission form. |
| CA | Okay, kinda like- like, any online order purchase or something? |
| CP | Yeah. |
| CA | Okay- okay.  And that's- that's what we thought, so. |

166C-AL-3491673

|   | You warm? |
|---|---|
| CP | I'm fine. |
| CA | Okay. |
| CP | Are you F-B-I, or Oklahoma? |
| CA | Yeah, I'm F-B-I. |
| CP | I bet you see a lot of horrible things. |
| CA | Where we live, is a little paradise.  But it's not gonna last, we're starting to see big city problems here.  Umm, I've lived other places and investigated a whole- a whole slew of different kinds of crimes, and, umm, the gist is I've seen some pretty horrible things.  I've seen people do some pretty incredible things too.  I'm actually- it's deplorable some of the things that humanity will do, but, I'm also constantly amazed too that there's good out there too.

You feel like you have a pretty decent community-congregation, and that you- it's nice to have people that you know are, decent people.  Perfect- no, but decent people. |
| CP | Yeah- |
| CA | Trying to do good.

And, because of the world that I live in, I- I don't know that I do a great job at it, but I do try to keep an optimistic point of view. Otherwise you become so jaded. |
| CP | Yeah. |
| CP | Is this your first, uh, murder for hire investigation? |

166C-AL-3491673

CA          No- no- nope.  It's not- I wouldn't say it's something that
            comes around frequently where we live.  Big cities it's more
            frequent, but.

            But it's also not anything that I'm foreign to.

            How do you haul around thirteen kids?  What do you use for-?

CP          Transit?

CA          Oh, okay.

CP          Fifteen passenger.  Also have the bus.

CA          Does the bus fit-

CP          Fifteen.

CA          So Grandma and Grandpa can come too?

CP          Yeah.

CA          Do you ever take Gram and Grandpa or do they normally drive
            separate if you're going to church or whatever?

CP          Yeah.  They drive separate.

CA          Okay.

CP          They uh, they- they- my mom likes her own car.

CA          Okay.

CP          She doesn't really like to be driven around.

CA          Gotcha, does she drive or does your dad?

166C-AL-3491673

CP              My dad does drive.

CA              Okay.

I CP            Umm- yeah.

CA              Are they pretty self-sufficient? Uh, as far as, like- I mean I
                assume you guys eat together, right?

                Okay, so you guys are pretty- one big happy family.  They share
                in the load of teaching, and-

CP              They do.

CA              Fixing the house and that kind of thing.  Umm, you're religious,
                I assume your wife is pretty religious.  Are you religious
                because of your parents?

CP              Umm, my mom was a secretary at a Nazarene church growing
                up.  Umm, kind of always grown up in church.  I wouldn't
                necessarily say I had a good strong relationship with God-

CA              Mhm.

CP              Until probably mid-twenties.

CA              Which is interesting, because you came on it as an adult.  Umm
                that says something about you, I mean, 'cause most- most
                people that are religious, seems like they learn to be that way
                very young, and it continues on as a habit.

                What was the- was there a defining moment?

CP              Not really, just kind of, kept growing.  Faith.

CA              I see.

166C-AL-3491673

|  | Where'd you go to school? |
|---|---|

CP          (UI) high school in (UI) Washington.  Umm, and then I did Edmonds Community College.  Microsoft did tuition reimbursement so I got my Bachelors at Ashford University. Actually, right now I'm taking my Masters with North Central University, for computer science.

CA          What kind of a degree did you say that was gonna be?

CP          Masters.

CA          Masters?  Will that get you a bump in pay if you complete it, or?

CP          Supposedly, they- they (UI).  Umm, I don't know how Microsoft will treat this.

CA          And that's- that's a hard question, and maybe not even fair to ask on a day like today.  But, part of your job as a father, and as a husband is to be optimistic.  Just do what is- what is in your control.  You can't control everything.

CP          I could've controlled this.

CA          Yeah.

            Yeah, go ahead and open it if you can, thank you.

UM          Oh, was that you?

CA          No, it wasn't me.

UM          Okay, umm, it locked itself again, and to turn it around fastest, we do need the passcode.

166C-AL-3491673

CA              He- he's-

UM              The numeric one, or alpha numeric.

CP              Uh, let me see if I can change it real quick, to something that
                works.

CA              The- the one he thought it was isn't working for his, so.

CP              It's- everything- all my phones are nine-eight-seven, four-one-
                two-three, six-nine-

UM              Yeah, that didn't work on this one.

CP              I saw that the other day.  When I got out of the shower, my
                thumb was wet.  I couldn't log-in.  Lock screen.  Uh, lock
                screen-

                Have to wait for it to- (UI) second.

UM              So you take it back out of airplane?

CP              I did not.  No, it's still in airplane.  Alright, uh- how do I-

                It's a new phone.

UM              (Laughing).  We feel your pain, trust us.

CP              Uh, let's try- maybe I gave her this one, five-three-three-seven-
                (UI) five-six.

                No, how about just that?  Oh.  Five-three-three-seven, one-
                two-zero- (UI) zero.  Next-

                (UI) is it?

                (UI)

166C-AL-3491673

Shoot.  That is five-three-three-seven?  Wow.

Oh, your data will be deleted.  I don't know what it is.

CA          So, we can still get in by fingerprint, but that's as good as we can do unless they have a different work around.

UM          (UI).  Thank you.

CA          Yeah.

(UI).

CA          You need a water or anything?

CP          Man, how am I gonna face the children?  What am I gonna tell the five?

CA          I don't know- I don't know.

Some of them- some of them at some point, based on their age may understand.  Not that it's right, and maybe- maybe they don't need to know.  You and your wife, and, you need to talk about it and figure out the best option.

**Time Stamp 2:40:57 to 2:42:30**

CP          So where is the heal in this?

CA          Where's the what?

CP          The healing?

CA          I think you know where that is-

CP          I do.

166C-AL-3491673

CA                    Everybody loses sight of that every once in a while, but you know where to find it.

**Time Stamp 2:43:05 to 2:44:29**

BD                    Chris I know you had to make some phone calls, if you need to step out?

CA                    Yeah, umm, are you good to step in?

BD                    Yeah, no.  I'm gonna- I just didn't want to get in your way.

CA                    Umm, let me- just real quickly, umm- I- the conversations, uh, from the website-

BD                    Mhm.

CA                    If- if you have a chance with him, uh, I was asking him about how the- how the process worked when he cancelled- or at least tried to cancel, but then re-submitted it-

BD                    Oh, okay.

CA                    So he said- he seemed to have something from those conversations that he wanted to show-

BD                    Sure.

CA                    Us.

BD                    He can do that.

CA                    And, I also wondered if you could just have him, umm, verify that everything in there is either his-

BD                    Yeah, we did get somebody else's or something.

166C-AL-3491673

CA          Or the conversation- maybe- maybe have him initial it?  Just confirming that that is an authentic-

BD          Which ones are his, yeah.

CA          Authentic communication record.

BD          Yeah, we can do that. We can go through it, okay?

CA          You're stuck?

BD          Yep- I gotta- it's the- you know as big as a vehicle that it is, kind of a tight fit to get in and out.

UM          Yeah, is it a Tahoe or Suburban?

BD          This is a Tahoe, yeah, not a Suburban.  Suburban's a lot easier to navigate you way through it, so.

            Alright- alright.

CA          Thank you, Chris.  I'll- I'll see ya again, but umm, I appreciate your level of cooperation.

CP          Absolutely.

CA          I'm gonna- I'm gonna shut this real quick, uh, we'll still see you through the window.

BD          Yep.

CP          (UI).

CA          Leave this for (UI)-

BD          Oh, that's a good idea.  You don't want it anymore?

Okay.

Alright, so, I don't have all your answers- remember I said I was gonna get 'em?  It- it's- it's certainly is a process.  So, just to give you one answer up front, we- you know, umm, the U-S Attorney's Office, it kind of takes the reigns from here, okay?  So, as soon as I know what we're doing, obviously I'm going to tell you, okay?

Umm, I just wanted- I had a couple of quick questions for you, okay?  In your- in your- and I could show you if you want to see it- if you need to- your memory refreshed, but when you transferred the money from your Coinbase account through Samurai Wallet-

CP          Mhm.

BD          Correct?  To the murder for hire site-

CP          Mhm.

BD          Or, for payment to the murder for hire site and you send to an escrow?  Umm, why did you do it in a series of payments in succession?  Why didn't you just do one payment?

CP          Umm, I read that, umm- you mean why did I transfer multiple payments?

BD          Yeah, why didn't you just do one lump-sum payment?

CP          I was trying to see if the money was going to be safe.

BD          Oh, okay.  But you did one like one minute after the other almost.

CP          Uh-

166C-AL-3491673

| | |
|---|---|
| BD | And you said you read something, what did you read? |
| CP | I read that you're supposed to- not supposed to- but that it's a good idea to mix your Bitcoin. |
| BD | Okay. |
| CP | And that was something Samurai Wallet offered- |
| BD | Okay. |
| CP | Was, uh, mixed- mixed funds. |
| BD | Right, but I'm saying, you transferred- for the most part, it was over three transfers, for the most part.  It was four total, and I could show you- like I said- but I'm- all I'm asking is that, why didn't you just pay sixteen thousand dollars in one payment. |
| CP | I think I was trying to figure out if I wanted to do it. |
| BD | Okay- okay.  Umm, let me see if I put a note in my phone- I'm just tryin' to- umm- I don't want to make any assumptions, so I'm gonna ask.  |
| | You told me that it was after Abigail told you about Ezekiel's abuse, that you- this is- this is the route you took.  Is that the thing that pushed you over the edge, or is there anything else that we need to know about? |
| CP | Nah, that was- that was the route. |
| BD | That was- so, you had your friction, you've had your problems with them, but then you find out Ezekiel's being abused.  Abigail tells you this. |
| CP | Mhm. |

166C-AL-3491673

| | |
|---|---|
| BD | And you decide, that you just can't stand by any longer? |
| CP | Yeah. |
| BD | Okay. |
| | Just- I- I- it- it helps me to understand, okay?  And you- and you've done a great job helping me understand that, okay? |
| CP | Yeah. |
| BD | Let's see here, umm- |
| | Okay.  Chris brought up a great point, we want to make sure that nothing in here- right, 'cause this is- this is all a process. We want to make sure everything in here is you and us, no one else at any point, right? |
| | So, you've told me, that that is your- the username you use. |
| CP | I believe so. |
| BD | You believe so? |
| CP | Yeah. |
| BD | Okay. |
| CP | That looks like something I would have found, or typed. |
| BD | Okay.  So you're not- 'cause it's a random set of letter and numbers.  You're not- you're not a hundred percent sure, but it looks like it's the right one. |
| CP | Could be. |

166C-AL-3491673

| | |
|---|---|
| BD | Okay.  Umm, are these your conversations though? |
| CP | You want me to read through all of them? |
| BD | You did. |
| CP | I skimmed. |
| BD | You can read if you want. |
| CP | I was just wondering. |
| BD | It's up to you.  You want to read through it? |
| CP | It's up to you. |
| BD | Yeah, read through it, I just want to make sure, okay?  I know we've already covered this, I think Chris is just being very thorough, and I- and I appreciate that, right? |
| CP | (UI).<br><br>I don't know what that'd be? |
| BD | I think- I don't know either, right?  Could just be a type-o, auto-correct, I don't know? |

**Time Stamp 2:51:27 to 2:52:30**

| | |
|---|---|
| CP | I never did see that one. |
| BD | You didn't see it, but that wasn't your- that wasn't from you anyway, right? |
| CP | Yeah. |

166C-AL-3491673

BD          That's from whoever this is- you said it's another user on the webpage?

CP          That's a hitman.

BD          That's one of the hitman on the page?

CP          Yeah (UI).

BD          'Kay, thank you for telling me that, that's good.

            So, some of this is communications you have from other users?

CP          Yeah.

BD          That's how I read it too?  I just- I want to make sure I understand.

CP          So, I do have a question-

BD          Sure.

CP          Is Thade (PH) one of your guises?

BD          One of what guises?

CP          Someone you have on the site?

BD          I don't understand the question, you have to be more clear?  I'm sorry-

CP          Umm, I was talking to the Admin-

BD          Yep.

CP          Of this hitman-

166C-AL-3491673

BD          That one-

CP          Thade.

BD          Thade.

CP          And, the Admin said I recommend you don't work directly with Thade-

BD          Are you asking if we found Thade yet?

CP          I was just wondering if he's an actual hitman, or if he was an F-B-I agent?

BD          So there's- no.

CP          No?

BD          Not an F-B-I agent.  Nope.

            So, to be clear, right?  We were not running this website.

CP          You were just working with them?

BD          We were not running this website when all this was going on.

CP          Mmm.

BD          Alright?  Umm, we're getting- we're getting that.  Does that make sense?

CP          Yeah.

BD          We don't know who that is.

CP          Uh, he mentioned he was out of Switzerland.

166C-AL-3491673

BD              Switzerland?

CP              Yeah.

BD              Okay.

CP              But that it takes him a couple days to come into the country.

BD              Okay, so he travels in and out.  But, did you hire him- you didn't, right?  You- you- you paid to the broker-

CP              I paid- I paid the Admin.

BD              You paid the- sorry, I call him the broker- you paid the Admin, and the Admin makes that decision.  So you don't even know who was hired at this point?

CP              No one should have been hired at that point.

BD              Wha- when you paid the money, excuse me.  You paid-

CP              I never heard a single thing back.

BD              Right- yeah-

CP              Normally the Admin- according to the forum-

BD              Yep- yep.

CP              The Admin puts you in touch with the person you're supposed to work with.

BD              So, someone reaches out to you?

CP              Right.  The Admin coordinates who that person is that you're supposed to be working with.

166C-AL-3491673

BD          Okay, so you pay for the hits, but you don't know if anyone actually took the contract?  Is what you're telling me?

CP          As far as I know, no one did.

BD          Okay, so you paid for it, but, you don't know- and we know the Cordero's are alive, so, there's that.

CP          It's a blessing.

BD          Yes, it is.  Absolutely.

            Okay, go ahead.

CP          Sorry.

BD          No- no- no, it's alright.  This is all- there's a lot of information.

CP          Yeah, it looks like mine.

BD          Okay, so we have a choice here, and I don't care how we do it. It's totally up to you.  We can either, like, initial the pages, or you can just write right on the front there that these are your communications.  It's up to you.

CP          I think, uh, initialing would be more legible at this point.

BD          Sure.  Sure- sure- sure.

            Yeah, you don't need my chicken scratch on any paper either. I hope someone else is gonna read it.  You probably got better writing than you're letting on though.

CP          No.

BD          No?

166C-AL-3491673

CP                    (UI) engineer.

BD                    Yeah- you guys don't do much writing anymore.  It was never a
                      lot before, but even more so computers now, right?  I mean
                      everything.

CP                    So, I assume I'll be arrested today, right?

BD                    So, we haven't gotten there yet, and again, I don't- the- at the-
                      at some point, these decisions are made by U-S Attorney's
                      Office.  I will let you know.  I- I- you have my- I will tell you,
                      when I know, you will know.  Okay?

                      Umm- they're still working- all set?  They're still working
                      everything out in there, alright?  Umm, so, you know, I- I- I'd
                      like to ask you if you have any more questions, but I- I feel- I
                      feel like you have that one big question, and I don't have that
                      big answer for you right now.  Umm, but if there's anything
                      else that you have that you want to ask?

CP                    So, you said you're from New York?

BD                    Yes I am- I am.

                      Is it getting warm in here now?  Soon as I close that window-
                      well, close that window, man.  I tell ya- and now you can't see
                      anything- I- I agree with you, it is getting warm.

                      Go ahead, I- I don't have a problem, roll down that- if you
                      don't mind.  If it gets cold, tell me, I'll shut mine too.

                      Yeah, I'm from New York-

CP                    Okay.

BD                    You've been through there it seems?

166C-AL-3491673

CP            We saw the statue of Liberty driving by.

BD            Cool, right?

CP            Umm, it was that big.  On the horizon, we're like, hey look, it's the Statue of Liberty.

BD            Yeah- yeah- yeah- yeah, oh so- so literally, you just passed by it.  What- so you do a lot of- you – a lot of traveling, though.  You do, like, all sorts of traveling.  Did you, umm- what's your favorite places you've been?

CP            Probably the Henry Ford Museum.

BD            Where's that?

CP            Michigan.

BD            You like drive- you love cars?

CP            Uh, I do like cars, umm, but, they have all kinds of things thee.  They have the Wright Brothers first plane.

BD            Is that an old Mustang?

CP            Yeah.

BD            What is it?

CP            Sixty-six.  That's uh, what I dated my wife in.

BD            Get outta here.

CP            No.

BD            You- you, uh, fixing her up?

166C-AL-3491673

CP                      Trying.

BD                      What are you gonna do?

CP                      Uh, just put it back together.

BD                      Yeah, it looks like you took it apart pretty good.

CP                      Yeah, that was-

BD                      Is the windshield smashed, or is that-?

CP                      Yeah.

BD                      Kids messing around or something, or?

CP                      Yeah, so, I was- I think I was eighteen when I got ambitious,
                        thought that I would restore it in a weekend-

BD                      Yeah-

CP                      Yeah, that didn't happen.

BD                      Yeah, that is ambitious.

CP                      I got as far as taking it all apart.

BD                      That's very ambitious.  I work on washing my car on a
                        weekend, and you want to restore a car on a weekend, that's
                        impressive.

CP                      Yeah, didn't work.

BD                      Very cool.  Very cool.  What, uh- are you gonna just- right
                        down to the- you know, as they say- right down to the studs?
                        You can take it right down to the frame, and start over?  New
                        body and everything?

166C-AL-3491673

CP                It's gonna need it.  Uh, there's rust in the quarter panels, and-

BD                Is that like- I've heard it's- rust is like car cancer.

CP                Yeah, can't save-

BD                Once it starts.

CP                And then, uh, so after I took it apart, my dad- after several years- moved it over to Eastern Washington where he had a property there.

BD                Mhm.

CP                So, the rain wouldn't destroy it as quickly.

BD                Oh, okay.

CP                But, someone came and wrapped a chain around the radiator and pulled the radiator out-

BD                Common?

CP                For the copper.

BD                Common.

CP                Yeah.

BD                You know there was a- there was a brash for a while of people breaking into, like, I- I don't know- a lot of vacant homes and taking the copper.

CP                Yeah.

BD                It's incredibly valuable.

166C-AL-3491673

CP          Yeah, so, there's still a big hole in the front, and then they put a rock through the windshield, broke all the windows around it.

BD          So, do you figure this out as you go, or do you have the skill set too?  Like, you were able to do this?

CP          Uh, my dad owned an auto body shop-

BD          Oh.

CP          Growing up, so he owned, uh, Automotive Development in, uh, Monroe, Washington.

BD          Right by- that's be Seattle?

CP          Yeah.

BD          Wow, that's pretty cool.

            See that sixty-six Mustang?  He's got a sixty-six Mustang over there.  I mean it doesn't look great right now-

CA          I don't care-

BD          (Laughing.)

CA          It's a sixty-six Mustang.

BD          He said that's what he dated his wife in.

CA          Are you serious?  That's the original, like-

CP          Yep.

166C-AL-3491673

CA            Like, you caught babes in that?  You caught (UI) your life in
              that.

CP            A babe.

BD            (UI) he nailed it.  A babe.

              Smart- smart man.  Knows- knows when he's, uh, he's got it.

CA            Stop while you're ahead.

BD            That's right.

CP            I met my wife before I had a license.

BD            Okay.

CA            Really?

BD            So, where's you get the car from?  I mean, you were young
              obviously, so where'd you get the car from?

CP            It was a Christmas present from my dad.

BD            (UI), his dad owned an auto-body shop up in Monroe,
              Washington.

CA            Oh, that's sweet.

CP            I think he bought it for six hundred bucks back in nineteen
              ninety-seven.

CA            Oh, you dog.

BD            Six hundred bucks?

CA            You can't get rid of that-

166C-AL-3491673

BD          You can't even get rid of that for six hundred bucks, right now. Nobody- it- it's worth more, even though it's up on blocks.

CP          Yeah.

BD          You got a cat too, I can see.

CA          So, couple questions-

CP          Shoot.

CA          We have, uh, several laptops that were in your office, there.

CP          Yes.

CA          If I bring them over, can you kinda explain what they are?

CP          I can explain without you bringing them over-

CA          Let me bring them over, because that way I can jot a note on it-

CP          Okay, sure.

CA          Then I don't mix anything up.

CP          Sure.

CA          Umm, see if I can get some post-its, and I'll be back-

CP          Thanks, Chris.

BD          You know what?  I might have some in the car if you need 'em too.

CA          'Kay.

166C-AL-3491673

BD          Okay?

CA          'Kay.

BD          Is that the- well, this is a stupid question, okay?  I don't fix cars.
            Is that the original color, or did you strip it?

CP          No, that's the original.

BD          Original?  Are you gonna- when you- when you get it fixed-up,
            are you gonna-

CP          It'll probably be something similar.  A turquoise-

BD          Nostalgia, right?  You can't- how do you mess it up?

            Are you gonna do it- are you doing it all yourself?

CP          Uh, I was gonna get my oldest boy to help.

BD          Well yeah, I mean, in the family- I mean, are you getting a
            professional to do anything?

CP          No- no.

BD          How do you acquire the parts?

CP          Uh, online.

BD          eBay Motors or something like that?

CP          Uh, Mustangs are one of the most reproduced vehicles-

BD          Oh, really?

CP          So you can get a lot of parts for it.

166C-AL-3491673

| | |
|---|---|
| BD | It's a little easier? |
| | My uncle had a, uh, what's it- you know they did the half years every now and then? |
| CP | Yeah, sixty-four and a half? |
| BD | That's the one.  He has a sixty-four and a half.  It took 'em- he did it over- he wasn't as erroneously ambitious as you were- it took him a very- very long time. |
| CP | Uh- |
| BD | He finally finished it- sorry to mess-up there Chris- |
| CA | (UI) it's mine and yours, like, this is a hodge-podge of craziness. |
| BD | Yeah, we'll figure it out one day. |
| CA | 'Kay, so this- I assume this is a SAW. |
| CP | That's my SAW, and that's the U-S-B keyboard and mouse, there.  Dongle. |
| CA | This guy right here? |
| BD | Dongle?  Yeah, okay. |
| CA | What about this guy? |
| CP | What? |
| CA | This. |
| CP | Yeah, that's the dongle. |

166C-AL-3491673

CA          Okay, what's this?

CP          Docking station.

CA          Okay.  With keyboard, mouse, dongle.

            Umm, no dark web data on this?

CP          No.  There's no dark web data in the house.

BD          Mmm.

CA          Okay.

BD          'Cause of the laptop that you got rid of.

CA          Umm, any other searches or anything else connected to
            murder for hire, or anything like that?

CP          Uh, in the house, or on that?

BD          Anything.

CA          I'm gonna ask you device by device.

BD          Oh, oh- oh.

CA          The same questions-

CP          On that, no.  So, that is a secure Admin workstation.
            Everything is locked down.

CA          Anything personal?  Photos of family-

CP          No.

CA          Scrapbook images?

166C-AL-3491673

CP              No.

CA              No scans-

CP              No.

CA              Of the scrapbook or anything?

BD              This is the issued by Microsoft device?

CP              Yes.

BD              Okay.

CA              'Kay.  So you and I will have a discussion after, but-

BD              Yeah- yeah- yeah.  I get it.

                I get a (UI) water or something, and I don't know if you have,
                like, a favorite drink or something?  We get it out of the house,
                whatever you need.

CP              That is my personal laptop.

BD              Okay.

CP              I know it has a Microsoft Asset on it-

CA              Uh, okay.  So, is it technically Microsoft's property still?

CP              No-

CA              You bought it from them, or?

CP              I believe, no.  It was in their garbage can.

166C-AL-3491673

BD              Oh, okay.

CA              Anything dark web on this?

CP              No.

CA              Anything murder for hire on this?

CP              No.

CA              Any family photos on this?

CP              No.

CA              Any scrapbook scans?

CP              No.

CA              Any Coinbase, or B-E-C-U stuff?

CP              No.

CA              Is it B-E-C-U, is that- did I say it right?

CP              Yeah.

CA              Umm-

CP              So when you say Coinbase and B-E-C-U stuff, you mean like statements?

CA              Downloaded statements-

CP              No.

CA              Umm-

166C-AL-3491673

BD              Log-in's?

CA              You- the driver's license you sent to Coinbase?

CP              That would have been on the desk top.

CA              Okay.

BD              Which is the one up in your office you're talking about?

CP              Mhm.

CA              Think Pad.  That is a new SAW, supposed to replace that one
                that's all bandaged up with wires.

BD              Is that?  Okay.

CA              Have you used this yet?

CP              I've tried to log-in, it won't let me yet.

CA              Is this gonna have, cleared-

CP              It doesn't have anything on it.

CA              New, brand- brand new?

CP              It hasn't even downloaded the image yet from the Microsoft
                data center.

CA              New SAW, not used yet, other than attempted to log-in.

CP              Yeah.

CA              Okay.

166C-AL-3491673

| | |
|---|---|
| CP | That is another SAW that I have, that one has been logged into, but it's kind of dangerous?  If you look, the battery's bulging? |
| BD | Yeah, I've been there. |
| CP | It's about to explode. |
| BD | Okay. |
| CA | How often did you use this, or for how long (UI)? |
| CP | Really I only used it when we went on vacations, because that one's all; bandaged up and the screen's broken, I brought that one with me on vacations if Microsoft had to call me. |
| CA | Okay.  Is there, umm- |
| CP | There's nothing personal. |
| CA | Personal?  No bank statements? |
| CP | No. |
| CA | No Bitcoin?  'Kay.  Specific Coinbase, whatever. |
| | Okay. |
| | There is a large desktop- |
| CP | Yeah. |
| CA | I think that's the one- |
| CP | Yes. |
| CA | It's a Microsoft- |

166C-AL-3491673

CP          Yeah.

CA          Umm, that one has the scan on it, right?  Kids scan?  Or the
            scrapbook scan?

CP          It would have-

CA          'Kay.  Do you remember deleting it-?

CP          Yes.

CA          Or- okay, so it would be in (UI) space, or somewhere in the
            deleted folders or whatever?

CP          I believe it would be deleted, yes.

CA          Okay, but you haven't like, formatted the hard drive or
            anything since-?

CP          No.

CA          Umm, then there's this one, right here.

CP          That's my dad's old computer, uh, back from Washington,
            that's what he ran his, uh, automotive business on.

CA          Okay-

CP          It hasn't-

CA          Did hit have anything from you?

CP          No, it hasn't been booted-up in five years.

CA          Okay, that's- that's what we- cause we briefly previewed, and
            it looked like to be really old.  So, I just want to make sure that-

166C-AL-3491673

CP     (UI).

BD     That brand even exist anymore?  Am-tech (PH)?

CP     Am- I-

BD     I don't- I don't think so. (Laughing.)

CA     Cool, uh, there may be a couple of other follow-up questions, we'll-

CP     So, there's a lot of laptops up there with no hard drives, I was preparing those to replace the school computers down here.

CA     Do you have the hard drives somewhere?

CP     They didn't come with hard drives.

CA     Okay.

CP     So, I'm, uh, I bought a couple hard drives for it- for the project- but then I was gonna use the hard drives that come in these computers down here, and put 'em over here.

CA     Okay.

CP     Just so you know.

CA     Have you ever logged into the- on- on the study or children's school computers? Have you ever logged-in to B-E-C-U or Coinbase, or dark web?

CP     No.

CA     Research anything?  Murder for hire or anything like that?

CP     No.

166C-AL-3491673

| | |
|---|---|
| CA | Okay. |
| | Okay, perfect.  Thank you. |
| BD | Which computer did you use to initially, I- I imagine you at some point Googled it, looked on the regular internet for it? |
| | Yes, or no?  Like, the idea came into your head; did you do any kind of research? |
| CP | Umm, not really. |
| BD | Oh, okay. |
| CA | I'm gonna send somebody to relieve you, so that you and I can chat for just (UI)- |
| BD | Be great. |
| | Umm, I was just curious. |
| CP | I just heard- heard about, uh, tails- with hearing about Snowden- |
| BD | Oh yeah.  Sure. |
| CP | And, see how well it worked out for him. |
| BD | No kiddin', huh?  How's it goin'?  Are you- are you my relief for a minute? |
| | Okay, alright. |
| UM | Hi, I'm Jule. |
| CP | Hi Jule, how's it goin'? |

166C-AL-3491673

| | |
|---|---|
| UM | Well, alright.  I know you've had better days. |
| CP | I have. |
| UM | Umm, so you moved out here about a year ago?  What do you plan on- looks like you're- is that gonna be a barn or a garage? |
| CP | Uh, that's a greenhouse, two greenhouses. |
| UM | Greenhouse?  Oh. |
| CP | Yeah, hoping to grow year round. |
| UM | You have the sunlight. |
| CP | Yeah.  It's just the cold and the wind in the winter. |
| | So Jule, where are you from? |
| UM | I'm from Northern Utah, but I work out of the Provo office and I have eight acres, so we have goats and pigs and chickens, ducks, sometimes turkeys. |
| CP | Okay. |
| | We were lookin' for, uh, cows and chickens this year. |
| UM | Yeah.  The problem down here, is you guys don't have any water. |
| CP | Oh, common, I have an acre foot. |
| UM | (Laughing.)  I know 'cause I had a hard enough time finding water where I was. |
| CP | Yeah?  In Provo? |

166C-AL-3491673

| | |
|---|---|
| UM | Yeah, in Utah County. |
| | Heard you, uh, heard something about you used to do things with cars? |
| CP | Umm, I used to work at my dad's auto body shop. |
| UM | Okay. |
| CP | That was back when I was eighteen.  Seventeen- sixteen- fifteen.  So- |
| UM | Did he do just general collision, or? |
| CP | No, uh, auto restoration. |
| UM | Restoration? |
| CP | In the old cars. |
| UM | Yeah.  My dad had a body shop when I was ten through twelve, but unfortunately that went under. |
| CP | Mhm. |
| | Yeah, he sold his business as well.  For, uh, Maaco type paint jobs and collision repair that seemed to be cheaper. |
| | So, what do you do for the F-B-I, Jule? |
| UM | I'm an agent like, uh, the other two guys up there, you know, that've been talking to ya. |
| | Umm, what I've been working on most of the last four years is Nigerian fraud. |

166C-AL-3491673

CP              Hmm.  Nigerian fraud?

UM              Yeah.  Heard of it?  The romance scams-

CP              Okay.

UM              Targeted at elderly people.

CP              Wow.

UM              Yeah.  Got started 'cause a bunch of Nigerians came to a local
                university and dropped out (UI) and started laundering money.

CP              Wow.

UM              So, and that case turned out- has turned in- a lot bigger than I
                would have guessed starting out.

CP              Wow, that's crazy.

UM              Yeah.  We've interviewed several victims that lost over a
                million dollars.

CP              Wow.

UM              You know, their entire life savings.

                That's tough.

CP              You ever catch the people?

UM              Umm, so far what we've seen is the actual guys online
                communicating with the victims, are all in Nigeria, but they
                depend on Nigerians in the United States to- to launder the
                money.

                So, we've charged eighteen-

166C-AL-3491673

CP              Nice.

UM              And those were all guys that were based out of Utah.

CP              Oh, wow.

UM              Yeah, this is all- like I said, it got a lot bigger than I expected,
                and we're looking, uh- we have other names to go out of state-
                follow out of state now.  But, yeah, like I said, that case started
                with a call from the bank saying, hey there's weird stuff going
                on with these Nigerians, uh, students- college students- and-

CA              I'll take over for a minute-

UM              Alright.

CA              Umm, there is- there's a stack of laptops and the old An-tech-

UM              Yep.

CA              Those can go back into the office.

UM              Okay.

CA              We're done with those.

UM              Alright.

CA              Umm, so you- you used a U-S-B drive or Dongle or something
                to access the dark web.  Uh, was it one of these?

CP              No.

CA              This one, okay.  What are these other ones for?

166C-AL-3491673

CP              I believe this one had my daughter's graduation docs on it.
                This one, just various things.  Umm, graduation docs, that one I
                believe had, uh, just found it in Bailey's room couple of months
                ago- what was on it?

                I think it was like an audio?  Like a song she had on it, and I
                believe that one's blank.

CA              Okay.

                Umm, is the software or information that you used to gain
                access- excuse me- to gain access to the dark web still on
                here?

CP              It has been securely wiped.

CA              Securely wiped?  Okay.

                What does that mean?  What process did you go through?

CP              Uh, tails has a secure wipe feature-

CA              Okay.

CP              Built into it.

CA              Okay.

                And?

CP              And then I, uh- uh, yeah, uh, formatted it with, uh, N-T-F-S.
                (UI).

CA              Okay.  Uh, was that deleted as part of the process to clean-up
                after you made the orders?

CP              Yeah.

166C-AL-3491673

CA                      Okay- okay.

CP                      There's also a hard drive in this bag-

CP                      (UI).

CA                      I'm not sure what kind of hard drive, looks like just by the feel
                        of it, that they're laptop maybe?

CP                      Uh, yeah.  Those are the drives that I'm trying to build out the
                        new software computers for.

CA                      Umm-

CP                      So, those are all drives that came, uh, basically I picked up over
                        the years.

CA                      Okay, and what software computers?  Remind me what- what
                        do you mean by that?

CP                      Uh, I'm- the school computers.

CA                      The school computers.

CP                      I'm wanting to replace the school computers there with the
                        Dell six-twenty laptops.

CA                      Okay.

CP                      So, I was trying to build out a Windows ten image on these.

CA                      Okay, umm- umm, did you ever use these personally?

CP                      I don't believe so.

166C-AL-3491673

| | |
|---|---|
| CA | How did- you just picked them up? Like- where- where'd you get them from? |
| CP | These are new.  I got them from Walmart, or Target years ago. |
| CA | Okay. |
| CP | Umm, one of 'em might have, uh, some of our school software on it. |
| CA | Okay. |
| CP | Like, uh, math curriculum. |
| CA | Okay. |
| CP | I'm actually not sure where that one came from. |
| CA | Okay. |
| CP | I was gonna plug it in and see- |
| CA | Maybe, looks- looks like it came from a laptop, right? |
| CP | It does. |
| CA | 'Kay. |
| CP | Actually, wait- |
| CA | Well that's a (UI) so- |
| CP | No, that came, uh- I'm sorry, that came out of the software computer.  So, one of my daughters- I'm sorry, I keep saying software computer- school computer.  One of my daughters, uh, the school computer didn't boot anymore, this was back in Washington. |

166C-AL-3491673

CA          Okay.

CP          And I thought it was the hard drive, so I got one of these,
            umm, because first of all I thought it'd be faster being disc-less,
            but then it started having the same problems as this one.

CA          So, it's something messed-up with the mother board?

CP          With the- yeah, with the computer.  I think I replaced the RAM
            chip, and it started working fine.

CA          Okay.

CP          Umm, but at the time, I had already gotten another hard drive
            for it.

CA          'Kay.

CP          Thinking that maybe both of those were bad.

CA          Okay.  Very good.

            Well, umm, that- that's helpful.  Thank you.  We'll have to just-
            we may have to- we may preview those, just to make sure
            there's nothing, you know, on 'em, but, okay.

            Nate (PH)?  Could I trouble you for just a sec?

UM          Yeah.

CA          Umm, this is Chris.  Would you stay with him for just a minute,
            while I go drop this evidence off, and I'll-

            (IA).

**Time Stamp: 3:20:25 to 3:23:15**

166C-AL-3491673

| | |
|---|---|
| CA | Well, it's a lot lighter now than it was when we first arrived. Umm, did they clear you? |
| | (IA). |
| CA | That went faster than I expected.  You guys are too good to us, seriously, you guys always take such good care of us, and I'm glad that we're not searching for (UI). |
| | (IA). |
| UM | Yeah. |
| UM | I did find a report on that- |
| UM | Did ya? |
| | (UI). |
| UM | Okay, nice.  (UI). |
| | (IA). |
| CP | So, you out of Utah County? |
| UM | No, I'm from Iron County, here. |
| CP | Oh, I mean- I thought I saw Utah County, I'm sorry, it's Iron, you're right. |
| UM | Right here where you live. |
| | You got a great family. |
| CP | Thank you. |

166C-AL-3491673

| | |
|---|---|
| UM | And I wish my kids were that disciplined.  They are just so in sync, happy, and- really impressed. |
| CP | Thanks. |
| UM | I see a lot of different families, so I'm not just saying that, I really- really do respect your organization.  I watched one of your young daughters in there make food for everybody- just amazing, the family.  Close family you have. |
| | My kids would sit on the couch and wonder what to eat, and complain there's nothing on the house to eat- |
| CP | And what's your name? |
| UM | My name is Tom. |
| CP | Tom? |
| UM | Yeah. |
| CP | Chris. |
| UM | Like Iron County? |
| CP | I love it. |
| UM | Where- where you from originally? |
| CP | Uh, Redmond, Washington. |
| UM | Oh, really? |
| CP | So, North Seattle. |
| UM | Okay. |

166C-AL-3491673

CP          And then-

UM          You're used to more of a forest background than the desert here, huh?

CP          (Laughing) yes.

UM          Jeeze.  What brought you to Iron County?

CP          Umm, well we moved down to Texas, East Texas for a while. Uh, but because everything down there is trying to kill ya-

UM          Oh yeah.

CP          Bugs, snakes, everything.

UM          Yeah, everything is huge too so, not a small mosquito, a huge one.

CP          (Laughing).  Ow.

            Umm, yeah, uh, really, the size of the family, I kinda have to look for places with- based on the house and the property.

UM          Right.  Got the good deal then, did ya?

CP          Uh-

UM          If you bought last year, couldn't have been as good as the year before, but-

CP          It was a-

UM          The market's definitely (UI) for us anyway.

CP          Yeah, six-o-five.

166C-AL-3491673

| | |
|---|---|
| UM | For what you got though, you got twenty acres there, right? |
| CP | Yeah. |
| UM | Oh yeah.  I bet it's worth, close to a million now, easy. |
| CP | Umm, Zillow has it at like eight-fifty. |
| UM | Zillow's wrong, 'cause I- I only know that because what they estimated my house to be at, and then we had it appraised and it was worth two hundred thousand more than Zillow, so. |
| CP | Wow. |
| UM | Yeah, I was like, wow, there you go, and it's only because of supply and demand, right? |
| CP | Right. |
| UM | So, Zillow's a little off I think- |
| CP | Okay. |
| UM | But- and plus whatever you're doing over there with the greenhouses and stuff, I mean it's all about you, right? |
| CP | Yeah, we're lookin' to do year round growing- |
| UM | Self-sustainable type stuff? |
| CP | And uh, get some chickens and cows on the property. |
| UM | Are you fully fenced, or no? |
| CP | Not yet.  We have, uh, fencing on three- two sides. |
| UM | There you go, okay. |

166C-AL-3491673

|     | Well, I mean it's not too far off a blacktop road where, you know, most of these twenty acre properties you gotta go through like, mountain area- |
| --- | --- |
| CP | (Laughing). |
| UM | To be this close to town. |
| CP | Right. |
| UM | 'Cause those are all going away, but- |
|    | I think it was a good choice, welcome to Iron County. |
| CP | Thank you. |
| UM | So, you home-school all of them, huh? |
| CP | Yeah. |
| UM | That's gotta be a nightmare? |
| CP | It's good.  No, they- I mean, as you mentioned they're- |
| UM | You have a system. |
| CP | We have a system and they're very well behaved, and- |
| UM | I betcha they're further advanced than the kids going to public school. |
|    | Only- only kids, you know, I can tell, I mean my- my kids, they go to school all day and they come home and have tons of homework, and they still can't get it done. |
| CP | (Laughing). |

166C-AL-3491673

| | |
|---|---|
| UM | So it's like, wow.  What do you do all day at school?  Hang out?  Talk to- talk to friends?  I think we're doing something wrong. |
| CP | Yeah. |
| UM | I think we're doing something wrong. |
| | Yeah.  Do you- do you put 'em in sports or anything like that?  Any activities where they're social, or? |
| CP | Yeah, they have umm, uh, piano that they do- |
| UM | One of your young daughters was playing the piano just a minute ago. |
| CP | Yeah, and uh, yeah we- they got to field trips, you know, go down to Saint George to the, umm, dinosaur park.  I think that's what my children call it, but umm, and yeah, we were hoping to go up to, uh, Salt Lake City last week for the Ho- Hogle Zoo. |
| UM | The Hogle Zoo?  Yeah. |
| CP | Umm, didn't make it up last week, but- |
| UM | Yeah, the weather turned bad last week, so, probably a good thing you didn't try to drive up there with all the snow the freeway had. |
| CP | Yeah. |
| UM | Well, good.  I said- like I said, I meant it.  You know, you have- they follow instruction, they seem happy and that's good. |
| CP | Thank you. |

166C-AL-3491673

| | |
|---|---|
| UM | Maybe there is something to be said about not letting all the outside influences corrupt their minds, right? |
| | I mean, I don't know what my daughter would do without TikTok and her cell phone. |
| CP | (Laughing.) |
| UM | So. |
| CP | I heard, uh, I heard a, uh, read an article about a TikTok challenge to punch a school teacher. |
| UM | Yep.  Yep, that was two weeks ago, and then last week it was steal something random from school.  So, kids are walking around with like exit signs and things like that that they've stolen off the wall at schools. |
| | What's really surprising is the following they get from it, right? |
| CP | Yeah. |
| UM | It's just like, they can put out the command, and the kids will do it. |
| CP | Yeah, good job, yay, woo. |
| UM | Without consequences, thinking they're accomplishing something. |
| CP | Wow. |
| UM | Oh yeah, that- that kinda seems like electronic brainwashing to me. |
| CP | Right. |

166C-AL-3491673

UM              Bet you guys get a lot of flying over here over your house, huh? Right in that path.

CP              Yeah, come right up from Las Vegas-

UM              Guess that's one of the negative things, I guess.  They're directly overhead.

CP              So, do you live there in Cedar?

UM              I live out actually in Enoch.  Do you know where that's at?

CP              Yeah.

UM              Just past Cedar.

CP              Yeah, exit sixty-two?

UM              Exactly.

CP              Oh.  Exit sixty-two?

UM              Yeah, but it's pa- that's the edge of Cedar, and then you go a little further past that bowling alley and that Maverick (PH) and stuff, and that's actually Enoch.

CP              Yeah.

UM              Its own city.

CP              We go to church there.  Valley Bible Church.

UM              Oh do you?  Yeah- yep.

                Yep that's off of old ninety-one.

CP              Yeah.

166C-AL-3491673

UM              (UI) that big white church house.

CP              Yeah, by the water towers.

UM              Yeah, right by that little, uh, rec complex they have.  Soccer
                field or whatever it is.

CP              Yeah.

UM              (UI).

CP              And how long have you lived in Enoch?

UM              I've lived in Iron County for thirty something year's now-

CP              Oh, wow.

UM              But- but I'm from Vegas originally.

CP              Bet you've seen a lot of growth.

UM              Yeah, oh yeah.  Yeah, most of the roads that were all gravel are
                now paved.

CP              (Laughing.)

UM              And there's roads where there never would have thought
                you'd die and see them, but.

CP              Sure.

UM              You know, it happens everywhere, it's bound to happen, so.
                There's goods and bads (PH) to that I guess.

                Obviously, you know, culture change.  Space thing.  Start
                bringing the big city problems to a small town.

166C-AL-3491673

| | |
|---|---|
| CP | Yeah. |
| UM | Nice to meet you, Chris. |
| CP | Nice to meet you, Tom. |
| CA | Thank you so much.  Appreciate it. |
| BD | Umm, keys that you gave us for access to your office, we were gonna give those back to your wife, okay?  So, umm, one of the agents is gonna bring it in there, okay? |
| | (IA). |
| BD | (UI) warm, you alright? |
| CP | I'm good. |
| BD | Speak up if you want water or anything.  Hungry or something like that. |
| CP | Thank you. |
| BD | yeah, alright- umm, I was gonna ask Chris just a couple questions, if you want (UI). |
| CA | Oh, yeah- yeah- yeah, absolutely.  Let me- let me jump in the back. |
| BD | Yeah. |
| UM | Is that a rental car? |
| BD | It is. |
| CA | Good, 'cause it's gonna have muddy shoes. |

166C-AL-3491673

| | |
|---|---|
| BD | So, Chris, we- we talked about this once before, okay?  We're all adults, okay, we get it, it's- we wouldn't be doing our job if we don't talk to you about it. |
| | Another, it could be uncomfortable topic, okay?  Up in your office, there were some variety of sex toys, okay?  Are they yours? |
| CP | Yes. |
| BD | Okay.  Who are you having sexual relations with? |
| CP | Just my wife. |
| BD | Your wife only? |
| CP | I use them for self-pleasure. |
| BD | Okay.  Okay, they're all for you, or your wife. |
| CP | (UI). |
| BD | Okay. |
| CP | We bought 'em together, but. |
| BD | Nothing illegal about that, but we wouldn't be doing our job if we don't ask.  Alright, so, umm- did you- did you have any follow-up to that at all? |
| CA | Just, umm, we don't care about pornography.  But, again we need to ask, and we want you to be truthful, 'cause if it comes out later that you liked to us, then, that makes your situation worse not better. |
| CP | Mhm. |

166C-AL-3491673

CA          Any child porn?

CP          No.

CA          Okay.  (UI) devices?

CP          Hmm?

CA          On any of the devices?

CP          No.

BD          Have you ever come across- looked at child porn?

CP          No.

BD          Okay- okay.  That's it.

CA          Yeah?  Perfect.

BD          I appreciate you honest and straight forward, umm, always helpful.  You're not getting too warm are you?  I'm putting my window down.  If you get cold, tell me, (UI) down here.

            Umm, still don't have an answer for you, I just had another phone call, and- and the answer I got was stand-by.

CP          Okay.

BD          Okay?

            Feels like that's a common answer.

CP          Thank you guys for doing what you do.

CA          Your welcome.

166C-AL-3491673

BD          Yes.

CA          Means a lot.  Once in a while we get gratitude, and sometimes
            we get confrontation, so I appreciate that.

CP          This would be a hard place to be if it were, uh, you know, no
            justice.

CA          Yeah.

BD          Agreed.  I agree.

            That bus right there?

CP          Yeah?

BD          Is that how you guys get around as a group?

CP          Umm, that's how we used to get around.  Now we just use that
            transit there.

BD          That here?  You get everybody in there?

CP          Yeah, it's a fifteen passenger.

BD          Oh, okay.  Still looks like a tight fit.

CA          Fifteen or thirteen?

BD          Well, fifteen that doesn't-

CP          Fifteen.

CA          Fifteen?  I thought that- that bus was a fifteen?

CP          It's a fifteen too.

166C-AL-3491673

CA                    Oh, they're both fifteens.

BD                    So this one's just a little bit- makes a little bit more sense for you guys?

CP                    More economical.

BD                    Can park it more places.

CP                    Get more places, yes.

BD                    Yeah, okay.  Alright.

CA                    Brian, do you mind if I get out and-

BD                    I don't-

CA                    Kind of check on the (UI)-

BD                    Are you getting hot back there too?

CA                    No- no I just wanna make sure that our evidence guys aren't waiting on me.

                            It's always a fun little maneuver-

                            (Laughing in background).

CP                    I'm sorry, that's not funny at all.

CA                    Yeah, sure.

CP                    (Laughing).

CA                    Yeah.

166C-AL-3491673

| | |
|---|---|
| BD | Hey, umm- (UI). |
| | (IA). |
| | The emails don't stop.  I can't imagine what that's like for your job? |
| CP | Twenty-four-o-seven. |
| BD | Unbelievable. |
| | Alright.  What kind of car is that little red one? |
| CP | That's a KIA. |
| BD | They run forever don't they? |
| CP | They're good. |
| BD | What year is it? |
| CP | Two thousand-two. |
| BD | They do run forever, nineteen years.  You're a car- let me ask you this- best bang for your buck? |
| CP | As far as what kind of car? |
| BD | Best- if you were to buy a brand new car, best bang for your buck?  I know it goes in categories, and what not right?  But what do you think?  What's the best car out there right now?  You- you- how- how much are you feeling about this Tesla thing? |
| | The quality of the vehicle- I know the battery and the engine- |
| CP | The quality of the vehicle seems to be good- |

BD          Okay.

CP          Uh, my question is around the technology of the rapid charging
            stations that are around the country.  If you want to do any
            kind of a road trip, it makes it incredibly difficult.

BD          Good point.

CP          Uh, 'cause you have to find a gas station, the uh-

BD          Yeah like, map it out.

CP          Yeah.

BD          You have to map your whole trip out.

CP          Yeah.

BD          So, it's- it's great for probably local transport.

CP          The Sinclair (PH) here has a couple of fast charging- rapid
            charging-

BD          What does?

CP          The Sinclair Station-

BD          Oh the station.  You guys have them out here already?

CP          Yeah.

BD          I tell ya, back in New York I don't see many.

CP          Okay.

166C-AL-3491673

BD           But I see plenty of Tesla's.  People are putting them in their houses.

CP           Yeah.

BD           You know what I was thinking the other day?  Like, let's just pretend I bought one- I don't have one, but I'm just running this through my head, right?  If I get on board.

CP           Mhm.

BD           Which I'm gonna have to eventually, everyone's gonna have to.  We're going there.  It's happening.

CP           Yeah.

BD           It's an unstoppable force.  These people are installing them on the outside of their house.

CP           Yeah.

BD           That makes me nervous.

CP           (Laughing.)

BD           I mean, I guess all that you could really lose is power if someone wanted to like, siphon off your electricity, I guess.  But, like, what about people damaging it?  Vandalizing it?

CP           Or what if someone accidentally electrocutes them self (PH)?

BD           And they sue you.

CP           Is that your problem now?

BD           Oh my God.

166C-AL-3491673

CP              As a homeowner?

BD              So, are those safe then?  Do those- are those systems- those
                hook-in systems pretty safe?

CP              Uh, I heard- I just read an article on it, umm, they're running
                upwards of seven hundred and twenty volts.

BD              That's a lot- I don't want that.  Not in me.

CP              And-

BD              umm-

CP              It pushes through some ridiculous like, twenty-six kilowatts per
                hour, per second.

BD              That's incredible.  So that, is that- is that in line with the rapid
                charging approach?

CP              Yes.

BD              Right?  'Cause they're just- they're just- so does that- today's
                batteries, do you think that that ruins the battery at a higher
                rate?  Like, lowers its life?

CP              I don't know.

BD              I don't know either.

CP              They say that rapid charging works good up to about eighty
                percent of the battery, and then the battery can overheat and
                burn.  So-

BD              We're putting a lot in people's hands right now.  A lot the lay
                person needs to understand.

166C-AL-3491673

| | |
|---|---|
| CP | So, the- the Tesla rapid charging stations, it monitors where the battery level is- |
| BD | Yeah. |
| CP | And around seventy-five- eighty percent, it cuts it down by about ten percent. |
| BD | So, there's the benefit of the programming of it, right?  Where it protects the battery?  But I think- I mean, but to your point, like, people- people by nature are impatient.  Right?  So, I want to get my thing- how long- I mean, less it's at your house, like you said, it's gonna be rapid charge everywhere. |
| CP | Well, normal houses don't have that kind of electricity.  You can't get a rapid charge- |
| BD | So, it would just be a regular power to your house- |
| CP | Yeah. |
| BD | And a rapid charge would occur at those-

Sorry, go ahead. |
| CA | This is encrypted, bit locker. |
| CP | Okay.  Umm- you could try, I mean do you have a password?  Is it prompting you for a PIN? |
| CA | Yeah, there's a password, that- |
| CP | Try Five-three-three-seven- |
| BD | It's the same one he used for the other one. |
| CP | One-zero-zero-five. |

166C-AL-3491673

| | |
|---|---|
| CA | Sa-same exact one? |
| CP | Yeah.  Just the four.  Five-three-three-seven, one-zero-zero-five. |
| BD | What's- what's on it? |
| CP | I have no idea. |
| BD | It's yours though, right? |
| CP | I believe it came out of one of my Microsoft computers from a decade ago. |
| BD | Looks kind of new. |
| CA | You- you, well the first time I showed it to you, you thought you bought it at Walmart or Target. |
| CP | Yeah, I thought I bought it, but- I thought I bought it at Walmart, but if it's encrypted, I don't have encrypted-encryption software. |
| | So, it would've come from Microsoft somehow. |
| CA | Oh, you think it might be a Microsoft product then? |
| CP | Yeah. |
| CA | Okay. |
| CP | If it's- if it's encrypted. |
| CA | And, if it came from Microsoft, you would've chosen the PIN, and it would be what?  Five- |

166C-AL-3491673

CP          Three-three-seven, one-zero-zero-five.

CA          But you don't remember having bit locker on anything?

CP          Bit locker's on my stuff, automatically.

CA          Okay.

            Your SAW is bit locker, or is that a different product, like Microsoft Proprietary Encryption?

CP          That would be my SAW.

CA          Okay, uh, but Microsoft uses bit locker for other devices?

CP          Not down to the BIOS level.  They bit locker the data.  Once the OS is opened up, the bit locker is un- unlocked.  So, did that make sense?

CA          Umm, like give me an example of- of a product that would have bit locker on it, and how- how it worked?

CP          Well, you mentioned the SAW's-

CA          Okay.

CP          Umm, they have a BIOS level bit locker so you can't unlock the hard drive without a PIN.  And it sounds like that might be what this is.

CA          Okay.

            And it is, is it actual bit locker, like, or is it just a proprietary-

CP          No, it's- it's a bit locker software.  Uh, yeah, you have to call Microsoft, and they give you a response key back if you lose the PIN.

166C-AL-3491673

| | |
|---|---|
| CA | Okay. |
| | If it's not the five-three-three-seven-one-zero-zero-five, umm, any other thoughts?  'Cause bit locker sometimes has, like, really long- |
| CP | Yeah.  You would have to- one of 'em- someone would have to call Microsoft and get the unlock key. |
| CA | Okay, so Microsoft would probably have- |
| CP | Yeah. |
| CA | This, okay. |
| CP | They're the only ones that bit locker any of my devices. |
| CA | Okay.  So you never bit lockered anything- |
| CP | Uh-uh. |
| CA | You've only unlocked a bit- locked- |
| CP | Right. |
| CA | 'Kay. |
| | Very good.  Clear as mud, which we have a little bit of that out here right now. |
| CP | Yeah. |
| CA | So, I have a little, uh- like a little computer preview set-up thing in here.  Couple computers, and, I'm just amazed how quiet that generator is, like- |

166C-AL-3491673

CP              That is nice.

CA              Are you, uh, did you have- do you have plans or did you have
                plans to put in, like, a generator or any sort of-

CP              Solar.

CA              Solar?  Okay.

CP              Solar.  I'd like to, uh- so this house right now draws a hundred
                and sixty-one kilowatts per day.  Hundred and sixty-one
                kilowatt hours.

CA              I'm not sure what that means?  Is that a lot?

CP              Eh, it's more than I'm comfortable with.

CA              'Kay.

CP              Umm-

CA              How many panels would you need to compensate for it?

CP              Eighty.

CA              That's a lot.

CP              And then I was thinking about doing a battery back-up system,
                so I could-

CA              Yep.

CP              Get off of Rocky Mountain, but it's-

CA              The grid?

CP              But it's seventy-six batteries, for-

166C-AL-3491673

CA            What size batteries?

CP            Uh- yeah, I forget the number.  But the number I was looking
              at, it was seventy-six, 'cause I'd like to go with lithium.

CA            Well, it will last a lot longer, and I- I- that's my concern, is I
              actually do have- I don't- I don't have- I'm not fully sufficient
              on solar power, but I've supplemented with some solar panel-

CP            Yeah.

CA            And-

CP            Are you using Rocky Mountain as your power grid?

CA            Yeah.

CP            Yeah.

CA            Umm, so on- on good sunny days where I don't need A-C or
              something like I'm putting back to the grid, which, that's fine,
              you know, I get a small amount of credit for that.

CP            Yeah.

CA            But, uh, I do not want to do batteries if it's lit (PH) acid.

CP            Yeah.  But man, those lithium are expensive.

CA            Oh, they are.

CP            It's like four hundred dollars for one battery.

CA            And they- they do keep coming down, but because there's so
              much more demand every year for more and more lithium-

166C-AL-3491673

CP              Yeah.

CA              It's not coming down like I want it to.

CP              No.  No, I'm looking at four hundred or roughly per battery,
                and seventy-six batteries, that's uh-

CA              Oh, brother.

CP              I can have that or a driveway apparently.

CA              Yep- yep.

                Well, and, your kids can't drive on batteries, so, I understand.

                (Laughing.)

                This is amusement for the kids, and if it means they get out of
                the house for a little while each day, that's a win.

                At least for Mom, who, uh- you know I haven't- I haven't been
                in since- since I came out with you, but, just talking to some of
                these guys, umm, they say it's pretty impressive the schooling
                that your kids are getting.  That's- is she a teacher by trade, or?

CP              No.

CA              She's a mother by trade.

CP              Yeah.

CA              And she learned what she needs to learn to get them a good
                education.

CP              Yeah.

166C-AL-3491673

| CA | Which, sounds like it's better than any public education. (Laughing.) |

CP          She's good.

CA          Uh, it's amazing.

I don't know why, but I am starving right now.  You've been in a little bit of a stressful state for couple hours, are you doing okay on food?

CP          I'm good.

CA          Different people react differently to stress.  Some people are like, I gotta consume, and other people are like, nope, I'm not-not feeling food right now.

Looks like you got a little bit of drainage coming into that middle area.

CP          Yeah.

Well we, uh, we got a huge rain the other day.

CA          Oh yeah.  A little bit of snow?

CP          Yeah, from seven to eight a-m, it snowed and rained from, I don't know, six p-m all the way up through eight a-m?  It was a lot.

CA          Yeah- yeah.  We did down south too.  We didn't get snow, but.

So, let's see, you got the Town and Country-

CP          Yep.

CA          What's that used for?

166C-AL-3491673

CP          Uh, I thought we had two Town and Country's?

CA          Yeah, you're right, silver and blue.

CP          Yeah, the blue one was my mom's old minivan, uh, and then she let my eldest daughter use it for a while and she went and got a new one, well, a used new one and that's the silver one.

            And then, my eldest daughter went off to college, so now we have both of them here.

CA          So, when you're doing a partial run with the family where only some need to go-

CP          Yeah-

CA          Then you downsize.

CP          Right.

CA          And when it's just Dad, or just Mom, you take the red car, or?

CP          Usually the transit.

CA          Transit, okay.

            Now the Transit is a different thing, it's not a Sprinter?

CP          No.

CA          It's similar, but-

CP          It is, it's a medium roof, umm, like I said fifteen passenger, nice uh, vinyl floor so you can wipe it down.

CA          That's convenient for a bunch of kids.

166C-AL-3491673

CP          Yeah.

CA          Do you, uh, what- what was the draw of the Transit versus the
            Sprinter?

CP          Uh, cost.

CA          Okay.  Buy it new or used?

CP          Used.

CA          Okay.

CP          Used with uh, fifteen thousand down in Tyler.

CA          Fifteen grand is all?

CP          Yeah- no, fifteen K, uh, miles.

CA          Oh, okay.

CP          No, I- I still owe-

CA          So fairly new.

CP          Twenty-five thousand on it.

CA          Okay.  Yeah, umm, I'm surprised- I haven't- I haven't ever
            researched Transits, but this was a few years ago that I was
            looking at Sprinter's potentially.  I ended up going a different
            way, but-

CP          Mhm.

CA          I was amazed at Sprinter prices.  Umm, I don't know what
            makes them worth that.

166C-AL-3491673

CP              Mercedes.

CA              Yeah, they have a Dodge version.

CP              They do.

CA              Umm, but it's still really expensive.

CP              Yeah.

CA              Mercedes does cost more than the Dodge, at least from what I remember-

CP              Yeah.

CA              Umm, but yeah- I mean it has four wheels like everything else.

CP              (Laughing.)  Yeah.

CA              Oh well.

                Some of them have diesels though right?

CP              Uh-huh.

CA              Oh, you shouldn't have done that. (Laughing.)

CP              Sorry.

                So Chris, how- you said you've done a few of these type of things before, do you know what's the general outcome?

                I mean, I know you can't tell me specifics, or-?

166C-AL-3491673

| | |
|---|---|
| CA | Well, and that's precisely why I'm being cautious in my response, because I- I do not want to be in a position where I'm perceived as predicting, or- |
| CP | Yeah, okay. |
| CA | Promising, or anything like that, but, here's what I'll say generally, okay?  And I'm not gonna put it to murder for hire, generally, umm, the court looks at a few things, right?  It's not my decision anyway, but-

Yeah? |
| UM | Where did we land on that encrypted drive? |
| CA | So- |
| UM | Oh, you got it right here. |
| CA | Oh, here. |
| UM | That's what (UI) talked about. |
| CA | I just- you know I had (UI) go over there-

If you want to babysit for a sec- no offense. |
| UM | No. |
| CA | I'll walk over there and just see- or you can? |
| BD | No- no- no, no- no go.  You- you already have all the information, I don't- I-I was gonna be like- I- I- all I have for you right now is we'll have an answer in about an hour. |
| CP | Okay. |

166C-AL-3491673

BD          I know that probably feels like an eternity right now, I'm sorry I
            don't have more information.

CP          It's all good.

BD          Right?  It's the US- it's- like I said, (UI) Us Attorney's Office.
            They look at this stuff, and do what they gotta do.

            (IA).

BD          Yes, you want- oh you want my laptop?

UM          Yeah.

BD          Yeah.

            Sorry.

CA          I have a scanner- a mobile scanner, but it's at (UI).

BD          Oh, okay, well-

CA          So-

BD          Umm-

CA          If you want me to-

BD          It's up-

            (IA).

BD          The one drive what?  Sorry?

            (UI).

166C-AL-3491673

| | |
|---|---|
| BD | Perfect, I didn't know that.  Let's give that a shot, 'cause we need to learn that anyway. |
| UM | Oh yeah, it works pretty good. |
| BD | Oh, you did it? |
| UM | I did it when (UI) was down. |
| BD | Okay, always a work around.  Umm, can you go let them know?  Or, I'll let 'em know if you want to stay here, whatever- doesn't matter.  You let 'em know. |
| | (UI) we have one on the phone, you can show me it works there, whatever?  That would save Chris a trip. |
| | Oh my. |
| CP | Also, just a reminder, Chris left his phone. |
| BD | Does he know that? |
| CP | No. |
| BD | Should I hide it from him-? |
| CP | No. |
| BD | Let him panic for a minute? |
| | I won't- I'll be professional. |
| | No, he's a- |
| CP | You can say the suspect took it and was doing something- |
| BD | I would never do that. |

166C-AL-3491673

|     |     |
| --- | --- |
|     | Umm, what were we talking about? |
|     | Oh, last time we left off was that Mustang. |
|     | Where are you gonna get the engine, though? |
| CP | It has a straight six.  I just need to, uh- |
| BD | You have it in there? |
| CP | Yeah. |
| BD | It runs?  Do you- do you-? |
| CP | Again, someone ripped out the radiator- |
| BD | But you have no reason to believe it doesn't run otherwise? |
| CP | It ran when I turned it off. |
| BD | Hey Emmitt (PH).  Okay. |
| UM | Hi Chris. |
| CP | How's it going? |
| UM | Patrick. |
| CP | Hi, Patrick. |
|     | How's your day going? |
| UM | Well, you know, these are- you get mixed feelings about these types of things, right? |
|     | You holdin' in- holdin' it together? |

166C-AL-3491673

CP              No.

UM              I understand.

CP              And you now it's not 'cause I got caught, it's 'cause it was
                stupid.  Dumb thing to do.

                So, Patrick what do you do for the F-B-I?

UM              I'm an agent.

CP              Okay.

UM              Yeah.  (UI) and I work together.

CP              Okay.  Specialize in just everything agent?

UM              No.  How it works for us is like, we work in different squads.

CP              Okay.

UM              So, uh, typically I work on a gangs.

CP              Okay.  Is there a lot here?

UM              Uh, no.  It's not too bad.

CP              I heard I-fifteen here is kind of a big drug way-

UM              Oh yeah, I mean it's- it's technically classified as like- if it's like
                a drug trafficking type thing- it's like a- technically it would be
                classified as like a trans-national organized crime type thing.

CP              Okay.

                (Conversation in background).

166C-AL-3491673

UM          Yeah, they consider that like, trans-national organized crime.

CP          Okay.

UM          The cartels and-

CP          And is this-

UM          A lot of people think of what?  The mafia?

CP          Yeah.

UM          Right?

CP          And you said you were in mostly gang related?  Is that trans-actually, or trend- what did you say?

UM          Trans-national?

CP          Trans-national.

UM          No, it's like, that stuff will typically be neighborhood based, or-

CP          Okay.

UM          Obviously there's the big gangs like, the Bloods, Crypts, everything, you know, it's the stuff that people know.

CP          Gotcha.

UM          But-

CP          Huh.

            And you're in the area?  Cedar City?  Saint George?  Iron County?

166C-AL-3491673

UM                  Uh, no.

CP                  No?  Okay.

UM                  You have some- you have some very polite, and- and uh, funny
                    a little bit, children, and you know-

CP                  Thank you.

UM                  Michelle runs a tight ship in there.

CP                  Yeah.

UM                  Just as a comfort to you- we try- we were respectful of your
                    stuff and your family and everyone as we could possibly be,
                    you know?

CP                  Appreciate it.

UM                  What brought you out to Utah?

CP                  The house.

UM                  Oh yeah?

CP                  Yeah.

UM                  Guess you can live wherever you want when you work
                    remote?

CP                  Pretty much.  Umm, we had a- a nice house down in Texas.
                    East Texas, but all the bugs and everything down there,
                    they're- pretty much everything down there's poisonous.

UM                  Yeah.

166C-AL-3491673

| | |
|---|---|
| CP | Umm, so the children really couldn't play outside- |
| UM | Right. |
| CP | So, we moved to a place that didn't have as many poisonous bugs. |
| UM | Little tough when you have that many kids, right?  So, that you can't one hundred- you only got two eyes, right? |
| CP | Right. |
| CA | Umm, I had a thought- oh, I think- I think the thought passed. |
| UM | Okay. |
| CA | Umm, but just real quickly I'll just run it past ya, and- and also Chris here me that the phone- the primary phone that you were using that you left on the- near the door?

Umm, because we don't have the PIN, we're having a tough time being able to do review- |
| CP | Okay. |
| CA | Of that phone.  So, the two options are, he opens it with his finger, and then you or Brian go through it, take pictures of whatever you want to take pictures of in there.  Uh, the other option is, we take it back and we let the big dogs up in Salt Lake do their magic and (UI) his personal phone.

Is there gonna be a lot of data on it?  A lot of content? |
| CP | I- it's brand new, but I did transfer my pictures from my old phone over to it. |
| CA | Okay. |

166C-AL-3491673

CP          There's a personal folder on there of my wife.

CA          I'm sorry, hey-

            (IA).

CA          We know you're being cooperative, because you opened it up
            with your finger, so you have no issues with us, getting into the
            phone, it's just a stinkin' PIN is causing issues is the problem.

CP          It's brand new.  I, uh, bought it off Mint Mobile.  I was saving
            eighty percent by transferring away from Verizon.

CA          Mhm.

CP          Which is awesome.

CA          Oh, Verizon is a freakin' nightmare as far as cost, oh my gosh.

CP          I like their service, but that cost is-

CA          Is it worth it, you now?

CP          Uh, I think I paid two-thirty a month for three lines, and now-

CA          That starts to add up.

CP          Now I'm paying three-ninety for a whole year.

CA          For all phones?

CP          For four phones.

CA          Four phones?

CP          Yeah.

166C-AL-3491673

CA              Wow, what a difference.

                Umm, yeah these are- yeah these are the cell phone and- and
                device access notes.

                (UI).

CA              Okay.

**Time Stamp 4:04:21 to 4:058:41**

CA              So, I don't, uh, before we- we head out here, I- I don't want to
                make any promises, but, umm, if- if we can work it out, uh, and
                uh, we can, you know, give you a chance to speak to your wife,
                do you – would you like that?  Or what- what would you
                prefer?

CP              I don't know, umm- probably not.

CA              Okay.

CP              I'd have nothing good to say.

CA              I know it's an emotional time, but I- I wanted to at least put it
                out there, 'cause, I hope you feel like we're trying to be fair
                and respectful, and we- it's just a question that I would want at
                least have the option of, so.

CP              Yeah.

CA              And we're still waiting on answers anyways from the court, so.
                Anyway, just something to ponder.

                So, uh, out of curiosity, you know, you guys are obviously
                pretty strict on access to devices and things like that, which in
                today's world you have to be with kids.  Do you, umm, do you

166C-AL-3491673

guys allow any, I mean obviously YouTube educational videos and maybe some entertainment, stuff like that.  Do you- what's your position on video games and that kind of thing?

CP       Umm, they have a Wii-U (PH) that they can play after the little's go to bed.

CA       'Kay.  So, at a certain stage where, you know, they're a little more mature to handle video games than-

CP       Yeah, and it's- it's only Mario Brothers.  We don't have any violent games.

CA       Mmm.  Yeah.

**Time Stamp 4:08:13 to 4:09:19**

CA       So, check it out, what is that?  Is that just a huge air conditioning unit up on top of that- the bus?

CP       Yeah.

CA       It looks like it's three times the length of a normal rooftop A-C unit.  (Laughing.)

CP       Yeah, it's a big one.

CA       Does it work, I mean?

CP       It works.  Uh, well, okay, no it doesn't.  It needs Freon, but it runs, but it leaks underneath, so that's why the cover's off of it.

         We're trying to caulk it down in Texas, and haven't gotten around to it yet.

CA       So, it needs Freon-

166C-AL-3491673

CP          Yeah.

CA          But, it also causes leak-

CP          On the floor-

CA          On the floor.

CP          When it rains.

CA          Okay, gotcha.

            Yeah, I bet that does a pretty decent job, the size of that
            radiator up there.

CP          Yeah.

CA          But, that probably sucks gas, or is that diesel?

CP          Diesel, and it's not bad.

CA          Not bad?

CP          No.

CA          Is that gas too?  Is that gas- is the Transit gas?

CP          Yeah.

CA          Okay.  But, I assume more economical, and more comfortable,
            and easier to park.

CP          Uh, economics wise- it is easier to park, yes.  Umm, kind of
            comparable economics wise.

CA          Really?

166C-AL-3491673

CP          Umm, we have a lot more space in the bus, we call it the beast.
            Umm, just because it's a big thing.  Umm, but, yeah.  Stand up,
            walk around, put your bikes in the back.

CA          Yeah that could haul a lot of people, and/or a lot of gear.

CP          Not- not legally.  It can hold fifteen passengers legally.  We had
            to-

CA          (UI) root for more, let's be honest.  (Laughing.)

CP          We had to remove the two extra benched that came with it,
            'cause it is a nineteen passenger, but I'm not licensed for a
            commercial vehicle on my license.

CA          Oh, is that a requirement if you go above fifteen?

CP          Yeah.

CA          Oh, I didn't know that.

CP          Yeah, you have to have a class C license.

CA          Oh, interesting.

            What does that entail?  Have you looked into it?

CP          I have.  Umm, you take a class, uh, go through a small week
            long school-

CA          Mhm.

CP          And yeah, you get your class C, and then you can drive school
            bus's if you want.  But it's the same license for a school bus, or
            a (UI) bus, or a personal bus.

166C-AL-3491673

| | |
|---|---|
| CA | Not nearly as heavy of a burden as like a truck driver? |
| CP | No.  No, it's not quite like that, but it is the same class, uh, same school. |
| CA | The kids that are at college- |
| CP | Mhm- |
| CA | Did they- they were home schooled?  Did they ever do like, extracurricular activities at the high school or anything like that? |
| CP | Not really at the high school, uh they did uh, Cascade Academy of Music and Arts- |
| CA | Mmm. |
| CP | They were big into music, and they still are.  Umm, Anna (PH), my oldest, now plays for the church over there in Jackson, Wyoming. |
| CA | Oh, that's cool. |
| CP | While she's at college. |
| CA | What instrument? |
| CP | Piano. |
| CA | Oh, beautiful. |
| CP | She plays the piano, the French horn, the trumpet, uh, a couple other horns.  She's mainly brass (UI). |
| CA | Wow, so she's multi-talented. |

166C-AL-3491673

CP          Uh, Bailing (PH) her twin, plays the flute, the piano and the drums.  Uh, but mainly the flute.

CA          You got yourself a regular orchestra, between those two girls.

CP          Ashley, my third one there, plays the clarinet.

CA          Cool.

CP          So-

CA          And they- they- are they pursuing that at college?  Music, or?

CP          Not really.  They just do it for fun.

CA          That's cool.  I wish- wish that's something I had pushed more on my- my children.  Umm, all of them play a little bit of something-

CP          Mhm.

CA          But- got one that does, umm, a little bit of guitar, and another that does guitar and piano.

CP          Mhm.

CA          And one that does the cello.

CP          Okay.

CA          But, uh- my oldest kids are all boys and so they uh, they- they were frequently more into sports than-

            (Conversation in background) (IA).

CA          Uh, so down here in Southern Utah, we have a little bit more of a smaller contingency of F-B-I personnel-

166C-AL-3491673

CP          Mmm-

CA          Uh, we do have an office down in Saint George, but, umm, when we do, you know, warrants or things, umm, especially if we know there's gonna be a lot of people at the house, and like, we didn't know how many, but we knew you had a big house.

CP          Okay.

CA          So we figured, there's potential to have quite a few people here.  Umm, and we knew that you did have kids, so.  But, anyway, so as we're- it's just nice to have good partners.

            You know, H-S-I, Department of Homeland Security, and Marshall's Office, uh-

CP          Yeah.

CA          We often times share resources so that we're-

CP          Yeah.

CA          Doing things in little safer-

CP          I talked to Tom, he seems like an excellent Sherriff.

CA          Yeah he's- Iron County's a great- great partner.  I love those guys.

CP          I never actually- we usually, uh, go and bring, uh, baked cookies to the police force and the fire department, but we haven't done it since we've gotten here yet.

CA          That's cool, that's really cool.  I bet- I –I assume they- they eat that up.  Literally and figuratively. (Laughing).

166C-AL-3491673

CP                  Yeah.

**Time Stamp 4:17:17 to 4:18:35**

CA                  It's not supposed to get colder as the day wears on.  Can you
                    do something about that wind for me?

                    Did you guys get much snow last winter?

CP                  Few inches.

CA                  Not a lot then, huh?

CP                  No.

CA                  Are you guys closer to sea here, or, umm, Kanarraville here?

CP                  It's like right in the middle.

CA                  Really?

CP                  It's seven miles that way to Cedar, ten- seven- ten miles that
                    way to Kanarraville.

CA                  That's not too bad.  And where's Fort Hamilton in all of that?

CP                  Uh, it's that gas station right there.

CA                  Okay- okay, and- but this address is a Cedar City address?

CP                  Yeah.

CA                  Okay, but in county?

CP                  Mhm.

166C-AL-3491673

| | |
|---|---|
| CA | Okay.  Gotcha. |
| | Uh, Kanarraville does have- whenever you live in Kanarraville, is it listed as a Kanarraville-? |
| CP | I don't know. |
| CA | You don't know, okay.  I was just curious if it was- |
| CP | I've never seen a Kanarraville address. |
| CA | Do you need to stand-up?  Do you want to stretch for a minute? |
| CP | I'm good. |
| CA | Okay. |
| | 'Cause if you need to stand-up, it's not happening in here. (Laughing). |
| | You got siblings, or? |
| CP | One sister. |
| CA | Where does she live? |
| CP | Phoenix. |
| CA | Mom and Dad go see her sometimes, or? |
| CP | Yeah. |
| CA | She got kids, or? |
| CP | She has a son and a daughter, and a grandson. |

166C-AL-3491673

| | |
|---|---|
| CA | Oh, excellent. That's fun, and- and are they at home?  The kids, or? |
| CP | Yeah. |
| CA | Very good. Well, if I were your mom and dad, I would be thinking Cedar City in the summer, Phoenix about now. |
| | (Laughing). |
| CP | Yeah. |
| | Are those all my laptops? |
| CA | Uh, we did not take all your laptops.  Umm, I- I know- honestly I don't know what devices, I just know we didn't take all the electronic devices. |
| | We did take the- you saw- the- the desktop. |
| CP | I haven't seen any- oh, that's uh, my work desktop? |
| CA | Yeah. |
| CP | Okay. |
| CA | Yep. |
| | Uh, when we- when we get ready to leave today, which hopefully won't be to- too far from now, we'll leave you a list of everything we took.  There won't be any surprises to what we- what we took. |
| CP | And I'm going with you, yes? |
| CA | I think that's what they're still trying to figure out. |

166C-AL-3491673

**Time Stamp 4:21:57 to 4:23:56**

| | |
|---|---|
| CA | Have you figure out good places to recreate around here yet? |
| | Have you ever done any repelling or canyoneering or anything like that? |
| CP | M-mm. |
| CA | There are a lot of- have you been up to Call-up Canyons (PH) just right over here? |
| CP | I've seen it. |
| CA | I would have figured that you would do field trips.  Seen, half of the county by now. |
| CP | Uh, we do, uh, we did Cedar Breaks (PH). |
| CA | Oh, good. |
| CP | Umm, we did Zion (PH). |
| CA | Oh, so you've done some stuff. |
| CP | But no- I mean, I think I drove through Kolob County- |
| CA | Ko-Ko, so Kolob Canyon- |
| CP | Canyon? |
| CA | Is part of East- sorry- West and North Zion. |
| CP | Yeah, but you can drive through it right?  You can actually go all the way down to Arizona through it? |
| CA | I don't believe so. |

166C-AL-3491673

CP              Okay.

CA              It's like exit eleven or something, or twelve?  Maybe not.

CA              Kolob Canyon is like, it's right in here.

CP              Oh.

CA              It's one of these exits real close to- to here.

CP              Okay.

CA              Uh, there's a little forest service station, umm, right there. Forest- yeah I think it's forest service.  Umm, and you know, if you guys ever decide to check it out, like, they- they have, you know, maps, and they can give you some ideas as what- what's, uh, good places to visit depending on your abilities of hiking, and-

CP              Mhm.

CA              Getting around and whatever, but.

                Yeah, I- I hear- I haven't actually spent any time in Kolob Canyon, umm, but I hear it's- it's a different type of Zion experience.

CP              Mmm.

CA              A little different from the main- the main Canyon, so.

                Umm, have you been down in like, the Canav area, or anything like that?

CP              (UI).

166C-AL-3491673

CA            Yeah, we're kind of- I mean you moved to a-

CP            I mean most of our-

CA            As far as nature, like, you moved to an incredible spot, like, it's a little hub for a lot of different things.  Umm-

CP            Most of our energy has been put on the house and property so far.

CA            As it should be, because you want to be comfortable, and have whatev- what I learned is if you have the resources, and you're not gonna feel the pinch too much by paying for it, then if you want to do it eventually, why not enjoy it now and forever?

CP            Yeah.

CA            So, I can appreciate you wanting to get your house up to- up to par.

BD            We're still waiting, I'm sorry.

CP            All good.

BD            Takes time.

              Coordinating schedules seems to be the longest delay.

CA            Yeah.

              (Conversation in background) (IA).

**Time Stamp 4:26:44 to 4:27:34**

BD            So, just want to let you know, we're wrapping up and getting out of the way of your family here okay, with the searching and so forth.  And that's all to do with how cooperative you've

166C-AL-3491673

|  | been.  And helpful you've been getting us along, right?  So we don't have to take so long to figure this out.  So, we're wrapping that up, I'm still just waiting on that phone call.  Do you mind just hanging here with me until we figure this out? |
|---|---|
| CP | I'm not going anywhere. |
| BD | Okay- okay. |
|  | So, you gonna sell that bus?  That's a truck. |
| CP | It's a bus. |
| BD | Yeah?  Okay. |
| CP | It's a E-fifty-five hundred- |
| BD | Wow.  Thing sucks gas though, doesn't it? |
| CP | Uh, Diesel?  Yeah, it's- well, it doesn't do too bad. |
| BD | Okay. |
| CP | It's about as economical as, uh, maybe the Transit. |
| BD | No, obviously not, right?  I mean, that's definitely a more efficient vehicle. |
| CP | it is more efficient, but as far as the cost per gallon, to do the same- moving the same amount of people- |
| BD | Yep. |
| CP | That bus is usually not too bad. |
| BD | No, that's, uh- how long have you had the Transit? |

166C-AL-3491673

| | |
|---|---|
| CP | Uh, we bought it in Dallas, in twenty-nineteen, maybe twenty-twenty? |
| BD | Okay. |
| CP | We bought it used. |
| BD | So you have the Transit, you have your reg- is that for just kind of around town kind of stuff? |
| CP | Yeah. |
| BD | You have the red car there, obviously you have the car, uh, the Mustang, right?  You got one R-V? |
| CP | One motorhome, one travel trailer, and one cab-over-camper. |
| BD | And then you also have these two vans? |
| CP | Yeah.  Yeah, those are my parents.  Excuse me. |
| BD | Oh, they're your parents vans? |
| CP | Yeah, those are my parents, and that's my dad's truck out there. |
| BD | Where's your dad's truck?  I got zoned-out on the van.  Oh, back there? |
| CP | Yep. |
| BD | That's the one that you haul the camper over cab, or whatever you said it was? |
| CP | Yeah. |
| BD | And then you haul- but then they also pull- |

166C-AL-3491673

CP          And then it pulls that travel trailer.

BD          Travel trailer?

CP          The grey and light black one.

BD          You guys park in the garage at all?  Or is it like a workshop in there?

CP          Nah, it's just stuff and workshop and- my dad has his, uh, Triumph down there.

BD          Okay.

CP          'Cause, umm, sixty-one T-R-three.

BD          Nice.  Insurance must be a pain.

CP          He doesn't- it's not drivable yet.

BD          Oh.

CP          It's actually the same vehicle he dated his wife in.

BD          Sentimental guys.

CP          Yeah.

BD          So you have some of these vehicles off the road now, or do you- you have them all ready- you can- they're all registered and everything?

CP          Uh, yes.  Mostly.

BD          (UI).  I don't know if I'd register that one if I have this one, but I guess you need a back-up plan too.

166C-AL-3491673

| | |
|---|---|
| CP | The Beast?  That's what we call that.  The Beast. |
| BD | The Beast?  (Laughing). I love it. |
| CP | It's registered, but I have insurance on suspended, uh, through the winter- |
| BD | Yep. |
| | That's what I would do, right?  Take it off the road? |
| CP | Yeah. |
| BD | 'Cause it's just eating money at that point. |
| CP | The motor home there was having transmission issues, so it hasn't gotten transferred into Utah yet. |
| BD | Right.  Why- why bother? Can't get it to- do you have to get it to the D-M-V? |
| CP | Uh, no you don't have to, uh, safe patrol can actually come out and take a look at your VIN. |
| BD | Really? |
| CP | Yeah. |
| BD | That's pretty good. |
| CP | Yeah. |
| BD | So, they'll come out and just take a look, and say yep, it's all in line, this is the car you're trying to register. |
| CP | Yeah. |

166C-AL-3491673

BD                    Right?  Which is- which is a big part of that job.

CP                    What's this pole over here?

BD                    Flag pole.  Oh, I assume it expands?

CP                    Yeah, it's a telescoping flagpole.

BD                    Now is this pretty much what the- the yard looks like?  Or is- is
                      there actual options to like, put grass down, or do you want to
                      put like, stone down or something?

CP                    We do want to put some kind of grass.  Again, we're trying to
                      get a place for cows in the future.

BD                    Sure, (UI).

CP                    Uh, but, uh, I don't have the water rights for Alfalfa, or any
                      kind of a-

BD                    How does that work?

CP                    How do- how do water rights work?

BD                    Yeah.

CP                    Uh, you're only allowed a certain amount of acre feet per
                      water, which is basically the level- the amount of water it takes
                      to fill up a football field to a foot, is an acre foot.

BD                    Okay, that's a lot of water.

CP                    It is a lot of water, but, that's all you get for the whole year.

BD                    Oh- oh, not a lot of water.

166C-AL-3491673

CP          So, umm, we get one acre foot here, that's what we're licensed for-

BD          Yep.

CP          Umm, yeah. So Alfalfa is usually about an acre foot per acre of water consumption-

BD          So, you have to- so there's a lot of steps you gotta take.

CP          You have to go buy more, uh, water rights. They're basically sold and traded here like real estate.

BD          Wow. You know, this is neither here nor there, I don't know if you're a fan of football at all- you watch football?

CP          No.

BD          So, it- but just- just in matter of real estate, in like South Carolina, there's a, uh, obviously big football fans. If you didn't know, you know now, they're big football fans in South Carolina. They got Clemson and U-S-C and that whole rivalry there, right? It- it's a crazy dynamic. But what I'm getting at is, that they- people travel from all over, right? Regionally, mostly, but all over to go see the games, and what they do is they purchase parking spaces.

CP          Huh.

BD          And they own 'em like real estate and they sell 'em and buy 'em like real estate is, and I'm not- these are not cheap.

CP          Wow.

BD          And they- and they- and they take, like people will take big campers like yours-

166C-AL-3491673

CP          Yeah.

BD          And they can't fit those in a regular parking spot, so they gotta buy four.  Forty thousand dollars or, I'm sure it's way more now, but they're buying parking spaces, like real estate.

            Let me tell you something-

CP          Wow.

BD          You wanna clean-up?  You get some land down there, and you pave it, and they- they're nice, don't get me wrong.  They're really nice, they got over hangs-

CP          Yeah.

BD          And TV's, and nice bathrooms and even like some utilities and stuff that you need to use, hooking up for your electricity-

CP          Mhm.

BD          It's a whole thing, but you're- you're purchasing parking space, and you own them.  Like that's your lot.  It's unbelievable, and they have no- and they're only that expensive because everybody wants 'em.

CP          That's what people pay for.

BD          It's- it's crazy.  Umm but yeah, if somebody wants something bad enough, you can sell it.  There's no doubt about it.

CP          Wow.

BD          So that's my experience with a, uh- I'll call it abnormal real estate, right?  This may not be abnormal for you, but what you just- what you explained is it's bought and sold like real estate-

166C-AL-3491673

CP          Yeah.

BD          It's- that's fascinating to me.

CP          You go through a realtor and everything-

BD          Yeah- yeah.

CP          So.

BD          You go through a realtor- I wonder if they do that down there.
            I imagine they do.  I mean they probably don't have to, right?

CP          Yeah.

BD          But, you can.  You don't have to ever go to a realtor.

CP          Right.  And you have to buy the water rights in the water
            district that you're in, so this is district seventy-three.  If you
            were to buy up in Cedar City, it's like one-nineteen, or
            something.

BD          Yep.

CP          And so, the water rights I have down here aren't good up
            there.

BD          Huh?  I mean it makes sense-

CP          Yeah.

BD          I get it.  It's just- it's just a different- to me it's very different.
            I''s not like something I can really lay eyes on, right?  I mean,
            it's a different- it's you're- you're purchasing rights.

CP          Right.  They're trying to restrict the amount of water that
            comes out of the aquafer.

166C-AL-3491673

BD            Yeah, so they don't want to dry it up.

CP            Yeah.

BD            I think that's a reasonable thing to do.

CP            Yeah.

BD            'Cause otherwise, the whole thing comes crashing down, right? Water is the lifeblood, so.

CP            Yeah.

BD            This is great, this is beautiful.  This is the most- I've never been in a place where you look three-sixty, and you got- and you're just sort of- what mountains are these?

CP            I don't know.

BD            That's really cool.

CP            Yeah.

BD            I saw it- is this- kind of- the other day I saw it as like the sun was coming up, and it kind of like- those light-up first-

CP            Yeah.

BD            Even in the moon light, those things light-up.

CP            So, how long have you been in the area?

BD            Well, like I said, I'm from New York, so-

CP            Yeah, but you said you-

166C-AL-3491673

| | |
|---|---|
| BD | How long have I been down here? |
| CP | Yeah, sunrise. |
| BD | Just- just- more of (UI).  I travel- I travel a little bit for work, so it's not like I'm in any one area for a long period of time. |
| CP | Gotcha. |
| BD | (UI) glad it's a rental.  Up- pardon.

Hey Emmit (PH), just give me one second.

Hey Chris, could you, uh- do you guys mind standing here?  I got (UI).

(Background conversation) (IA). |
| UM | Hi Christopher (PH), how are ya?  Kevin (PH)- Kevin (UI) is my name. |
| CP | Hello, Kevin. |
| UM | I know it's a crazy day, appreciate your help for us today.  It makes- it makes a difference for us, thank you.

Umm, you were able to get back a lot of stuff that we had taken. |
| CP | Okay. |
| UM | Umm, we spoke- we're still taking a few things.  So, if you want to take a look at this, you're welcome to take a look at it. |
| CP | Bank records.  Business records. |

166C-AL-3491673

UM            Yeah-

CP            (UI). Are those from the filing cabinet?

UM            Yeah, they're the filing cabinet.  We didn't take everything, we
              took about, probably this much stuff.

CP            (UI), one notebook, passwords and notes.

UM            Umm, this one is in a clip on the side of the- of the- of the, uh-
              I think it was hanging up by a clip?  On the side where you-

CP            Oh!

UM            (UI) on your computer stand?  Yeah, I don't know what's in
              there.

CP            Got you.  Sorry that was-

UM            Yeah.  Yeah- yeah.

CP            About three years ago.

UM            Okay, yeah- yeah.

CP            Google phone, Samsung- oh my phone.  Photo- photo (UI)
              Samsung phone, L-T, oh, L-T-S.  H-P (UI) book, Think Station
              desk- okay.

UM            Yeah.  Okay.

CP            Do I need to sign?

UM            Yeah, if you wouldn't mind.

CP            Will I be getting them back, I assume?

166C-AL-3491673

| | |
|---|---|
| UM | Yeah, so when it's all said and done, we can get this back to you. |
| CP | Do you know about how long that will be? |
| UM | Usually when the case is all wrapped-up, and it's- once it's wrapped-up, and there isn't any appealing's or if there is appealing, when the appealing's done, when everything is done, then we can return it. |
| CP | Okay. |
| UM | Your name.  And it's just Christopher? |
| CP | Yes. |
| UM | I can't spell- C-R-I (UI), 'kay.  I'm gonna leave you- should I just leave a copy in the house, would that be easiest? |
| CP | I'll take this. |
| Um | Take it, okay. |
| CP | Thank you.  You said Kevin? |
| UM | Yep, Kevin. |
| CP | Thank you, Kevin. |
| UM | You bet. |
| | Well, like I said, umm, I don't know everything that went on, but they said that you were cooperative, and that- that- that goes a long ways for us, and we'll- it'll go a long way for you down the road too, you'll see, so thanks. |
| CP | Thank you. |

166C-AL-3491673

UM              Yeah.

**Time Stamp 4:39:45 to 4:40:10**

CA              So how long has this pavement been down?

UM              You messed up his pavement?

CA              Two weeks, right?  This pavement's two weeks old?

CP              Something like that.

UM              Who threw all this mud on your pavement?  It looked really clean when we walked in.

CP              (Laughing).  I'll bill you later.

UM              Alright.

CP              Forty thousand.

UM              Forty thousand?  I promise it won't be a cent more than what the pavement cost.

                (IA).

UM              Did you?  It was forty thousand, he's not kidding.

CP              No.

UM              Oh, man.

CA              But, I'll tell you what, like, I bet your cars stay a lot cleaner in the last two weeks.

CP              Yeah.  It's gettin'-

166C-AL-3491673

(Conversation in the background) (IA).

**Time Stamp 4:41:05 to 4:41:51**

BD              Sounds good.  Thank you sir, appreciate it.

Yeah, uh, you know what?  I'm not- I'll- I'll- what I'll do is I'll- I'll figure out what we gotta do, and then I will, uh, I'll coordinate that with you too.

(Conversation in background) (IA).

Don't mind me, I'm just gonna reach over here, okay?

(Conversation in background) (IA).

**Time Stamp 4:43:03 to 4:47:15**

UM              Were the dogs supposed to come out?

CP              No.

UM              Okay, we'll get 'em rounded-up.

BD              Yeah- yeah, no worries.

CP              Hey, that's enough.

BD              That's alright, if we can't handle some dogs barking (UI).

Go ahead, relax.  I actually want to sit- I want to sit and talk- you can sit on this side if you want, it doesn't matter.

I'm gonna get in with him.

CA              So, I'm gonna be meeting you guys-

166C-AL-3491673

| | |
|---|---|
| BD | I haven't- we haven't had any conversations yet.  We're gonna do it now.  Umm, so, couple things, okay? |
| | Umm, one, we are going to be arresting you today, so as of right now, you're under arrest, okay?  Umm, so we're gonna be taking you to- you have that information right now? |
| CA | Yes, Washington County. |
| BD | Okay, so that gives you an idea of where we're going, okay?  Umm, the legal process starts from there, right?  There's steps in legal process.  Umm, that's really all we have for you right now.  The question I have to ask you, is- we will allow you to speak with your wife briefly, if you want, and I'm not saying you want- you're gonna talk to her eventually.  You need time- you need time.  It's okay. |
| | I know that I would probably want time. |
| CP | I think I'm gonna need it. |
| BD | Okay, that's alright, umm, that- that's totally fine, I'll go tell her.  It's no big deal, okay?  Don't- it- it- it's a high charged situation, just- I- I don't disagree with your decision, okay?  Alright. |

Time Stamp 4:48:47 to 4:49:14

| | |
|---|---|
| CA | So, as I was stating, I'm gonna meet you down at the jail and we'll have a few, like, pre-processing things.  Umm, I'll let you know that the jail is, I mean, it's a jail.  But as far as jail goes, it's about as nice as they come as far as the way they treat ya, and the food, and all that kind of stuff. |
| CP | (UI). |

166C-AL-3491673

| | |
|---|---|
| CA | Umm, you'll be seeing a judge soon as reasonably possible, soon as court is held and a judge can be- can see you.  And, uh, that's called the initial appearance, they'll probably talk to you about that on the way down, but, uh, and explain what you- what you can expect. |
| CP | Okay. |
| CA | Umm, so, anyway I- this isn't goodbye, unfortunately you're gonna have to look at my ugly mug (UI) again, but do you have any questions?  Right now? |
| CP | No. |
| CA | Okay. |
| CP | I mean, have I- have I ruined my life? |
| CA | I- I don't think so.  Umm, what- what's your criminal history? |
| CP | Nothing. |
| CA | Okay.  So, have you made a mistake?  Yeah, the answer is clearly yes.  Umm, but this is- this is your first association with the Criminal Justice System, okay?  Umm, you've been cooperative, you've done something's that look favorably.  So- |
| CP | Okay. |
| CA | Do I think you're gonna spend your entire life in jail?  I seriously doubt that.  Seriously doubt that. |
| CP | Okay. |
| CA | But, it is a hard road.  It's not gonna be peaches and cream.  But you'll get through it and you- I think there's a pretty good chance that you still have some quality of life ahead of you. |

166C-AL-3491673

CP                      Okay.  Thank you.

CA                      For whatever that's worth.

**Time Stamp 4:51:31 to 4:52:29**

CP                      (UI).

**Time Stamp 4:52:31 to 4:53:31**

BD                      Hey, Chris?

CP                      Hey.

BD                      Couple things, I just spoke to Michelle.

CP                      (UI).

BD                      'Kay, couple things.  Umm, first, she asked if she could give you at least a message.

CP                      'Kay.

BD                      And it's- it's- it's as simple as of course they're upset.  She's, I mean, it's coming from her- she's very upset, of course, but your family, they're gonna stand by you, and you're gonna get-get through it together.

                        That's- that's the message.  I can't- I told her I can't promise it's gonna be word for word, but that's- that's the message, okay?

CP                      Thank you.

BD                      You're welcome.  Now, the only other thing is that- she- she's of course doing  exactly what a mother should do, she said she

166C-AL-3491673

understands that- in order she needs to have financial capabilities, someone named Greg Winston (PH) should be helping, is that correct still, or?  Is there a credit card she can use to go grocery shopping?  What's the- what's the plan?

CP          She can use her B-C-U, umm, yeah, she can use her debit card.

BD          Her- her B-E-C-U debit card?

CP          Yeah.

BD          'Cause she had said she had one credit card but it's probably maxed out, or not- not available to whatever.

CP          Yeah.

BD          Okay, so B-E-C-U debit card, and she should be good?  Okay.  Alright, sounds good to me.

             Said I'd deliver a message to-

            (Conversation in background) (IA).

**Time Stamp 4:54:58 to 5:04:40**

BD          Yeah, let me, uh-

            Okay, so here's what we're gonna do, you've been super cooperative, we still have to handcuff ya.  We don't want to do this- (UI) in the car- alright, just turn around, no-no, we're not- you've been so cooperative, (UI) handcuff in front of (UI), okay?  Alright, obviously I have no reason to believe (UI), I do have to do it.  (UI) cuff in the front, okay?

            (UI) we're gonna do, it's okay.  (UI) policies for transporting a person in handcuffs, just slide over (UI) here, okay?  In fact if you want to slide over first, I can get in.

166C-AL-3491673

| | |
|---|---|
| CP | Slide over here? |
| BD | Yeah, it's just, believe it or not, there are transport policies with like where people sit in cars and stuff like that, so let's just do that way okay?  You want to buckle first?  It's up to you? |
| | This is- this is- this is the toughest- here you go, I'll get you (UI).  Toughest part is just that when the sooner we get this started, the sooner we can move forward with everything, okay? |
| | Alright so, just go ahead and just put your hands, kinda like the inside of your wrists, so your wrists- so your thumbs are facing- yeah, just relax- relax- relax. |
| | (UI). |
| | Okay, let me know if it's not comfortable- |
| CP | That's good. |
| BD | Okay, it helps when it's not (UI).  Just hold your hands up, cause I don't like to twist your wrists, okay?  I that okay? |
| CP | That's (UI). |
| BD | Umm, okay.  Okay, just go ahead and relax, face forward, you can relax now, whatever yo0u want to do.  Do you want a bottle of water or anything?  Okay, I'm gonna be sitting here right next- here next to you, okay?  Patrick's gonna be driving, umm, I think we're good to go. |
| | Took care of that already? |
| UM | Yep. |

166C-AL-3491673

| | |
|---|---|
| BD | Okay.  So, we're heading to, uh, Washington County.  Alright. |
| CA | So, uh, we're gonna pull out, but, you know, you guys leave first, and then we'll follow, so. |
| BD | Okay. |
| CA | Whenever you guys are good, we'll follow. |
| BD | Sounds good to me. |
| CA | We'll see ya in a little bit. |
| CP | Sure. |
| CA | Umm, sorry, my stuff is still in here, I'll hafta- |
| BD | Your phone is- did he ever get his phone? |
| CA | I got my phone.  Yep. |
| | It says the rear access is open. |
| BD | It is, I got it man.  Your fine. |
| | I think your bag was pokin' or something. |
| | Any idea why it's doing that? |
| | I think it's because (UI). |
| | (UI). |
| CP | Yeah, it sounds like your latch is latched. |
| BD | Yeah. |

166C-AL-3491673

CA              Close it most of the way.

                Is it not closing?  That jacket looks like it was-

                (UI).

BD              Nothing without the silliness of-

End of Transcription.