UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

In the Matter of the reassignment of
Criminal Case to the Honorable David N. Hurd          ORDER
                                                       OF REASSIGNMENT

_____

    **ORDERED** that the following case has been reassigned to the Honorable David N. Hurd, U.S. District Judge.

| **Case Number** | **Caption** |
|---|---|
| 1:21-cr-393 (TJM) | US v. Christopher Pence |

**IT IS SO ORDERED.**

Dated: January 11, 2023
Syracuse, New York

Brenda K. Sannes
Chief U.S. District Judge