US District Court
For the Northern District of New York
USA v Christopher Pence
1:21-cr-393-DNH

Date: 6/1/2023

| Defense Exhibits | Marked As | In Evidence | Date |
|---|---|---|---|
| Home Security Camera Footage from date of incident | A | | |
| Warrant Return with list of law enforemcent | B | | |
| Audio Recording of Defendant's Interrogation | C | | |
| Transcript of Defendant's Interrogation | D | | |
| FBI Report 9/9/21 | E | | |
| FBI Report 9/24/21 | F | | |
| Screenshot from Security Video @ Ch5 ID13002 6:46:30 | G | | |
| Screenshot from Security Video @ Ch3 ID9937 6:48:34 | H | | |
| Screenshot from Security Video @ Ch6 ID08316 6:55:03 | I | | |
| Screenshot from Security Video @ Ch6 ID08316 6:57:17 | J | | |
| Screenshot from Security Video @ Ch6 ID08316 6:57:17 [with notation] | K | | |
| Screenshot from Security Video @ Ch5 ID13012 7:32:27 | L | | |