Page 1 of 1

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

***UNITED STATES OF AMERICA v. CHRISTOPHER PENCE***

CASE NO.:  1:21-CR-393 (DNH)

DATE:  June 8, 2023

PRESIDING  Hon. David N. Hurd

☒  GOVERNMENT   ☐  DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| G-1 | | | | DECARR | Residential surveillance video footage – 8 channels [Drive] |
| G-1A | | | | DECARR | CH6_2021-10-27_065112_2021-10-27_065219_ID08315.AVI |
| G-1B | | | | DECARR | CH6_2021-10-27_065227_2021-10-27_071108_ID08316.AVI |
| G-2 | | | | DECARR | Aerial photos [Dkt. 27-1, p. 7] [1 page] |
| G-3 | | | | DECARR | Floorplan sketch [Dkt. 21-4, p. 13] [1 page] |
| G-4 | | | | LYDON | Photos of kitchen and living room [Dkt. 27-3, p. 5] [1 page] |
| | | | | | |
| | | | | | |