# Mjd210eKd69BxG4lsJD



# Correspondence - mjd210eKd69BxG4lsJD(Signup: 2021-07-16) - blacknew

Report generated at 10-09-2021 12:00:32
Signup: 2021-07-16
Last: 2021-08-12 09:48:00
On Site: 27 days
Wallet: 1F8LFxDjJMUwCBjcjyWwiUAVy2zH5EJ9UG
Wallet: 13KEfXijWBcm6M7mXGYNAxmiPSso7hg3ui
Max Balance: 0

Number of correspondents: 4

## To-From Thaid

**2021-07-16 11:48:00 From: mjd210eKd69BxG4lsJD To: Thaid Subject: A Couple Questions**

1. You seem very active on IKs... are you an admin here?

2. If I have two targets that I need it to look like an accident, would it be the $9k x2 $18k or would there be any discount if these 2 targets reside at the same address? I was just wondering how much btc I would need then.

**2021-07-16 14:20:00 From: mjd210eKd69BxG4lsJD To: Thaid Subject: Please disregard/ignore my First Messge**

I just found the answers, looking through Forum messages going back to January.

Sorry to have bothered you.

**2021-07-18 07:28:00 From: Thaid To: mjd210eKd69BxG4lsJD Subject: Re: A Couple Questions**

Would be 9k x 2 Witherspoon a discount it would be 18000 Witherspoon discont 15000

Is this ok ?

I am not an admin but i am an active hitman

**2021-07-18 13:37:00 From: Thaid To: mjd210eKd69BxG4lsJD Subject: Re: A Couple Questions**

The two killings would be 9k x 2 With a discount it would be 15000

Is this ok ?

I am not an admin but i am an active

**2021-07-19 08:05:00 From: mjd210eKd69BxG4lsJD To: Thaid Subject: Re: Re: A Couple Questions**

That was the price I was hoping for.
I am working on getting the coins put together, and will probably be ready to order in a few days.

I was planning to use DarkEscrow for payment.

Would you recommend I use the form-submission page, so the admin is aware of the order?

**2021-07-20 02:42:00 From: Thaid To: mjd210eKd69BxG4lsJD Subject: Re: Re: Re: A Couple Questions**

yes, i recommend you use the form submission page so admin sees it.

  about escrow, please provide link of the bitcoin escrow you want to use

  yes, ordering in a few days is ok, as I will be available to do the job

**2021-07-28 11:19:00 From: mjd210eKd69BxG4lsJD To: Thaid Subject: Accident Needed**

Good day Thaid!
I have been watching this site for a while and it looks like you are probably one of the most active members on this site.  I reached out to you a couple weeks back about needing an accident to happen to a husband-wife in NY, US.  Is this something you can take?

**2021-07-29 04:11:00 From: Thaid To: mjd210eKd69BxG4lsJD Subject: Re: Accident Needed**

Yes, I can take this and do the job with no problems. What is your budget?

**2021-07-29 11:03:00 From: Thaid To: mjd210eKd69BxG4lsJD Subject: Re: Accident Needed**

Yes we can do that. Do you mean you want both dead like accident?
We do it for 9000$ per kill looking like accident so if you want both dead it will cost 18000$

**2021-08-05 07:44:00 From: mjd210eKd69BxG4lsJD To: Thaid Subject: Admin Not Responding**

Good day Thaid.

I submitted a couple orders using the portal, but am not hearing any response back.  Do you know if everything is ok with the admin?

Otherwie, I have a husband/wife that I need to look like an accident in NY, US.

I have an escrow account w/ the admins address as the recipient, so Im just wondering if that can be used if I place the order directly with you?

**2021-08-09 13:39:00 From: mjd210eKd69BxG4lsJD To: Thaid Subject: Admin Not Getting Back to Me**

Hey Thaid,

Ive sent my orders directly to the Admin, but he/she is not getting back to me at all.  Could I place the order directly with you?

**2021-08-16 07:43:00 From: Thaid To: mjd210eKd69BxG4lsJD Subject: Re: Admin Not Getting Back to Me**

Yes, the reason why all peoples didnt sent sny messages is because the communication didnt worked, now it works and you can do the order with our name

## To-From enc0d3r

**2021-08-06 14:50:00 From: enc0d3r To: mjd210eKd69BxG4lsJD Subject: Is this site real?**

Can you provide details on if this site is real?

**2021-08-06 14:53:00 From: mjd210eKd69BxG4lsJD To: enc0d3r Subject: Is this site real?**

Is this site real?

**2021-08-09 09:01:00 From: mjd210eKd69BxG4lsJD To: enc0d3r Subject: Is this real?**

Hello encd3r, I am wondering if you can provide details on if this site is real.

## To-From scammer_site

**2021-07-28 11:11:00 From: mjd210eKd69BxG4lsJD To: scammer_site Subject: More info**

Good day!
Im curious if there was meaning behind your username tag: scammer_site.

Are you saying this site is a scam?

## To-From admin

**2021-07-20 08:07:00 From: mjd210eKd69BxG4lsJD To: admin Subject: Question about Motives**

Good day Admin!

I have a couple targets husband  wife that I am needing removed. However, it is known that they and I dont quite see eye-to-eye on something.  I am a couple days away from submitting the job as an accident, but before I do, I was wondering, in your experience, even if it is an obvious accident, what kind of investigation will be ran against me, knowing that we are not on the best of terms?

I have the $$ in CoinBase, but is there something I can do, to help obfuscate my role in this? Will agencies be looking into my CoinBase history?

Thank you in advance!

**2021-07-20 12:34:00 From: admin To: mjd210eKd69BxG4lsJD Subject: Re: Question about Motives**

No cointbase will not be looked into

 We also have built in mixer and all transactions are mixed so that traces are broken between coinbase and this site

 When an accident happen, the investigation will be minimu, no checks will be made against you

 We can do it like this, the hitman will steal a car, a truck or something that is heavier, and will follow the target and crash the car into the target pretend to be a drunk driver that runs away from the place of the accident

 we will tell you the date in advance of the murder, so you can travel in a different city and be in a place with surveilance cameras

 everything will be looking like a drunk driver stole a car and caused an accident

**2021-07-20 12:46:00 From: mjd210eKd69BxG4lsJD To: admin Subject: Re: Re: Question about Motives**

They most likely will have 3 children in the car with them... I am really trying to avoid them from being hurt.

CP

Im wondering if a mugging-gone-wrong might be an option.  Or maybe you have another suggestion?  One of the children is 13 or so, but slow, so maybe his testimony could help avoid scrutiny/investigation.

They currently live in NY.

Thank you for your quick response.

**2021-07-20 13:21:00 From: mjd210eKd69BxG4lsJD To: admin Subject: Re: Re: Question about Motives**

I have about 17k in coinbase, but am having to wait the 7 days probation period to send it out.  I was wanting to use dark escrow, but was going to send it through my Samurai wallet, just in case the dark escrow address is flagged.

Will 17k probably closer to 16k after fees be sufficient to have an accident of a husband/wife in NY? I spoke with Thaind, and they thought 15k would be a good price.

Thoughts?

**2021-07-20 14:18:00 From: admin To: mjd210eKd69BxG4lsJD Subject: Re: Re: Re: Question about Motives**

Yes, 16k is sufficient for the accident to happen. Samurai wallet is ok dark escrow is also ok, please create an escrow transaction there and send us the view code.

 You can create the escrow transaction now, even if you send funds 7 days later, I dont think they will delete the transaction instead will be waiting for funds until you send it

**2021-07-20 14:21:00 From: admin To: mjd210eKd69BxG4lsJD Subject: Re: Re: Re: Question about Motives**

Yes, a mugging gone wrong is a better option if the target has kids in the car.

 When the mugging gone wrong happen, they will search for the thief and not for you. You will not be checked in any way.

 If you are in a different city at that time, that is even better

**2021-07-20 14:29:00 From: mjd210eKd69BxG4lsJD To: admin Subject: Re: Re: Re: Re: Question about Motives**

What is your wallet address?  Dark Escrow will need that.

**2021-07-20 23:35:00 From: admin To: mjd210eKd69BxG4lsJD Subject: Re: Re: Re: Re: Re: Question about Motives**

My wallet address is 128BTrqvivs6g6NpqMfiQdNnrAwnUFh97R

please give me view code and external escrow address to view transaction before you add funds to it

once i view transaction using view code, and i confirm is ok, you can add funds to it

**2021-07-21 07:24:00 From: mjd210eKd69BxG4lsJD To: admin Subject: Re: Re: Re: Re: Re: Re: Question about Motives**

Dark Escrow
http://escrow2m7gowjfzh.onion/

View Code
ksy34z4df2

**2021-07-21 10:43:00 From: admin To: mjd210eKd69BxG4lsJD Subject: Re: Re: Re: Re: Re: Re: Re: Question about Motives**

I confirm the escrow transaction is ok. Please add funds to it and we can proceed

**2021-07-22 00:13:00 From: admin To: mjd210eKd69BxG4lsJD Subject: update in v2**

When checking the escrow transaction you made, we discovered that the escrow address

http://escrow2m7gowjfzh.onion was not working any more. We first thought their site is down, but then we found out that their address was not working any more because Tor remove support for old addresses that are short.

We contacted tor support and got in touch with other website owners that were using their escrow and we found the new address of their site

http://qbbh5myjw3b6low5axz2clbsuwzivyplf64uxzc7t5kngatzbjljkkqd.onion

Please book mark their address as it seems the old address is not working

Because we dint wanted our hitman marketplace address to stop working as well and be unreachable, we urged our webmaster IT specialist to upgrade our address from old V2 short to the new V3 long address.

Our new old address is being redirected to the new address. Our smart webmaster knows how to do this and he succefully redirected all traffic from old address to the new address for our hitman marketplace .

*CP*

Unfortunately the webmaster of that external escrow seems he doesnt know how to keep old address active, so you need to bookmark it.

It was good we discovered old addresses might not work so we could upgrade in time for our own site

Please let me know once you put bitcoin to the dark bitcoin escrow, so we can proceed. I checked the view code and the transaction is there, only their site address has been changed to the new long version, seems that everything else is intact

**2021-07-22 12:44:00 From: mjd210eKd69BxG4lsJD To: admin Subject: Re: update in v2**

Thanks!
I am seeing the changes being reflected as well.

Thank you for providing the new onion links.

**2021-07-25 22:48:00 From: mjd210eKd69BxG4lsJD To: admin Subject: Re: Re: Re: Re: Re: Re: Re: Re: Question about Motives**

Good day admin!

With the recent increase in BTC to USD, should I setup a new escrow account for the current value of $16k?  The escrow account right now, is looking for .51 BTC, which would equal $19.6k.

Just wondering how you would recommend I proceed.

**2021-07-27 09:47:00 From: mjd210eKd69BxG4lsJD To: admin Subject: Re: Re: Re: Re: Re: Re: Re: Re: Question about Motives**

Please confirm the new code:  35zwf8g4g4m
http://qbbh5myjw3b6low5axz2clbsuwzivyplf64uxzc7t5kngatzbjljkkqd.onion

**2021-07-29 04:14:00 From: admin To: mjd210eKd69BxG4lsJD Subject: Re: Re: Re: Re: Re: Re: Re: Re: Re: Question about Motives**

hi,

 I confirm. You can add bitcoin to it and we can proceed

**2021-07-29 04:23:00 From: admin To: mjd210eKd69BxG4lsJD Subject: Re: Re: Re: Re: Re: Re: Re: Re: Re: Question about Motives**

the btc to usd value fluctuates a lot it increases and decreases...

i suggest you let the escrow transaction as it is... if you create new transaction and btc value changes then you need to create a new transaction and then new transaction and so on... waisting your time...

if the btc value is higher when job is completed, we will return you the extra btc, like $600 or whatever is more than the price

**2021-07-29 07:26:00 From: mjd210eKd69BxG4lsJD To: admin Subject: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: Question about Motives**

Nice.  You should have seen that there was already .44 BTC 17.5k USD in that escrow account.

Would you like me to use the Order function for the job?

Thaid has also reached out to me and mentioned he could do the job.  Would you reccommend I work directly with him or something else?

It just needs to look like an accident.  So, whoever you have that is good at that would be good.

**2021-07-29 09:05:00 From: admin To: mjd210eKd69BxG4lsJD Subject: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: Question about Motives**

yes, please use the order button and submit order.

 I recommend you dont work directly with Thaid, we currently have a better experienced and expert hitman that can do the job for that amount, and we will assign him on the job

 please submit order, I assign it to the expert hitman and we keep you updated

**2021-08-01 17:23:00 From: admin To: mjd210eKd69BxG4lsJD Subject: Your order**

Hello ,

We got the order and saved it in an encrypted form.

Do you know how to get bitcoins, do you need any help with that?

Looking forward to hear from you

Admin

**2021-08-01 17:24:00 From: admin To: mjd210eKd69BxG4lsJD Subject: Your order**

Hello ,

We got the order and saved it in an encrypted form.

Do you know how to get bitcoins, do you need any help with that?

Looking forward to hear from you

Admin

## 2021-08-02 03:00:01[*] Order

Image:
http://lj5ponocadanu2vi7ol2g7o5h5btsql7twh6vlmys6ejvgybbfp22kyd.onion/user/5ph868807f83jk.jpg
OrderName: Christina Cordero
Address: 4097 NY-7, Hoosick Falls, NY 12090
Street: NULL
City: NULL
Country: United States
Other: NULL
Send: 0.2249
OrderDescription: There are two orders... husband & wife.

## 2021-08-02 03:00:01[*] Order

Image:
http://lj5ponocadanu2vi7ol2g7o5h5btsql7twh6vlmys6ejvgybbfp22kyd.onion/user/hbsmz8807npr6w.jpg
OrderName: Cisco Cordero
Address: 4097 NY-7, Hoosick Falls, NY 12090
Street: NULL
City: NULL
Country: United States
Other: NULL
Send: 0.2252
OrderDescription: This is the 2nd order.

## 2021-08-02 08:00:00 From: mjd210eKd69BxG4lsJD To: admin Subject: Re: Your order

Good day Admin!
I have two orders, that I need to look like an accident, or a mugging gone wrong.  They are a husband and wife.

http://qbbh5myjw3b6low5axz2clbsuwzivyplf64uxzc7t5kngatzbjljkkqd.onion
ViewCode: 35zwf8g4g4m

**2021-08-02 12:00:00 From: mjd210eKd69BxG4IsJD To: admin Subject: Re: Your order**

Good day Admin,

I have cancelled my orders.

**2021-08-03 08:59:00 From: admin To: mjd210eKd69BxG4IsJD Subject: Your order**

Hello ,

We got the order and saved it in an encrypted form.

Do you know how to get bitcoins, do you need any help with that?

Looking forward to hear from you

Admin

**2021-08-03 09:00:00 From: admin To: mjd210eKd69BxG4IsJD Subject: Your order**

Hello ,

We got the order and saved it in an encrypted form.

Do you know how to get bitcoins, do you need any help with that?

Looking forward to hear from you

Admin

**2021-08-03 09:05:00 From: mjd210eKd69BxG4IsJD To: admin Subject: Re: Your order**

http://qbbh5myjw3b6low5axz2clbsuwzivyplf64uxzc7t5kngatzbjljkkqd.onion

Code: 35zwf8g4g4m

They have three children with them.  Please make it look like an accident, or a mugging-gone-wrong, or something of the sort.

**2021-08-03 18:00:01[*] Order**

Image:
http://lj5ponocadanu2vi7ol2g7o5h5btsql7twh6vlmys6ejvgybbfp22kyd.onion/user/f2ra68807zwq8s.jpg
OrderName: Cisco Cordero
Address: 4097 NY-7, Hoosick Falls, NY 12090

Street: NULL
City: NULL
Country: United States
Other: NULL
Send: 0.2363
OrderDescription: This is for a husband and wife.  It needs to look like an accident.

Either a mugging-gone-wrong, or something accidental.

**2021-08-03 18:00:01[*] Order**

Image:
http://lj5ponocadanu2vi7ol2g7o5h5btsql7twh6vlmys6ejvgybbfp22kyd.onion/user/mfgf688077pqy
u.jpg
OrderName: Christina Cordero
Address: 4097 NY-7, Hoosick Falls, NY 12090
Street: NULL
City: NULL
Country: United States
Other: NULL
Send: 0.2358
OrderDescription: This is for a husband and wife. It needs to look like an accident. Either a
mugging-gone-wrong, or something accidental.

**2021-08-04 07:40:00 From: mjd210eKd69BxG4lsJD To: admin Subject: Re: Your order**

Good day Admin.
Can you confirm you received my two orders?

**2021-08-04 23:52:00 From: mjd210eKd69BxG4lsJD To: admin Subject: Re: Your order**

Good day Admin,
Ive submitted the same orders a couple times, but havent received any responses yet.

Can you confirm youre seeing the orders come through?

**2021-08-05 10:18:00 From: admin To: mjd210eKd69BxG4lsJD Subject: Your order**

Hello ,

We got the order and saved it in an encrypted form.

Do you know how to get bitcoins, do you need any help with that?

Looking forward to hear from you

Admin

**2021-08-05 10:20:00 From: admin To: mjd210eKd69BxG4lsJD Subject: Your order**

Hello ,

We got the order and saved it in an encrypted form.

Do you know how to get bitcoins, do you need any help with that?

Looking forward to hear from you

Admin

**2021-08-05 10:21:00 From: mjd210eKd69BxG4lsJD To: admin Subject: Re: Your order**

DarkEscrow Info:
http://qbbh5myjw3b6low5axz2clbsuwzivyplf64uxzc7t5kngatzbjljkkqd.onion

Code: 35zwf8g4g4m

Please make it look like an accident, or a mugging-gone-wrong, or something of the sort.

**2021-08-05 18:00:01[*] Order**

Image:
http://lj5ponocadanu2vi7ol2g7o5h5btsql7twh6vlmys6ejvgybbfp22kyd.onion/user/6ze9h8807k9q
e.jpg
OrderName: Cisco Cordero
Address: 4097 NY-7, Hoosick Falls, NY 12090
Street: NULL
City: NULL
Country: United States
Other: NULL
Send: 0.2252
OrderDescription: This needs to look like an accident.  Maybe a robbery-gone-wrong.

This order is for a husband and wife.

**2021-08-05 18:00:01[*] Order**

Image:
http://lj5ponocadanu2vi7ol2g7o5h5btsql7twh6vlmys6ejvgybbfp22kyd.onion/user/22djh8807bs1v
b.jpg
OrderName: Christina Cordero
Address: 4097 NY-7, Hoosick Falls, NY 12090
Street: NULL
City: NULL
Country: United States
Other: NULL
Send: 0.2261
OrderDescription: This needs to look like an accident.  Maybe a robbery-gone-wrong.


**2021-08-05 22:25:00 From: mjd210eKd69BxG4IsJD To: admin Subject: Checking In**

After submitting my orders several times, I have yet to hear any response.

Is everything ok?

**2021-08-07 23:35:00 From: mjd210eKd69BxG4IsJD To: admin Subject: Not able to send messages**

Good day Admin.
I have yet to see any resopnpses from my messages to you.

I sent in several orders, and never heard anything back, so I cancelled them.

It also looks like I can no longer send any messages to customers, etc.  I even started a forum board enquiry to see if anyone else is experiencing issues with sending PMs, but it has yet to be approved.

**2021-08-09 16:45:00 From: mjd210eKd69BxG4IsJD To: admin Subject: Not able to send PMs and no response from Admin**

Would there be a valid reason why I am no longer able to send/receive PMs?  Ive sent several messages to the Admin, and other customers, but have not seen anything yet.

# Payments - m6szsx2bw

## Site: E

TXValue: 0.4422 to 1Cbb4J3jpM4W4hUEgbz737fmEzdrMJACJY at 2021-07-27 12:56:00
(~$16,486.06)
USD Total: ~$16,486.06

- [Wallet](#)

# Correspondence - m6szsx2bw(Signup: 2021-07-27 09:33:00) - green2

Report generated at 10-09-2021 12:00:37
Signup: 2021-07-27 09:33:00
Last: 2021-08-13 12:20:00
On Site: 17 days
Max Balance: 0.4422

## Escrow Details

TransactionName: Transaction27.1
TXCreated: 2021-07-27 09:33:00
TransactionDescription:
TXFee: 0.0022
TXPrice: 0.44
TXTotal: 0.4422
TXPaid: 0.4422
SellerWallet: 128BTrqvivs6g6NpqMfiQdNnrAwnUFh97R
TXDuration: 30
CustomerWallet: bc1q0yxm42mf7nph46mx59dgkxefx0phancgwkz677
TXStatus: Funds secured in escrow. Seller must deliver

## Escrow Details

TransactionName: Transaction27.1
TXCreated: 2021-07-27 09:33:00
TransactionDescription:
TXFee: 0.0022
TXPrice: 0.44
TXTotal: 0.4422
TXPaid: 0
SellerWallet: 128BTrqvivs6g6NpqMfiQdNnrAwnUFh97R
TXDuration: 30
CustomerWallet: bc1q0yxm42mf7nph46mx59dgkxefx0phancgwkz677
TXStatus: Pending funds from customer.

Number of correspondents: 1

## To-From admin

**2021-08-05 12:33:00 From: m6szsx2bw To: admin Subject: NULL**

A couple things.
1. The refund address has changed, as this was tied to a wallet that got deleted with a computer crash.  How can I update that?  I was able to retore the wallet with the seed, but the receive address changed.
Can I update the refund address
from

**2021-08-05 12:39:00 From: m6szsx2bw To: admin Subject: NULL**

My apologies.  The restore brought the address back into listening.  I dont need to update the refund address.

Thanks!

The seller never got back, so I guess Ill just need to wait the 30 days then?

**2021-08-08 22:31:00 From: admin To: m6szsx2bw Subject: NULL**

We received the request to cancel the transaction. We are sending the funds back to customer

**2021-08-10 22:26:00 From: m6szsx2bw To: admin Subject: NULL**

How long does it take for the funds to be refunded?

I still have not seen the refund hit my account.

**2021-08-12 07:42:00 From: m6szsx2bw To: admin Subject: NULL**

How long does it take for the funds to be refunded? I still have not seen the refund hit my account.

**2021-08-13 07:46:00 From: m6szsx2bw To: admin Subject: NULL**

Admin, do you know how long it takes funds to be returned?

- This page was last modified on 10 September 2021, at 11:02.