# FEDERAL BUREAU OF INVESTIGATION

Date of entry    09/27/2021

Christina Cordero, date of birth ███ ███ was interviewed at her residence, ███ ███ ███ ███ ███ ███ (███ ███ cellular telephone number ███. After being advised of the identity of the interviewing Agents and the nature of the interview, Christina Cordero provided the following information:

Christina Cordero was from Chicopee, Massachusetts (MA). Christina Cordero's parents lived in Springfield, MA. Christina Cordero was married to Francisco Cordero. Christina Cordero and Francisco Cordero met at church in 2006. Christina Cordero and Francisco Cordero had eight biological children together. Christina Cordero homeschooled their children. Francisco Cordero worked at Capstone in Schodack Landing, NY. Christina Cordero and Francisco Cordero went through financial difficulties which prevented them from obtaining steady housing.

Christina Cordero met Michelle Pence of Washington, United States (US) via an online homeschooling mother's group. Michelle Pence and her husband, Christopher Pence, agreed to take five of the Cordero's eight children into their home to be legal guardians until the Corderos could regain their financial stability. The five children's names were: ███ (ph), aged ███ ███ (ph), aged ███ ███ (ph), aged ███ ███ aged ███ and ███ aged ███ The arrangement was planned to last six months. After one year passed, it looked like the Corderos would need three more years before they could take care of their children. When the Massachusetts Department of Children & Families (DCF) found out that the Corderos sent their kids to live with the Pences in Washington, US, they called the Pences to locate the five children. DCF threatened to have the children returned to Massachusetts and separated into foster care. DCF made assumptions about the Corderos that were not true. Christina Cordero decided she would rather have their five children together with the Pences than separated in the foster system. In December, 2019, the Corderos completed the legal process

| | |
|---|---|
| Investigation on 09/03/2021 at Hoosick Falls, New York, United States (In Person) | |
| File # 166C-AL-3491673, 166C-AL-3491673-302 | Date drafted 09/08/2021 |
| by Brian M. DeCarr | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Continuation of FD-302 of (U) Christina Cordero Interview 9/3/2021 (1 of 2) , On 09/03/2021 , Page 2 of 5

under duress to have the Pences adopt their five previously named children. The adoption involved the Interstate Compact on the Placement of Children (ICPC). Christina Cordero and Francisco Cordero remained legal custodians for their three remaining children. They have a ▮▮▮-year-old autistic boy, ▮▮▮ (ph), a ▮▮-year-old boy, ▮▮▮ (ph), and a ▮▮-▮▮-old boy, ▮▮▮ (ph).

The Pences had 11 biological children. After they adopted the Cordero's children, they had 16 legal children. Three of their biological children were in college. Christopher Pence's parents also lived with them. Michelle Pence, some of the Pence's children, and Christopher Pence's mother had health issues. Christopher Pence worked in internet security for Microsoft. During the COVID-19 pandemic, Christopher Pence's job transitioned to being completely remote which meant he could work exclusively from home. After Christopher Pence's job went remote, the Pences moved from Washington, where they were born and raised, to Hawkins, Texas (TX).

An agreement between the Corderos and the Pences allowed the Corderos to have an ongoing relationship with the adopted children. The adoption agreement provided two five-day visits per year for the Corderos to be with the children. Christina Cordero, Francisco Cordero, and their three legal children moved to Dallas, TX to be closer to their adopted children and maintain an ongoing relationship. Dallas was one and one-half hours from Hawkins, TX. The Pences moved from Hawkins, TX to Utah, US because of the scorpion infestation at their Hawkins, TX home.

After the Pence's moved to Utah, the Cordero's decided to move back to the northeastern United States because without their adopted children nearby there wasn't anything keeping them in Texas anymore. The Corderos and their legal children moved to Christina Cordero's father's childhood home at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ The house sat on 90 acres. They lived there because they were unable to obtain housing on their own. The Pence's knew the Hoosick Falls address where the Cordero's lived. Christina Cordero did not know the specific home address of the Pence's Utah home because they were no longer on good terms with the Pences. The Pences set up a Post Office (P.O.) Box address and gave that information to the Cordero's.

166C-AL-3491673

(U) Christina Cordero Interview 9/3/2021

Continuation of FD-302 of (1 of 2) , On 09/03/2021 , Page 3 of 5

[Agent Note: At this point in the interview, Christina Cordero verbally provided interviewing Agents with the P.O. Box for the Pence Family.]

The relationship between the Corderos and the Pences deteriorated after the adoption was finalized. The five-day visits twice per year turned into two-day visits twice per year. The Pences always had a problem with Francisco Cordero, but Christina Cordero did not understand why. Francisco Cordero engaged in questionable forms of discipline, including biblical spanking, in which Francisco Cordero hit the children too hard. They chose to stop that form of discipline and instead use cold showers. Francisco Cordero also had inappropriate conversations with girls. The Corderos were up front with the Pences about their family issues.

Christina Cordero had a dispute with the Pences. Michelle Pence posted a picture on her public blog which depicted Michelle Pence's premature baby at the zoo. Christina Cordero's friends brought it to Christina Cordero's attention because the premature baby appeared to be positioned awkwardly and in such a way that was blocking the baby's airway. Christina Cordero spoke to her therapist about the picture. Christina Cordero believed that her therapist felt it was concerning enough to report to child protective services in the area where the Pences lived. Christina Cordero had a conversation with Michelle Pence about the picture. Christina Cordero told Michelle Pence that she spoke about it with her therapist, and her therapist reported it to child protective services. Michelle Pence did not agree with Christina Cordero about the picture or the report to child protective services. Christina Cordero told Michelle Pence that she should be careful what she posts on the internet because it may look different from what actually happened. Christina Cordero later learned that her therapist did not act on the information that Christina Cordero provided during therapy, but rather decided to look the post up on the internet to view it for herself. After she viewed the post, the therapist felt it needed to be reported to child protective services. Christina Cordero also learned that child protective services did not act on the information reported by the therapist. The Pences blamed Christina Cordero for the reporting.

After the disagreement over the blog post, the only way that the Pences communicated with the Corderos was by email via Google Duo. The Pence's won't allow the Corderos in the same room as the children. The Pences told

166C-AL-3491673

(U) Christina Cordero Interview 9/3/2021
Continuation of FD-302 of (1 of 2) , On 09/03/2021 , Page 4 of 5

Christina and Francisco Cordero that they were a threat to the children. The Pences were advised by their attorneys at the Heritage Defense to not leave their children alone with the Corderos, to not allow the Cordero's to take any pictures, and not to allow the Cordero's to come to their house. The Heritage Defense were the same lawyers that the Pences and the Corderos used in the adoption. Michelle Pence continued communication with Christina Cordero's mother, Amy, via text message.

[Agent Note: At this point in the interview, Christina Cordero verbally provided interviewing Agents with the Google Duo group information.]

Christina Cordero's therapist said the Corderos had a case to get their children back. In May of 2020, the Pences became aware that the Corderos wanted their children back, and that they had a case to get them back. Christina Cordero did not want her biological children with anyone except the Pences unless it was the back with her and Francisco Cordero.

When the adoption process began, Christina Cordero had complete trust and confidence in the Pences. Christina Cordero did not trust the Pences as much as she did previously. Christina Cordero could not believe the Pence's would harm her and Francisco Cordero, but she doesn't know who else would.

In 2016, Francisco Cordero and his step-brother, Fay, had an incident in New Britain, Connecticut. Fay was a drug dealer, and during the confrontation between Fay and Francisco Cordero, Francisco Cordero was terrified. Fay disliked Francisco Cordero, but Christina Cordero does not believe he wanted to bring them harm because they have not had contact with Fay since 2017. Edwin Navarro is Francisco Cordero's estranged father. Navarro lives on ▓▓ ▓▓▓▓▓ in ▓▓ ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓

Christina Cordero, Christina Cordero's parents, Francisco Cordero, and their three remaining children were meeting the Pences in Salt Lake City, Utah on September 18, 2021 and September 19, 2021 for one of the two yearly visits with their children. Christina, her children, and her parents were driving, and Francisco Cordero was flying down to meet them. The last communication that the Corderos had with the Pences was via email on Monday, August 30, 2021

[Agent Note: At this point in the interview, Christina Cordero verbally

166C-AL-3491673

Continuation of FD-302 of (U) Christina Cordero Interview 9/3/2021 (1 of 2) , On 09/03/2021 , Page 5 of 5

provided interviewing Agents with a telephone numbers for Christopher Pence, Michelle Pence, and Robin Pence.]

Address



Contact Information

The Corderos and the Pences Google Duo group: 

Telephone Numbers

Name: Christopher Pence

Telephone Number:

Name: Michelle Pence

Telephone Number:

Name: Robin Pence

Telephone Number:

FD-302 (Rev. 5-8-10)

# FEDERAL BUREAU OF INVESTIGATION

Date of entry     09/28/2021

Francisco Cordero, date of birth ███ ██ ███ was interviewed at his residence, ███ ███ ███ ███ ███ ███ ███ (███ ███) cellular telephone number ████████. After being advised of the identity of the interviewing Agents and the nature of the interview, Francisco Cordero provided the following information:

Francisco Cordero was from New Britain, Connecticut (CT). Francisco Cordero started having problems with pornography when he was 13 years old. He watched it at school, on computers, and on phones. In 2004, he joined Job Corp. When he was 17 years old, he moved to Chicopee, Massachusetts (MA). Francisco Cordero considered Chicopee, MA his hometown. In 2006, he met his wife, Christina Cordero at Our Father's House Ministry Center in Chicopee, MA. Francisco and Christina Cordero had eight children.

The Massachusetts Department of Children & Families (DCF) believed that Francisco Cordero looked at child pornography and showed pornography to his children. Francisco Cordero told DCF that he viewed pornography on his phone where his children could not see it. Christina Cordero and Francisco Cordero sent their children to Maine while they worked through their issues. Christina Cordero wanted Francisco Cordero to stop his behavior. DCF also believed Francisco Cordero abused their son, ███████ (ph). Christina Cordero told Francisco Cordero they needed to pick a family she met on Facebook to take care of their children while they worked through their issues and dealt with the court for accusations of abuse. The Corderos chose the Pence family. The Corderos kept three of their children: ██████ (ph), ██████ (ph), and ███████.

Michelle Pence, the mother in the Pence family, and Christina Cordero figured out the guardianship agreement. Both the Corderos and the Pences were Christian. The Pences knew Francisco Cordero had issues. The Corderos made an agreement for the Pences to take guardianship for five of the

---

| Investigation on | 09/03/2021 | at | Hoosick Falls, New York, United States (In Person) |
|---|---|---|---|

File #  166C-AL-3491673, 166C-AL-3491673-302         Date drafted  09/08/2021

by  Brian M. DeCarr

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Cordero's children while Christina Cordero and Francisco Cordero dealt with DCF and tried to figure things out between themselves. When DCF learned about the surrenders that the Corderos signed giving guardianship to the Pences, they contacted the Pences. The Pences knew what DCF believed about Francisco Cordero.

Francisco Cordero texted married women on Facebook. He had sexual relations with three different single women when he lived in Chicopee, MA and while he was in a relationship with Christina Cordero. One of the women was named Jackie (ph), and he had sex with her at work. Jackie had a boyfriend. Francisco Cordero had sex with another woman in a van behind a school at night. Francisco Cordero had sex with a third woman by the Chicopee River. When Christina Cordero found out she was disgusted and felt disrespected.

When at home, Francisco Cordero watched pornography on his phone, in his house, or in his car. He mostly masturbated in his room or in a parking lot. He did not have router or internet service at his house. When they watched television or Netlfix at home, they used a hotspot on their phone with their 4G service. Francisco Cordero tried logging into the Dark Web by searching Dark Web in Google, but he was unsuccessful. The most shocking pornography that Francisco Cordero watched was bestiality. Francisco Cordero unintentionally viewed child pornography on the INFJ Facebook page. Francisco Cordero was disgusted by the child pornography, and he and other members of the INFJ Facebook page told the person that posted the child pornography to take it down. Francisco Cordero never viewed child pornography on purpose. Francisco Cordero no longer used Facebook.

Francisco Cordero sought therapy for addictions to pornography and sex. Francisco Cordero had never been arrested. The people that knew about Francisco Cordero's addictions were Christina Cordero, Christina Cordero's parents, his mother, his father, his former pastor, other leaders at the Our Father's House Ministry, and the Pences. Christina Cordero told Francisco Cordero that he needed to choose between his addictions to pornography and sex and his children. Francisco Cordero chose his addictions. Christina Cordero wanted their children to stay with the Pences.

The agreement the Corderos made with the Pences was going well, but, over time, their relationship and the agreement they made regarding the adopted

children deteriorated. The Pences wanted to limit their time with the Corderos. When the Pences and the Corderos lived in Texas, they Pences did not want Francisco Cordero with the children. The Pences moved to Utah, and they did not tell the Corderos their new address. The Pences provided a P.O. Box to the Corderos to send mail. The Corderos moved to New York in April or May of 2021. The Pences knew where the Corderos lived because they received packages from the Corderos to their P.O. Box. Christina Cordero's mother and father knew where Christina and Francisco Cordero lived. The Corderos former pastor from the Our Father's House Ministry Center in Chicopee, MA knew where the Corderos lived. Francisco Cordero's family knew where the Corderos lived, except his father, Edwin Navarro Senior. Francisco Cordero had not spoken to Edwin Navarro Senior in three years. Francisco Cordero and his father, Edwin Navarro Senior, did not see eye-to-eye.

Francisco Cordero flirted with Edwin Navarro Junior's wife. Edwin Navarro Junior was Francisco Cordero's step-brother. Edwin Navarro Junior was in the gang-life. Edwin Navarro Junior was looking for him. Edwin Navarro Junior called and said he wanted to kill him. Francisco Cordero had not heard from Edwin Navarro Junior since 2017 or 2018.

The Corderos and the Pences engaged in email arguments that included open communication mixed with no correspondence. The Corderos emailed the Pences many times trying to see the children again, but the Pences were reluctant. The Pences agreed to allow visits with the children with conditions. Some of the conditions were that they could not be alone with the children, written letters would be read in front of everyone, and they could not convince the children to come home with the Corderos. Additional conditions could be read in an email the Pences sent to the Corderos.

The Pences sent DCF to the Cordero's house. The Cordero's adopted children claimed to the Pences that the Corderos abused them. The adopted children said the Corderos spanked, hit them with rods, and called them names. The Pences claimed that Francisco Cordero engaged in sexually predatory behavior by staring at his children in the shower. Christopher Pence, the father in the Pence family, told Christina Cordero that Francisco Cordero had a pornography addiction and would touch the children. Christopher Pence did not want Francisco Cordero spending time with the children. Christopher Pence wanted nothing to do with Francisco and

166C-AL-3491673

Continuation of FD-302 of (U) Francisco Cordero Interview 9/3/2021, On 09/03/2021, Page 4 of 4

Christina Cordero.

    The Pences took an awkward picture of their newborn baby at the zoo, and they posted it on the internet. Christina Cordero saw the picture, and she spoke with her therapist it. After Christina Cordero told her therapist about the picture, the therapist placed a call to child services in the area where the Pences lived. After the picture was posted, the Pences treated Christina Cordero like an enemy. Francisco Cordero wanted to confront Christopher Pence about it, but Christina Cordero did not want him to do that.

    Francisco Cordero asked his adopted children if they wanted to come home with the Corderos, and that made the Pences mad. Francisco Cordero did not tell the Pences that they wanted the children back, but the children told the Pences what Francisco asked them. Christopher Pence told the Corderos that the adopted children do not want to see the Corderos. The Corderos adopted children were being emotionally and psychologically abused by the Pences.

    Christopher Pence worked in cyber security. Christopher Pence had a team that built a firewall, and the next team would break it. The process was repeated. Christopher Pence was the only one Francisco Cordero thought that could set up the hit to have Christina and Francisco Cordero killed. Christopher Pence had the knowledge to do it because of his knowledge of computers. He could have used computers to remain anonymous.