

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

# ELECTRONIC NOTICE OF CRIMINAL APPEAL & CLERK'S CERTIFICATION

Dear Clerk of the Court,

Please take notice that on April 4, 2024 the court received a notice of appeal. This notice serves to inform you of the pending appeal and provides you with the information needed to process the appeal.

I, JOHN M. DOMURAD, CLERK, U.S. District Court for the Northern District of New York, DO, HEREBY CERTIFY that the foregoing docket entries, with the exception of the documents listed below, and maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the below listed action.

The following documents *are not* available electronically. Please notify the Albany Clerk's Office if you need any of the following documents:

Docket No.(s): 2, 5, 7, 21, 33, 35, 57

IN TESTIMONY WHERE OF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Albany, New York, this 16th day of April, 2024.
By:     Elizabeth Render

*signature*
Clerk of Court

Deputy Clerk

## Case Information

| | |
|---|---|
| Case Name & Case No. | United States of America v. Christopher Pence  1:21-cr-393-DNH |
| Docket No. of Appeal: | 60 |
| Document Appealed: | 61 |

Fee Status:     Due  X

Counsel:     Retained  X

Time Status:  Timely  X